# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Supervisor for the Tongass National Forest,<br><br>        Defendants | Case No. 1:19-cv-00006-SLG |

## **SCHEDULING ORDER**

Before the Court at Docket 6 is the Parties' Stipulation and Joint Motion for Entry of Scheduling Order. The motion is GRANTED and the Court hereby ORDERS the following schedule proposed by the Parties:

1. Defendants shall provide a copy of the administrative record to Plaintiffs no later than June 14, 2019. The Parties shall meet and confer and work in good

faith to address any and all issues concerning the adequacy, scope, and/or content of the administrative record amongst themselves. Any issues which the Parties cannot resolve among themselves shall be presented to the Court for resolution on the same schedule proposed for the Parties' Rule 16.3(c) briefs.

2. Defendants shall file the administrative record on July 2, 2019 in accordance with Local Civil Rule 16.3(b)(1)(B)(i). Defendants shall serve a copy of the record to each counsel of record on a thumb drive or DVD. Defendants shall file a notice on ECF and include in that filing the declaration certifying the Administrative Record and an index of the documents. Defendants shall file two copies of the Administrative Record with the Court on a thumb drive or DVD.

3. Defendants shall file their answer no later than July 3, 2019.

4. Plaintiffs shall file their opening brief no later than July 12, 2019.

5. Defendants shall file their brief in opposition no later than August 12, 2019.

6. Plaintiffs shall file their reply no later than August 23, 2019.

7. All briefs shall comply with the limits prescribed in Local Civil Rules 16.3(c)(6) and 7.4(a)(1).

8. The Parties shall file the record appendix pursuant to Local Civil Rule 16.3(b)(1)(B)(ii)-(iv) no later than September 6, 2019.

9. The Parties have also met and conferred and agreed upon a schedule for briefing Plaintiffs' motion for a preliminary injunction. The Court adopts the Parties' proposed schedule as follows:

Case No. 1:19-cv-00006-SLG, *Southeast Alaska Conservation Council et al. v. United States Forest Serv. et al.*
Order re Stipulation and Joint Motion for Entry of Scheduling Order
Page 2 of 4

Case 1:19-cv-00006-SLG   Document 7   Filed 06/13/19   Page 2 of 3

a. Plaintiffs shall file their motion for a preliminary injunction no later than August 15, 2019. This motion shall not exceed 10 pages or 2,750 words.

b. Defendants shall file their opposition to Plaintiffs' preliminary injunction motion no later than August 29, 2019. This brief shall not exceed 10 pages or 2,750 words.

c. Plaintiffs shall file their reply brief no later than September 6, 2019. This reply will not exceed 5 pages or 1,400 words.

10. Except as otherwise provided in this Scheduling Order, this case will be managed as an administrative appeal pursuant to Local Civil Rule 16.3.

DATED this 12th day of June, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 1:19-cv-00006-SLG, *Southeast Alaska Conservation Council et al. v. United States Forest Serv. et al.*
Order re Stipulation and Joint Motion for Entry of Scheduling Order
Page 3 of 4

Case 1:19-cv-00006-SLG   Document 7   Filed 06/13/19   Page 3 of 3