IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, | ) ) ) ) ) ) ) ) ) | Case No. 1:19-cv-00006-SLG |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

**DECLARATION OF SUSAN CULLINEY**

I, Susan Culliney, hereby declare as follows:

1.      I am Policy Director of Audubon Alaska, which is the Alaska state office of the National Audubon Society (Audubon).  In that capacity, I am familiar with all aspects of Audubon's activities and organizational interests related to the Tongass National Forest.

2.      Founded in 1905, Audubon is the oldest conservation organization in the country and is supported by 330,000 members, 466 chapters, 41 centers, and staff in 23 state offices.  About 1,800 Audubon members reside in Alaska.  Because our events and outreach are open to the public at no cost, many non-Audubon members also participate in our activities.  Audubon's members and staff rely on Audubon to represent their interests in the conservation of Alaska's birds, wildlife, and ecosystems, such as those found in the Tongass National Forest.

3.      The mission of Audubon is to conserve and restore natural ecosystems, focusing on birds, other wildlife, and their habitats, for the benefit of humanity and the earth's biological diversity.  Audubon brings scientific perspective and support to broader, collective conservation efforts to advance conservation-oriented public policies, including in Alaska.  Through the Audubon Alaska state program, five Alaska chapters, and approximately 1,800 state-based members, Audubon has played an important role in conserving Alaska's natural heritage and has long championed Alaska's special places, including the Tongass National Forest.  The primary goal of Audubon's Alaska office is to conserve Alaska's spectacular birds and other wildlife—and their habitats—to ensure

their place for future generations. In promoting this goal, Audubon seeks common ground shared by birdwatchers, wildlife viewers, photographers, hunters, fishers, hikers, educators, scientists, guides, tour operators, and other nature enthusiasts, as well as business sectors, local and state government, Indigenous peoples, and other stakeholders. Audubon's actions to conserve wildlife and wildlands are based on sound science and sensible public policy.

4. As part of its diverse program, Audubon's Alaska office is engaged in several ongoing campaigns, including the Tongass National Forest Campaign. The goal of the Tongass Campaign is to protect the national forest's ecosystems and the habitats they provide to birds and other wildlife, for their intrinsic value and for the enduring benefit to current and future generations. We work toward this goal through science-based planning, policy advocacy, grassroots activism, and public education.

5. In advocating for its interests in the Tongass National Forest, including in the area implicated by the Prince of Wales Landscape Level Analysis Project on Prince of Wales Island, Audubon represents itself and its members, who use and enjoy this region in its natural state and plan to use it in the future.

6. Audubon communicates with its members and the general public about the Tongass National Forest through the bi-annual newsletter *Audubon Alaska News*, its website at www.audubonalaska.org, a quarterly emailed newsletter to update members, posts to our website's Bird Blog, periodic electronic Audubon Advisory messages (circulated nationally), "action alerts" emailed to members and activists, *Audubon*

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,                    2
Case No. 1:19-cv-00006-SLG
                                                      **Exhibit 3, page 3 of 6**

Case 1:19-cv-00006-SLG    Document 10-3    Filed 07/12/19    Page 3 of 6

magazine, presentations to Audubon chapters, social media outlets, and news releases and other contacts with the news media in Alaska and nationally.

7. Over the years, Audubon has invested significant organizational resources in research and advocacy relating to the management of the Tongass National Forest, including threats to its wildlife from old-growth logging. Among other things, in 2007, Audubon partnered with The Nature Conservancy to develop and publish *A Conservation Assessment and Resource Synthesis for The Coastal Forests and Mountains Ecoregion in Southeastern Alaska and the Tongass National Forest*. Audubon also participated in the Tongass Futures Roundtable and authored reports analyzing the impacts of recent bills introduced in Congress to transfer portions of the Tongass to a private corporation. Audubon also published the *Ecological Atlas of Southeast Alaska* in 2016 that includes maps and information on the geography, wildlife habitat, and human uses of Southeast Alaska and the Tongass National Forest.

8. Audubon provided comment letters on the Prince of Wales Project during the scoping and "issue statements" phases, as well as in response to the publication of the Draft Environmental Impact Statement. On December 28, 2018, Audubon appealed the Prince of Wales Project, objecting to the Final Environmental Impact Statement's failure to properly analyze impacts to wildlife and the improper use of a "condition-based NEPA" process. The process under the National Environmental Policy Act (NEPA) typically includes site-specific information in its analysis, allowing the public to provide meaningful comments. The condition-based NEPA process used to authorize the Prince

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,
Case No. 1:19-cv-00006-SLG

of Wales Project instead deferred decisions on the exact location and extent of activities, including timber harvest, until after the conclusion of the NEPA review. Following the final Record of Decision, the agency then opened a comment period on its "Draft Out-Year Plan," ostensibly to begin implementation of the Prince of Wales Project, but again without providing adequate site-specific information on where a timber sale would occur. Audubon submitted comments on the Out-Year Plan.

9.      Audubon, including its members in Alaska and nationally, are adversely affected by the Forest Service's approval of the Prince of Wales Project. Audubon members live near or visit the areas potentially implicated in old-growth harvest under the Project. They use and enjoy the area for various purposes, including subsistence hunting and fishing, bird watching, wildlife viewing, nature photography, and recreation. Some of Audubon's members have engaged in extensive scientific research on the Tongass, including in the project area, and value the area's contribution to the overall ecosystem of Prince of Wales Island. These interests and activities will be harmed by the Forest Service's decision to authorize additional old-growth logging and road building in the area. The decision is likely to severely affect populations of endemic birds and wildlife, and contribute to the expected precipitous decline in island deer numbers over the next 20 years. It will likely fragment old-growth habitat for the Prince of Wales Spruce Grouse, Queen Charlotte Goshawk, Marbled Murrelet, and endemic mammals such as the American marten, with detrimental consequences to those species and the island's ecosystem.

10.    Audubon's organizational interests will be harmed by the Forest Service's failure to appropriately address such critical issues that prevent the agency from rendering reasoned resource management decisions, as required by law.  The Prince of Wales Project threatens significant harm to birds and wildlife and associated habitat, whose protection is at the core of Audubon's organizational mission and are highly valued by Audubon's members.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2019

By: _Susan Culliney_
Susan Culliney
Policy Director