IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br>*Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br>*Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF NATALIE DAWSON**

I, Natalie Dawson, hereby declare as follows:

1. I am an Alaska resident. I live in Anchorage, Alaska, and spend a significant amount of time working in Southeast Alaska. I am a property owner in Haines, Alaska.

2. I am a current member of National Audubon Society, Alaska Rainforest Defenders, Southeast Alaska Conservation Council, and Natural Resources Defense Council.

3. I am an ecosystem and conservation sciences faculty affiliate at the University of Montana. I am Executive Director and Vice President for the National Audubon Society and the Alaska state office. Previously, I was a research scientist based in Anchorage, Alaska. I am teaching faculty for the Wild Rockies Field Institute, and teach, or have taught, a number of field-based courses in Southeast Alaska and Montana.

4. I co-founded a ground truthing project on Prince of Wales Island, with Point Baker resident Elsa Sebastian. This project, called *Last Stands*, is a multi-year effort to document remaining old-growth rainforests in Southeast Alaska and on Prince of Wales Island.

5. I taught "Alaska Rainforest: Ecology and Environmental Policy" in southeast Alaska. This course is an upper-division undergraduate course based in southeast Alaska. I will continue to teach field courses in Southeast Alaska and would like to build a course on Prince of Wales Island.

6. I have a Ph.D. in Biology from the University of New Mexico. My dissertation research focused on the distribution and diversity of small mammal populations on the Tongass National Forest (Tongass). I received my B.S. in Biology from Central Michigan University. I have published research regarding mammals in the Alexander Archipelago, and mammal diversity in Alaska in *Biological Conservation* and *National Park Science*. I have conducted field research throughout Alaska, Colorado, New Mexico, Idaho, Michigan, Montana and Wyoming.

7. I have spent the last 15 years studying and teaching on the Tongass. My research has focused on pine marten, ermine, long-tailed voles, and keen's mice. My studies involve live trapping and radio-collaring marten for ongoing population studies, collecting museum specimens of selected species of small mammals for curatorial research projects as well as graduate students' investigations, and surveys for endemic mammals and other animal and plant life on islands as part of ongoing research through the Tongass Inventory and Monitoring program. I mentored students whose projects focus on some of these species, including two undergraduate students at the University of New Mexico, and one graduate student. I have published or co-published eleven manuscripts describing aspects of my Tongass research. This includes a paper that highlights Prince of Wales as an area of high endemism, or what is called a center of endemism.

8. Prince of Wales Island was one of the first and most severely impacted islands due to timber harvest in Southeast Alaska. Subsequently, research studies have

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 2
Case No. 1:19-cv-00006-SLG
**Exhibit 4, page 3 of 10**

Case 1:19-cv-00006-SLG   Document 10-4   Filed 07/12/19   Page 3 of 10

shown that Prince of Wales Island and surrounding islands, comprising the Prince of Wales archipelago, are home to many endemic mammals, groups of organisms that are found in Southeast Alaska and nowhere else. These endemic mammals, identified through the use of DNA techniques that show discrete differences from their relatives on the mainland, include the Prince of Wales Island flying squirrel, the Alexander Archipelago wolf, the Sitka black-tailed deer, and the Haida ermine.

9. Because this region has been harvested so heavily in the past, any further development or habitat loss may reduce the number of these already rare rainforest mammals, and affect the survival chances of their species. The timber program under the POW LLA Project will remove 235 million board feet of timber, which is the largest timber sale in 25 years on the Tongass. It will remove a considerable amount of contiguous habitat for small endemic mammals on Prince of Wales Island and the endemic Alexander Archipelago wolf, damage fish populations, and further stress fragmented island populations of many species. Studies have shown that these populations may not migrate between the Prince of Wales archipelago and other areas of Southeast Alaska, so if these populations are extirpated on Prince of Wales Island, they may disappear entirely.

10. The genetic diversity represented by these endemic mammals represents a significant portion of the global diversity for many of these species. For example, the genetic diversity represented by the Alexander Archipelago wolves on Prince of Wales Island represents diversity that is no longer present in any other extent population of

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 3
Case No. 1:19-cv-00006-SLG
**Exhibit 4, page 4 of 10**

Case 1:19-cv-00006-SLG    Document 10-4    Filed 07/12/19    Page 4 of 10

wolves in North America. The Haida ermine, a little known species of mustelid (*Mustela erminea haidarum*) has a range that resides entirely within the Prince of Wales Island archipelago and the Haida Gwaii archipelago in coastal British Columbia (BC). In BC, it is a species of concern on the Canadian Red-List, the Canadian equivalent of the Endangered Species Act. It is considered one of the greatest species of conservation concern in Canada, yet there are currently no protections for this species in the U.S. Prince of Wales Island represents a significant portion of the genetic diversity and the number of individuals for this species.

11. I plan to continue research on Prince of Wales Island endemic mammals and birds, with many trips scheduled to Prince of Wales Island in the coming years. Some of my field sites will be directly impacted by this timber sale, as the POW LLA Project area includes several old growth LUDs that I have sampled in the past and would like to sample in the future. Given the location of the project area within one of the proposed linkages/corridors for endemic small mammal populations (Cook et al. 2006), it will continue to be an area of research concern. As recent as May 2019, I was in the field on Prince of Wales Island within some areas that may be available for timber harvest under the current POW LLA Project.

12. As with many recent timber sales on the Tongass National Forest, the POW LLA Project will remove intact, old-growth forest in already roaded areas, further depleting an already devastated forest matrix. My work on nearby Kuiu Island has reiterated how this kind of logging—removing the "in between" stands between old

clearcuts that are now 20- or 30-year second growth—can reduce populations of species that rely on old growth, such as the pine marten (*Martes americana* and *Martes caurina*). Prince of Wales Island is an especially interesting case for the pine marten because populations of pine marten crashed in the 1940s and were supplemented by nearby mainland populations. However, we have recently identified the endemic coastal pine marten (*Martes caurina*) on Dall Island, suggesting that perhaps this species may also reside on Prince of Wales Island, or may have resided there in the past. This illustrates how little we know about endemic mammals on the Tongass National Forest, and more importantly, that this national forest is unlike any other national forest and should be highlighted accordingly. It is a forest of islands, with disjunct populations of endemic mammals, birds, and potentially other species groups, that are found nowhere else in the world.

13. The POW LLA Project will reduce my aesthetic enjoyment of Prince of Wales Island. As an outdoor enthusiast, I find it very displeasing to hike in second growth forest, which is rampant on Prince of Wales Island. I still enjoy remaining old growth and old forest stands on Prince of Wales Island, for hunting, fishing, hiking, bird watching, and writing. This project will remove old growth forest adjacent to important areas like Sarkar Lakes, and will also remove forest surrounding known fishing areas such as the Thorne River. Recent timber sales like Big Thorne devastated recreational areas, and the POW LLA Project will further remove important areas for residents and visitors to enjoy the forest.

14. The POW LLA Project will make recreational trips to Prince of Wales Island less enjoyable. I am an avid paddler, and have enjoyed canoeing and kayaking Honker Divide on Prince of Wales Island. I usually plan one trip on that route each summer. The project area, and subsequent clearcuts, will be completely visible from areas near Whale Pass, Naukati, and Port Protection. Recreating on a remote island in Southeast Alaska is much more wonderous than kayaking or hiking through an area where a timber sale in currently in place, with machinery, crews, field camps, and waste from these activities building a strong presence in a previously pristine environment.

15. The POW LLA Project will also harm my professional use of Prince of Wales Island because it will be impossible to sample in active logging units and extremely difficult to sample in recently logged areas. It will make travel in this area for research unreliable. I will not be able to plan research projects because of the short time frame that the Forest Service will use to communicate the location of their timber projects. So I will not know the disturbance pattern on the landscape until it is too late to change my research and other professional activities.

16. As executive director of Audubon Alaska, my employment is tied to the intact forests of Prince of Wales Island. I visited in May and June 2019 to finalize locations for the new Southeast Alaska Birding Trail. This partnership between Audubon Alaska, the U.S. Forest Service, local communities and chambers of commerce relies on intact forests that support bird species. We are trying to create ecotourism opportunities that bring people to Prince of Wales Island. The POW LLA Project will detrimentally

impact some of our birding trail sites, and may impact more sites once more locations are known. Although the Forest Service said the POW LLA Project would "enhance" habitats for programs and economic opportunities like the Southeast Alaska Birding Trail, the only activities they are funding under the program are timber harvest activities.

17. In May and June 2019, I visited Naukati and Port Protection as part of the Last Stands project. We documented old-growth, clearcut logging in Naukati. Near Port Protection, intact old growth forests that would be logged under the POW LLA Project are important for many residents like my friend, Elsa Sebastian, a local commercial fisherman and resident of Point Baker. I plan to return often to these locations on Prince of Wales Island.

18. My interest in endemic mammals, birds, and the condition of forests on the Tongass National Forest goes beyond academic and professional interest. Since 2004, I have spent many field seasons, at least three months in length each time, walking, paddling, fishing, and flying in and over the Tongass National Forest. I have crawled on my belly like a pine marten through dense second growth forest, trying to trap small mammals even though they are not often found in such areas. I have wandered through some of the most majestic stands of old growth forest, even though these stands are rare, and in some cases, completely absent from some islands. I have paddled the shoreline of many islands in a kayak, both on my own and with students, astonished at the beauty and richness of these marine/terrestrial interface environments, and equally amazed at how much of this landscape has been completely altered by humans in less than 60 years. The

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 7
Case No. 1:19-cv-00006-SLG
**Exhibit 4, page 8 of 10**

Case 1:19-cv-00006-SLG   Document 10-4   Filed 07/12/19   Page 8 of 10

Tongass National Forest is a source of recreational enjoyment.  Its wilderness areas are a source of solitude.  The clearcuts, roads, and constant development are sources of heartache.  Its remoteness is a source of escape, adventure, and amazement.  Every moment I spend on the Tongass National Forest is completely invaluable.  I returned to Alaska as a full-time resident and spend many months a year in Southeast Alaska. I am currently in the process of applying for a small business loan for a local business that would be partially located on Prince of Wales Island.  This is a tourism-based business that will be built specifically around tourism within and around the remaining old growth areas on the Tongass National Forest.  This business will bring people to Prince of Wales Island on multi-day excursions that will also include visits to local communities across the island. I plan to use this business as a way to live in southeast Alaska year round and contribute to the regional economy as both a resident and a business owner.

19. The U.S. Forest Service tried to tell the public that the POW LLA Project planning process was open for community involvement.  Over the course of two years, community members were invited to participate in the process to identify areas for recreation, infrastructure improvements, road improvements, and logging, with the promise that the Forest Service would be using the resources for POW LLA for a variety of activities.  Instead, the Forest Service is only funding timber harvest under the POW LLA project and has circumvented NEPA in its planning process.  These activities will harm my work, my recreation, and my residency as an Alaskan who cares deeply about

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,   8
Case No. 1:19-cv-00006-SLG
**Exhibit 4, page 9 of 10**

Case 1:19-cv-00006-SLG   Document 10-4   Filed 07/12/19   Page 9 of 10

Southeast Alaska and spends a significant amount of time within these areas on Prince of Wales Island.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: _____7/11/19_____   By: ___*Natalie Dawson*___
                                    Natalie Dawson

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 9
Case No. 1:19-cv-00006-SLG
**Exhibit 4, page 10 of 10**

Case 1:19-cv-00006-SLG    Document 10-4    Filed 07/12/19    Page 10 of 10