IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, *Plaintiffs*, v. UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, *Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF LIZ DODD**

I, Liz Dodd, hereby declare as follows:

1. I am a third-generation Alaskan. I own my home and reside in Juneau, Alaska, where I was born.

2. I am a current member of the Southeast Alaska Conservation Council (SEACC). For most of my adult life I have relied on SEACC to represent my interests when it comes to management decisions on the Tongass National Forest.

3. In the 1970s, my mother received a lot at Port Protection on the northern end of Prince of Wales Island in the state longevity lottery, and, in the 1980s, she built a house away from the community boardwalk system, on the beach on the outside of Wooden Wheel Cove facing southwest out to Protection Head.

4. I made my first trip to Port Protection in the mid-1980s to help my mother put in her septic system and continued to spend time with her there over the following 15 years. When she died in 2000, she left the house and land to me and my surviving siblings.

5. I spend time at our house at Port Protection every summer, often driving from Hollis to Labouchere Bay, and my sister lives there half the year. I plan to spend much more time there in my upcoming retirement.

6. When my mother was alive, we'd usually drive up to Lab Bay together or, if she were already out there, she'd come down and pick me up in Hollis. We explored much of the island during my visits over the years, and I have continued to travel around

the island camping and exploring, including in and around all of the areas slated for logging in the Prince of Wales Landscape Level Analysis Project Record of Decision.

7. Anyone who has driven the northernmost segment of the road up the island will tell you about all of the bears and deer you see on the road. I remember my mom telling me on our first trip that wildlife on the island run on the road because they can't get through the logged areas. Last summer, I drove the main road from Craig to Lab Bay four or five times and on every trip encountered deer and bear on sections of the road that transect large clear cuts. Unlike around Juneau, when a car comes, these animals don't run off into the brush, but stay on the road, running ahead of and alongside my vehicle. On many occasions, I've driven behind bear and deer as they repeatedly tried to find some place where the underbrush in logged areas wasn't too dense for them to get off the road and back into the woods. In the areas of the Tongass National Forest where I grew up, around Juneau, hunters have to work to get game; on Prince of Wales, it's common knowledge that hunters rarely need to leave their trucks.

8. At one point in the 1990s, clear cuts suddenly appeared on the northern slopes of Mt. Calder, south of Port Protection. Having received no notice that that was going to happen, my mother, who followed the timber sale process fairly closely, called the district office and was told the high slopes were cut "by mistake." My mother built the house at Port Protection because she wanted to spend the last part of her life in a quiet fishing community, so she was pretty upset when the clear cutting came so close to home. Now that I am looking forward to living more of the year at our Prince of Wales

residence, I understand her distress and that of our neighbors over enduring this current sale on our back doorstep.

9. Last summer when I was in Port Protection, the Forest Service held a meeting on the dock in Point Baker, just north of Port Protection, allegedly to listen to locals express our opinions on the roadless rule exemption. I listened closely as everyone at that meeting, to a person, told the federal officials they did not want their way of life (most were fishermen or charter operators) disturbed by more roadbuilding and logging. When asked why more roadbuilding and logging would be allowed on the island when the extraction of the resource is no longer supported by the market, state forestry and federal Forest Service representatives provided no reason other than to provide a few jobs on the island for the short term. No one could explain why an island with resources already heavily damaged by industrial logging should sacrifice its last old growth stands, and, really, an entire way of life, for timber that will be sold at a loss to the federal government.

10. Over the last couple of years, I've noticed many of the old clear cuts on the island are finally beginning to "green up." On our first drive up the island in the 1980s, I was shocked by the widespread extent of the clearcutting. I remember asking my mom, "Why would you want to live here?" We walked around the site of the old Lab Bay logging camp near the beach where we launch our boat to go across Port Protection to our house. I remember this big cleared off area right above the shore reeking of oil, with industrial trash heaps and broken glass everywhere. Over the years, the area has been

cleaned up such that it now smells good and plants are starting to come up. I got an answer to my question about why she would want to live there when we got to my mother's lot on the beach across Port Protection, where, today, our house sits by itself, away from the community activities that go on inside the cove. I can't tell from reviewing the Prince of Wales Landscape Level Analysis Project Environmental Impact Statement (FEIS) if Lab Bay is once again going to be home to a logging camp or log transfer facility or helicopter log transfer site. From our house on the beach, we can currently hear all of the sounds in that area across the water. The tranquility we currently enjoy will surely be lost if the old Lab Bay site is returned to its industrial past, with helicopters flying over, and trucks and other heavy equipment and barges operating so near our home.

11. An important change that has occurred since the last period of extensive logging on the north end of the island is the improvement of a large portion of the old dirt road that used to run up the island. Now the road from Craig all the way up past Naukati is a wide, paved highway. The road, including the unpaved portion that continues up to Lab Bay, was designated a Scenic Byway in 2010. While, in the old days, driving the road was such a trial that we went down island to get supplies only when we absolutely had to, now people from Port Protection don't think twice about driving down to Craig or Klawock. The new highway attracts many explorers from outside the area, too, and many don't stop when the pavement runs out, continuing on up the old, narrow, one-lane logging road that continues to Lab Bay. I cannot tell for certain where the first landscape

level sale is going to take place, and the FEIS and Record of Decision are silent on how and where logging trucks will be operating, but most of the old growth logging appears to be being planned for stands along this 40-mile stretch of unimproved road. Because people didn't like driving the length of the island on the bad road, 25 years ago the chances of a private vehicle encountering a logging truck along that stretch were much lower than they are now, with tourists and locals constantly driving it. Last summer, I drove my Mazda 3 from Hollis up to Lab Bay and I'm planning to do that again later this year. There's no way I'd try that with logging trucks on the road, though; as it is, you just pray you won't encounter a passenger vehicle coming the other way on one of the countless blind curves. My sister keeps a truck year-round at Lab Bay and often drives the road. All along the northern part of the road, except for the occasional wide spot, there is no place to get out of the way of an oncoming passenger vehicle, much less a loaded log truck. If industrial logging is allowed to recommence on the northernmost part of the main north-south Prince of Wales Island road, it is reasonable to predict that, with the volume of traffic on the road these days, lives will be lost. I could find no discussion of this critical aspect of the project anywhere in the Forest Service's public planning documents for the Prince of Wales Landscape Level Analysis Project.

12. Whether I put my car on the state and interisland ferries and drive up the island or charter a flight down, it costs over $1,000 to get to Port Protection and back to Juneau. I'm willing to pay what it takes to get out there because it is so wild and remote

at our family's place. But I couldn't see much sense in incurring all of that expense to go where I'm going to have to listen to chain saws, helicopters, and barges.

13. As someone invested in the Prince of Wales Island community, I care about the economic well-being of my neighbors down the island. But the short-term creation of the few jobs that may result from industrial scale logging can't justify removing any more of the few stands of old growth trees remaining on our heavily-logged island or endangering the personal safety and property values of my and other Port Protection families. Allowing the landscape to grow back from the logging of the last century is a key part of building a resilient 21st century economy on the island based on fishing, ecotourism, and other sustainable industries.

14. In sum, I have a strong personal interest in a) protecting the ecological and aesthetic purposes old-growth trees serve; b) encouraging the island's and the Tongass' economy into the 21st century so that the local community can continue to expand its investments in activities like fishing, scientific research, and tourism; c) continuing my personal domestic and recreational use and enjoyment of the project areas, including being able to drive up the island without risking my life; and d) protecting the value of my family's property at Port Protection. The Prince of Wales Landscape Level Project, if allowed to move forward, stands to harm every one of these interests.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2019     By: _____
                             Liz Dodd