IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>*Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF LARRY EDWARDS**

I, Larry Edwards, hereby declare as follows:

1. I live in Sitka, Alaska. I have lived in Sitka for 41 years and I intend to continue living here.

2. I am the Board President for Alaska Rainforest Defenders (ARD), formerly the Greater Southeast Alaska Conservation Community. In my capacity as Board President, I am familiar with all aspects of ARD's activities and organizational interests related to Southeast Alaska and the Tongass National Forest.

3. ARD is a non-profit, volunteer-run member organization dedicated to protecting Alaska's coastal rainforest. ARD's mission is to defend and promote the biological integrity of Southeast Alaska's terrestrial, freshwater, and marine ecosystems for the benefit of current and future generations. Since its founding in 2011, ARD has pursued this mission by submitting comments on Forest Service proposals, educating the public and public officials about threats to the Tongass, and litigating. Among our founding principles are that: Southeast Alaska is unique in containing the largest contiguous stands of coastal temperate rainforest remaining in the world; it and the wildlife and wildlife habitat it supports are worthy of special attention and protections, by all and for the benefit of Alaska residents and the global community; and in many places those features of the region are threatened by the cumulative impacts from resource extraction and other developments which have occurred over the past seven decades and are on-going.

4. ARD has approximately 50 members, who mostly reside in Southeast Alaska. ARD members use the Tongass, including Prince of Wales Island, for various purposes, including commercial and subsistence fishing, subsistence hunting, wildlife viewing, and

Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al., **Exhibit 6, page 2 of 4**
Case No. 1:19-cv-00006-SLG

Case 1:19-cv-00006-SLG   Document 10-6   Filed 07/12/19   Page 2 of 4

recreation. ARD's board of directors and members share a long history of participation in and dependence on southeast Alaska's commercial salmon fisheries. ARD members support our mission and founding principles, and rely on ARD to advocate for their interests in the Tongass, including Prince of Wales Island.

5. ARD actively participates in various administrative processes involving Tongass forest management. ARD's board of directors has engaged in considerable advocacy on behalf of the integrity of the Prince of Wales Island ecosystem, its wildlife populations, including endemic species, iconic species, such as the Alexander Archipelago wolf, Queen Charlotte goshawk, Sitka black-tailed deer, and the people who rely upon that ecosystem integrity and web of life. Regarding the Prince of Wales Landscape Level Analysis Project (the Prince of Wales Project), on December 19, 2017, ARD commented and joined additional comments on the Forest Service's proposed draft Statement of Issues and Alternatives, and on June 18, 2018, the draft Environmental Impact Statement (EIS). On December 21, 2018, ARD objected to the draft Record of Decision and final EIS for the project. More recently, ARD joined comments on the Forest Service's proposed Out-year Plan which will implement logging and road-building activities in the Prince of Wales Project area this year.

6. Over the years, on behalf of Greenpeace or Alaska Rainforest Defenders, I have prepared comments on many logging plans for Prince of Wales Island and other nearby islands in the same bioprovince. This has included both Forest Service and the State of Alaska logging plans. Usually these efforts also included an administrative appeal (or objection) and sometimes litigation. A few of these projects (with approximate project dates) were: Central Prince of Wales (1993), Control Lake (1995), Tuxekan (2005), Scratchings (2006), Soda Nick (2007),

Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al., **Exhibit 6, page 3 of 4**
Case No. 1:19-cv-00006-SLG
2

Case 1:19-cv-00006-SLG   Document 10-6   Filed 07/12/19   Page 3 of 4

Logjam (2009), Big Thorne (2013), Coffman Cove (2014), Edna Bay Parlay (2016), and Kosciusko Vegetation Management (2016), in addition to the present Prince of Wales Landscape Level Analysis Project (POWLLA).

7. Alaska Rainforest Defenders' mission is in part to protect the productivity of Southeast Alaska's fish and wildlife and their habitats in their natural wild condition. The need for this protection is nowhere more important than on Prince of Wales Island. The island is situated in the most biologically productive climate within Southeast Alaska, and for that very reason the Forest Service and timber industry have targeted it more heavily, by far, than any other part of the region. The POWLLA project will add substantially to the cumulative impacts of decades of heavy logging on the island's federal and non-federal lands, further diminishing the quality, productivity, function and beauty of the island's ecosystem. This will harm the ability of ARD members to conduct subsistence activities and their success, and will impair the ability for and quality of their recreation on the island.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: July 8, 2019     By: *Larry Edwards* (signature)
                            Larry Edwards

Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al., **Exhibit 6, page 4 of 4**
Case No. 1:19-cv-00006-SLG     3

Case 1:19-cv-00006-SLG     Document 10-6     Filed 07/12/19     Page 4 of 4