IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> *Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF DON HERNANDEZ**

I Don Hernandez declare as follows

1. I have been a resident of Southeast Alaska for 43 years, for the past 37 years I have lived in Point Baker on Prince of Wales Island.

2. I am a member in good standing of Alaska Rainforest Defenders, Sierra Club, and National Audubon Society. I support the mission and purpose of these organizations and rely on them to represent my interests in the Tongass National Forest.

3. Prince of Wales Island is an island whose population is comprised of rural communities. Point Baker, with 25 year-round residents, is the smallest and most remote village on the island. There is no organized government, and services are limited to the essentials of fire protection and emergency medical response. There are no electrical, water, sewer, or garbage utilities. There is no grocery store or direct road connection to any of the other larger communities on Prince of Wales Island. If you live in Point Baker, you must be able to gather, hunt, and fish for your food, you must be self-sufficient. In 1982, I chose to move to Point Baker where I built a home, raised a family, and started a successful salmon fishing business.

4. Subsistence, the harvesting of fish, wildlife, and wild plants, is the mainstay of the rural way of life, and this is particularly true in Point Baker. I have been an active subsistence hunter and fisher for all the years I have lived in Southeast Alaska. I depend on the forest which surrounds me to provide food for me and my family. The deer and salmon that I harvest are dependent on a healthy, intact old growth forest ecosystem for

their survival. In this way, we are connected. I am concerned that the timber harvest which is planned under the Prince of Wales Landscape Level Analysis Project (the Prince of Wales Project) will destroy the habitat that the deer and salmon I harvest rely upon. This will negatively affect my way of life.

5. A way of life centered on the land and water which surrounds us and provides us food, shelter, and a sense of well-being is important to me. To protect this way of life, I have been involved as a volunteer on state and federal advisory committees for fish and wildlife management for many years. For 10 years, I was a member and chairman of the Sumner Strait Fish and Game Advisory Committee, our local State advisory committee, which advises the State Boards of Fish and Game on fish and game-related issues. For the past 16 years, I have been a member of the Southeast Regional Subsistence Advisory Council which advises the Federal Subsistence board on subsistence issues. I am presently the Chairman of that Council. I am also the Vice President of the Alaska Rainforest Defenders. I have also been a member and chairman of the Point Baker Community Council.

6. As a participant on these committees, councils and boards, I have had the opportunity to hear and review a lot of public testimony as well as scientific presentations and reports dealing with habitat issues on Prince of Wales Island. I have heard more and more public testimony in recent years that subsistence users are having difficulty harvesting deer and salmon. The scientific literature stresses the need for intact old

growth forest for healthy fish and wildlife populations. From what I have read, environmental impact statements say that cumulative impacts from 60 years of past logging, which has resulted in highly fragmented habitat on federal, state, and native corporation land, combined with future timber harvest is likely to cause restrictions to subsistence uses. I agree with the public testimony and scientific assessments concerning subsistence because that is what I am witnessing.

7. I consider myself to be a very experienced and knowledgeable hunter and fisher. I have learned a lot about living in the Tongass National Forest in the past 40 or so years. Much of what I have learned has been passed on to me from friends and neighbors with many more years of customary and traditional knowledge. I am passing on to the next generation what I have learned. I am worried that future generations will not be able to use this knowledge if logging from the Prince of Wales Project destroys the habitat deer and fish require.

8. I am very familiar with the region of north Prince of Wales Island that extends from Calder Bay to Salmon Bay, one of the areas where the Forest Service's first offering of timber under the Prince of Wales Project may take place. I am concerned that many of the places where I hunt and fish, and which are very important to me, will be negatively affected by logging under this Project. These places include the watersheds of Red Creek, Big Creek, Straight Creek, Buster Creek, Alder Creek, Flicker Creek and Baker Creek.

9. For all of the years I have lived here I have never failed to harvest enough deer to meet all of my family's needs for the year. The reason for my success is that I know specific places where I can go and be reasonably certain that I can harvest a deer. In recent years, these places are becoming less reliable. In fact, in the last 3 years there were 2 years when I did not harvest any deer on Prince of Wales Island. I was forced to travel farther by boat to hunt on Kupreanof Island. This past year I harvested on Prince of Wales Island, but I again had to travel farther by boat to a more difficult place to access a roadless area. I attribute this hardship to the effects of the extensive timber harvest island-wide, which is making it necessary for subsistence hunters who live in other communities on the island as well as sport hunters from Ketchikan to increase their efforts in areas where I hunt. This is causing localized depletion and more competition. I am concerned that the timber harvest authorized by the Prince of Wales Project for my area as well as the rest of the island will only make this situation worse.

10. Subsistence hunting and fishing are not the only activities of mine that will be affected by the Prince of Wales Project. I spend a lot of time hiking in the area around Port Protection that will be logged under this Project. Getting out and observing what is going on in the forest is very important to me. I like to walk the streams to see how the salmon runs are doing and where there might be trout. I like to see what birds are migrating through at different times of year. I often look for wolf sign and follow tracks to learn more about their activities. I harvest mushrooms and look for good cranberry

patches. I like to explore some of the amazing karst features in the area. These are not the kind of activities I would want to be doing in the midst of ongoing logging operations or after the forest has been clear-cut.

11. I make a living as a commercial fisherman. My commercial salmon fishing business could also be affected by the proposed logging in this Project. My understanding is that rising temperatures, drier summers, more intense fall and winter rain events, and less snow pack are likely outcomes of climate change in the Tongass Forest. The only way to protect our salmon spawning streams from these potentially devastating events is to maintain old growth forest which can regulate extreme temperature and flow events. This has to occur at a large-scale watershed level. I believe that cutting tens of thousands of acres of old growth forest in the next 15 years and embarking on a program which will cut many more thousands of acres of young growth forest into the future, as proposed by the Prince of Wales Project, is absolutely the worst thing that can happen to our salmon streams.

12. I do not feel that I have been given adequate opportunity to have my concerns about the Prince of Wales Project heard. I am aware that the Forest Service convened a citizens advisory committee (the POWCAC) to help develop this plan. My community of Point Baker was invited to participate but we chose not to, for a good reason. We felt that the outcome of the POWCAC meetings in regards to timber harvest was predetermined, and that our more conservation-minded view on logging was unlikely

to prevail. We did not want to collaborate in and be associated with a plan we could not support. I believe that our sense that an outcome was predetermined was well founded. I have been told by Forest Service personnel that the record of decision on the plan had to reflect the recommendation of the POWCAC, and that the needs of the one large operating sawmill on the island, Viking Lumber, had to be met. To me, those preconditions prevented any possibility of other alternatives such as the one preferred by the Point Baker community from being chosen. I understand why the POWCAC supported the chosen alternative. It would be very difficult for a committee to make the very hard decision to endorse a plan which could cause some of their neighbors to lose their jobs. But, I believe that job losses are not necessary if Viking lumber would commit to transitioning to young growth production, which they have not, or if private land owners would sell timber to them instead of exporting in the round, which they will not. So, POWCAC made the less painful decision which I understand but criticize as being short sighted. In the long term, I believe a natural resource based economy must be diverse and well balanced, and can only flourish in a healthy ecosystem. The Prince of Wales Project sets us on a course away from that condition.

13. I also find fault with how the Forest Service conducted the planning process. We were asked to give input on how timber harvest would affect our uses, yet there was no specific information presented on where logging and road building would occur. It is impossible to describe impacts without that important information.

14. It is very difficult for me who lives where and how I do, to express to someone who has no experience with this way of life how this project is harmful to me and why that should matter to others. I have a very close connection to the environment, and the wildlife and fish that surrounds me. Over a lifetime I have observed changes to the ecosystem, some are obvious, others are very subtle and are changes that might go unnoticed by others. What is obvious is that the landscape of Prince of Wales Island has changed dramatically since the industrialization of the forest by large-scale clear-cut logging. Places that I and generations of people before me have depended on to provide resources vital to our way of life are no longer even recognizable, let alone viable for subsisting. Am I to move on, learn new places to hunt and fish and gather? The subsistence culture that I am a part of is defined as the customary and traditional use by rural Alaska residents of wild renewable resources. In this culture, the passing on to future generations those customs and traditions is the most important thing we can do. I am worried that logging from the Prince of Wales Project will further damage this subsistence culture that is integral to my way of life. When the landscape and our subsistence resources are continually changing, when I can no longer be assured that my son or grandchildren can use places that were important to me and engage in activities that generations of people before me enjoyed, that harms my soul.

15. The stark changes to the landscape of Prince of Wales Island which will be made worse by the logging in this project are typical of what is happening to forests

throughout the world. I am witnessing subtle changes to our forest ecosystem, changes which are also happening on a global scale. No logging project, including the Prince of Wales Project, should be viewed in isolation. What happens on Prince of Wales Island is connected to our over-all environmental health, and that should concern us all.

16. I intend to continue living in Port Baker, and hunting, fishing, and enjoying and observing the forest and its wildlife, on Prince of Wales Island for as long as I am able.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: 6/11/2019     By: _____
                         Don Hernandez