IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, | ) ) ) ) ) ) ) ) ) | Case No. 1:19-cv-00006-SLG |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

**DECLARATION OF ADAM KOLTON**

I, Adam Kolton, hereby declare:

1. I am the Executive Director of the Alaska Wilderness League (the League). I am familiar with the League mission, purpose, and activities.

2. The League is a non-profit organization with approximately 100,000 members and activists located in Alaska and throughout the United States. The League was founded in 1993 to advocate for protection of Alaska's public lands and waters, which are threatened with environmental degradation.

3. The League is headquartered in Washington, DC and has an Alaska office in Anchorage with two full time employees. Through advocacy and education, the League's Tongass Program works with our members and supporters across the state to advocate for a sustainable Tongass National Forest. The League is committed to protecting the Tongass for its members and supporters who enjoy and use the Tongass for numerous activities, including hunting, fishing, guiding, wildlife watching, and recreating. All these activities depend on undeveloped wilderness, clean water and air, and abundant wildlife. The League's members and supporters rely on the League to advocate for their interests and educate them about activities occurring in the Tongass, including on Prince of Wales Island. The League also seeks to protect the Tongass for the over one million visitors a year who come to visit; for southeast Alaskans who live there and rely upon a sustainable Tongass; and for the generations of visitors yet to come see the forest.

4. The League supports legislative and administrative initiatives to protect Alaska's lands and waters, promotes national and local education and recognition of Alaska's environment, and provides leadership within the environmental community on issues that concern Alaska. The League has been involved in efforts to protect Tongass since the organization's inception, and throughout its history has always had multiple staff at any given time involved in the effort to advance these protection efforts. The League's long-term goal is to achieve healthy and sustainable management of the Tongass and to protect the best of the best of the lands in the Tongass for future generations. Currently, the most significant threat to the ecological health of the Tongass is old-growth logging. It is the League's goal to ramp down industrial scale old-growth logging in the Tongass to only the level that is necessary to keep the small mills in operation. The League currently works with a diverse coalition of groups both locally and nationally to address this threat.

5. The League has actively voiced its concerns over the Prince of Wales Landscape Level Analysis Project. The League joined comment letters sent to the Forest Service concerning its environmental analysis of the Project on December 19, 2017, and June 18, 2018, and submitted an objection to the Project's final environmental impact statement and draft record of decision on December 21, 2018. In these letters, the League raised various concerns about the project, including the Forest Service's method for conducting its environmental analysis and the Project's public costs and impacts on wildlife, and urged the Forest Service not to approve the Project.

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 2
Case No. 1:19-cv-00006-SLG
**Exhibit 8, page 3 of 8**

Case 1:19-cv-00006-SLG    Document 10-8    Filed 07/12/19    Page 3 of 8

6. The League has also participated in various other public processes related to the Tongass National Forest. The League has participated in litigation, administrative processes, and Hill education efforts around, for example, the North Kuiu Island and Big Thorne timber sales, the Tongass Land Management Plan amendment, and the ongoing state-specific Roadless Rule planning process. The League has joined a letter to the Forest Service on April 10, 2018 opposing the State of Alaska's petition for rulemaking to exempt the Tongass National Forest in Alaska from the Roadless Area Conservation Rule. Prior to that, the League engaged in the Tongass Round Table where we worked with a diverse group of partners to try to find a legislative solution for the Sealaska Corporation which would grant them their remaining land entitlement while protecting key ecological and economic lands in the forest.

7. The League advocated for the Chabot-Andrew's amendment to the 2005, 2007, and 2008 Interior appropriations bills. This amendment would have prohibited all federal funding for building roads for the purpose of timber development. It passed the House of Representatives every time it was offered, though it was never signed into law. The League also worked to advance the Alaska Rainforest Conservation Act in the early 2000's.

8. The League uses several means to educate its members, supporters, and the public on matters relating to the Tongass. These include reporters notes on the topics of importance and ongoing conversations with key Alaska and national journalists, who cover these conservation issues. The League meets regularly with decision-makers on

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 3
Case No. 1:19-cv-00006-SLG
**Exhibit 8, page 4 of 8**

Case 1:19-cv-00006-SLG   Document 10-8   Filed 07/12/19   Page 4 of 8

Capitol Hill to educate them on activities in the Tongass and to advocate against efforts that would increase development activities within the National Forest. In addition, the League provides background information about its actions in advocacy e-mails, a printed bi-monthly newsletter mailed to its members, and in the "Alaska Update," a monthly e-mail update sent from me. The League also posts information on the Tongass National Forest to the "News and Events" and "Campaigns" sections of its website.

9. The League has a strong organizational interest in the protection of the Tongass and the wildlife and people that depend upon the forest. The League exists to protect Alaska's lands and waters and to help promote education and recognition of Alaska's environment, and the issues affecting it, on both local and national levels. The Forest Service's decision to pursue the Prince of Wales Project without disclosing the sale's full impacts harms the League's members and supporters interests in the rule of law, in multiple ways. First, the Forest Service cannot move forward with this project when it is unclear what exact lands will be impacted by activities. This runs contrary to timber sale practices established in previous decades, and makes it very difficult for the League and its members to weigh in to protect their interests in the Tongass. Additionally, the sheer size of the proposed sale – one of the largest in decades – poses a great threat to the variety of sustainable uses of the Tongass. As demonstrated in the Forest Service's Out-year Plan, logging offered under the Project would destroy some of the last remaining old-growth stands on Prince of Wales Island, areas that provide important habitat for deer, wolves, and unique populations of Queen Charlotte goshawk,

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,  4
Case No. 1:19-cv-00006-SLG
**Exhibit 8, page 5 of 8**

Case 1:19-cv-00006-SLG   Document 10-8   Filed 07/12/19   Page 5 of 8

spruce grouse, and flying squirrels. The loss of these old-growth forests would undermine the League's efforts to protect the region's wildlife and to advocate for a sustainable Tongass and thus harm the League's interests in them. Coupled with our concern that the project doesn't conform with the guidance provided by the Tongass Land Management Plan, the League views this project – and the process that has led to it – as not conforming to the laws and regulations that govern timber sales on the Tongass.

10. The Project also harms our members and supporters' interests in Prince of Wales Island and the ecological health of the Tongass. Our members and supporters use and enjoy the Tongass for various purposes, including to support their subsistence lifestyle. Our members are also guides and operators who rely on a healthy wildlife populations and an intact ecosystem for their livelihood. Clear cutting scars the forest landscapes and harms the wildlife habitats that our members and supporters depend on or want to experience, and harms the livelihood of those that find employment by providing those opportunities and experiences. Our members and supporters will also be harmed because they are taxpayers and the enormous costs of this uneconomical sale, including the costs of building roads to enable the sale, will be rolled over to the taxpaying public.

11. The Prince of Wales Project puts the environmental and economic health of the "crown jewel" of our nation's National Forest System at risk. The Tongass is one of the last remaining intact temperate coastal rainforests left in the world – and it belongs to all Americans. Our nation's largest national forest is rich in wildlife, old-growth trees, and salmon-filled rivers and streams. One million visitors come to the Tongass annually;

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 5
Case No. 1:19-cv-00006-SLG
**Exhibit 8, page 6 of 8**

Case 1:19-cv-00006-SLG    Document 10-8    Filed 07/12/19    Page 6 of 8

millions more in Alaska and the Lower 48 enjoy salmon hatched in its bountiful streams and rivers; and even those who will never see its emerald shores can appreciate the Tongass for its relatively untouched natural beauty. It is truly a unique and special place owned by all Americans and all League members and supporters, and we have a responsibility to safeguard it for the local communities that rely on the forest for their jobs and livelihoods, as well as to ensure a legacy for future generations.

12. The League firmly supports the Forest Service's plan to transition management of the Tongass out of old-growth logging and into supporting sustainable industries like tourism and fishing. However, the agency's decision to pursue a project that could authorize logging of up to 656 million board feet and 164 miles of logging roads is completely out of step with its 2010 announcement that it would start "transitioning quickly away from timber harvesting in roadless areas and old-growth forests." The League and its members and supporters are interested in seeing a forest unmarred by more old-growth logging and a transition to a sustainable Tongass; the Prince of Wales Project violates the spirit of the transition that the League and its members and supporters expect the agency to honor.

13. Hugely subsidized timber sales like this project may have made sense decades ago when thousands of southeast Alaskans made their living in the timber industry, but today only 110 people are employed in the timber industry. Southeast Alaska's major economic drivers are now fishing and tourism, these billion dollar industries respectively provide 10,000 and 7,200 jobs annually. Fishing and tourism both

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 6
Case No. 1:19-cv-00006-SLG
**Exhibit 8, page 7 of 8**

Case 1:19-cv-00006-SLG     Document 10-8     Filed 07/12/19     Page 7 of 8

depend on intact watersheds, healthy forest ecosystems, and abundant wildlife populations. Cutting hundreds of acres of old-growth forests from already fragmented Prince of Wales Island will have significant adverse impacts on fish and wildlife habitats, further increasing the need for watershed-scale restoration efforts and measures to protect declining wildlife populations. All these side-effects would dramatically and adversely affect the guides and operators that the League represents. If the Forest Service wants to support economic growth in the region it must cancel the Prince of Wales Project.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/11/2019          By: _____

                                Adam Kolton
                                Executive Director
                                Alaska Wilderness League