IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> *Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF PETER NELSON**

I, Peter Nelson, hereby declare as follows:

1. I am the Director of the Federal Lands Program at Defenders of Wildlife (hereinafter "Defenders") in Washington, D.C. I have been employed by Defenders since April 2008, and I am familiar with the organization's operations and goals. In my position as Director of the Federal Lands Program, I oversee the organization's work related to conservation of wildlife habitat and biodiversity on federal lands, with a special emphasis on the National Forest System. I am responsible for the development and promotion of science-based management policies within the U.S. Forest Service; for ensuring that federal land management agencies are provided the direction and resources needed to effectively and efficiently implement the wildlife diversity mandate of the National Forest Management Act; and for raising public awareness concerning the importance of National Forest System lands for the conservation of biological diversity. My academic training includes a Bachelor of Arts degree in political science, a Masters of Public Administration and a Masters of Science in forest management and ecology, all from the University of Washington in Seattle, Washington.

2. Defenders is a 501(c)(3) nonprofit organization founded in 1947 with more than 1.8 million members and supporters, including over 6,000 in Alaska. Defenders' primary mission is to further the protection of native wildlife and plants in their natural communities. We focus our programs on the accelerating rate of species extinction and associated loss of biological diversity, and habitat alteration and destruction. Our programs, including our National Forest System program, encourage conservation of

entire ecosystems and interconnected habitats while protecting at-risk species and other focal species that serve as indicators of ecosystem condition. Roads, logging, and related development and extractive activities can fragment and degrade ecosystems, and pose significant risks to the biodiversity, wildlife, and habitat that Defenders seeks to protect.

3. Defenders' engagement on the Tongass National Forest spans decades. Conservation of wildlife and habitat on the Tongass – particularly old growth forests and old growth dependent species such as those threatened by logging activities authorized by the Prince of Wales Landscape Level Analysis Project – is of national significance and thus plays a major role within Defenders' National Forest System conservation program. Habitat within the Tongass National Forest provides refuge for many at-risk wildlife species and Defenders has advocated for the protection of many of these species, including the Alexander Archipelago wolf, Queen Charlotte goshawk, northern flying squirrel, marten, and bats. Defenders' advocacy efforts include commenting on the Tongass National Forest Management Plan amendment process, submitting detailed comments on Tongass-related rules and environmental impact statements, providing information to its members and the public about Tongass issues, and litigating. In addition Defenders participated in the administrative process for the Prince of Wales Landscape Level Analysis Project including commenting on the Draft Statement of Issues and Alternatives and the Draft Environmental Impact Statement. Defenders also participated in the administrative objection process associated with the project.

4. Defenders has a strong mission interest in the application of the best available science to conserve rare, imperiled, and declining species such as those found within the Prince of Wales Landscape Level Analysis Project planning area, including the Alexander Archipelago wolf and Queen Charlotte goshawk. Implementation of the Prince of Wales Landscape Level Analysis Project would undermine the viability of these population and ignore recent scientific analysis and published scientific information concerning the population.

5. Defenders has a longstanding interest in the conservation of Sitka black-tailed deer, including as a key prey species for wolves. Implementation of logging activities under the Prince of Wales Landscape Level Analysis Project would ignore information indicating concerns over deer populations and thus continued viability of species that rely on deer.

6. Defenders has devoted substantial time and resources to urge protection of the remaining important habitat areas, including irreplaceable old growth forest threatened by the Prince of Wales Landscape Level Analysis Project, on the Tongass National Forest. These efforts include, but are not limited to, the following:

> a. Defenders provided information on the values and importance of habitat areas within the Prince of Wales Landscape Level Analysis Project planning area to our members and supporters through our email networks. Through the same channel, we urged our members and supporters to voice their support for the protection of wildlife habitat within the Prince of

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,  3
Case No. 1:19-cv-00006-SLG
**Exhibit 10, page 4 of 6**

Case 1:19-cv-00006-SLG   Document 10-10   Filed 07/12/19   Page 4 of 6

Wales Landscape Level Analysis planning area;

b. Defenders undertook media efforts on our own and in cooperation with other organizations to publicize the values and importance of Tongass National Forest wildlife habitat and encourage its protection;

c. Defenders staff advocated to Congress and the Administration in support of habitat protection on the Tongass National Forest.

7. Defenders undertakes its work on behalf of itself and its members. Defenders' members use and enjoy the Tongass National Forest for various purposes, including professional, scientific, educational, recreational, aesthetic, inspirational, and other activities, and have an interest in preserving the possibility of such activities in the future. Wildlife habitat areas on the Tongass National Forest, including areas within the Prince of Wales Landscape Level Analysis Project planning area, provide unique recreational experiences and other opportunities not found in many other lands. Tongass National Forest wildlife habitat areas offer better refuge for wildlife, and our members enjoy a much deeper quality of experiencing nature without many modern disturbances. These areas are invaluable to our members, and to current and future generations. The Prince of Wales Landscape Level Analysis Project threatens the integrity of Prince of Wales Island ecosystem and the values it provides. Defenders' and its members' interests in this area will be negatively affected if the Prince of Wales Landscape Level Analysis Project is implemented. If the Forest Service decides to move forward with the sale without a current analysis of the sale's impacts, this would also harm Defenders' interests

in disseminating information about the project to its members and the public, as well as Defenders' interest in the rule of law.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: July 8, 2019     By: _____
                            Peter Nelson

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.,*     5
Case No. 1:19-cv-00006-SLG                                    **Exhibit 10, page 6 of 6**

Case 1:19-cv-00006-SLG     Document 10-10     Filed 07/12/19     Page 6 of 6