IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, | ) ) ) ) ) ) ) ) | Case No. 1:19-cv-00006-SLG |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

**DECLARATION OF DAN RITZMAN**

I, Dan Ritzman, hereby declare as follows:

1.	I am the Director of the Lands, Water, Wildlife Campaign for the Sierra Club.  I have worked for Sierra Club since April of 2007.  I am familiar with the Sierra Club's purpose and mission as well as its activities in Alaska and nationally.

2.	The Sierra Club is a national nonprofit organization dedicated to the exploration, enjoyment, and preservation of the wild places of the Earth; to practicing and promoting the responsible use of the earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives.  The Sierra Club works towards educating and enlisting the public to protect and restore the quality of the natural environment.  The Sierra Club's interests encompass a wide range of environmental issues, including wildlife conservation, wilderness, public lands and waters, endangered species, clean water and clean air.  The Sierra Club has approximately 780,000 members of which approximately 1,800 reside in Alaska, and approximately 380 of those reside in Southeast Alaska.

3.	Our members enjoy the natural areas of the Tongass National Forest (Tongass), including the Prince of Wales Landscape Level Analysis Project (Prince of Wales Project) area, on Prince of Wales Island, for various purposes including recreation, subsistence, wildlife, and solitude.  They seek out these areas and adjacent marine waters to hike, hunt, fish, kayak, photograph, observe wildlife, and enjoy the peacefulness of undeveloped lands.  Though many members reside in the towns and communities of

Alaska, others come from states where such a combination of qualities no longer exists. Members of the Sierra Club rely on the Club to represent their interests in the Tongass.

4. The Sierra Club's advocacy for the Tongass dates back to the founding of the organization over 120 years ago by John Muir. For the last 45 years, the Sierra Club has been active in creating, opposing, or supporting Tongass land management actions, including helping to secure the passage of the Tongass Timber Reform Act, commenting on Tongass Land Management Plans, advocating for the inclusion of the Tongass in the 2001 Roadless Area Conservation Rule, advocating for the designation of Tongass inventoried roadless areas as wilderness, commenting on numerous individual timber sales, and supporting efforts to transition out of old-growth logging in the Tongass. The Club's advocacy efforts have taken place in the courts, with the executive branch, in Congress, and through public education and outreach.

5. The Sierra Club has actively participated in the public process for the Prince of Wales Project. The Club submitted comments on the Draft Statement of Issues and Alternatives and the Draft Environmental Impact Statement, and was part of the coalition of organizations that objected to the Prince of Wales Project decision. Most recently, the Club submitted comments on the Forest Service's proposed Out-year plan intended to implement management decisions, including old-growth timber sales, in the Prince of Wales Project area this year.

6. The Sierra Club has educated our members and the general public about the Prince of Wales Project by writing articles about the project in *Sierra Borealis, Alaska*

*Report*, the newsletter of the Alaska Chapter of the Sierra Club, which is mailed to every member of the state and also posted on the Alaska Chapter's website (https://www.sierraclub.org/sites/www.sierraclub.org/files/Sierra-Borealis-December-2017.pdf).

7. The Prince of Wales Project is one of the largest timber sale project on the Tongass in over 20 years and proposes to remove massive amounts of old-growth timber from an area that has already suffered from extensive past logging. Additional logging on Prince of Wales Island will further fragment the forest ecosystem, seriously undermine the island's ability to support healthy populations of fish and wildlife, including deer, wolves, goshawks, and various endemic species, and further degrade the area's aesthetic and recreational values. These changes will have significant, adverse impacts on the quality of the fishing, hunting, wildlife viewing, hiking, kayaking, and other recreational opportunities on the island and will irreparably harm Sierra Club members' use and enjoyment of the Prince of Wales Project area and surrounding areas. The Sierra Club and its members will be negatively affected if the road building and commercial logging authorized by the Prince of Wales Project is allowed to proceed. Moreover, the Sierra Club and its members have been deprived of an opportunity to meaningfully comment on specific logging project proposals, as the Forest Service's Out-year plan does not include surveys, which agency admits will not even be completed until well after the comment period on the plan and associated documents closes.

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, Case No. 1:19-cv-00006-SLG

3

**Exhibit 11, page 4 of 5**

Case 1:19-cv-00006-SLG   Document 10-11   Filed 07/12/19   Page 4 of 5

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: May 23, 2019

_____
Dan Ritzman
Sierra Club