IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> *Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF ELSA SEBASTIAN**

I, Elsa Sebastian, hereby declare as follows:

1. I have lived in Southeast Alaska since I was born in 1990. I have been an Alaska resident since my birth. I was raised in Point Baker on Prince of Wales Island, and in 2009 I purchased land near Point Baker with the intent of building a fishing cabin.

2. I have been a member of Alaska Rainforest Defenders for three years and a member of Southeast Alaska Conservation Council for five years. I briefly worked for Alaska Rainforest Defenders in 2017, and since then I have volunteered for the organization to assist with website maintenance. I rely on these organizations to represent my interests in the Tongass National Forest, especially in threatened areas of Prince of Wales Island.

3. I have spent every summer of my life working in Alaska's commercial salmon industry, with the bulk of my experience in Southeast Alaska waters. All of Southeast Alaska's salmon fisheries are dependent to some degree on healthy Tongass watersheds. I was raised on my parents' commercial salmon troller, and when I was 18-years-old I worked as deckhand on a salmon tender/processor based out of Craig, Alaska. When I was 21, I purchased a hand troll vessel and permit, eventually upgrading to a power troll permit and vessel. I spent 6-years operating trollers in Southeast; I'd spend the majority of my fishing season off the coast of Prince of Wales. I still own my power-troll permit, and although I'm not actively fishing my power troll permit, I'm considering starting a direct-market troll business, and I've considered marketing my fish from Prince of Wales Island. Although I'm not quite ready to start a business, I'm interested in

entrepreneurship to sustain my own family and contribute to a healthy, sustainable economy for Prince of Wales.

4. In 2017, I spent over 30 days backpacking on Prince of Wales. This project - called Last Stands - was inspired in part by a proposed 2-million acre transfer of forested lands from the Tongass National Forest to the State of Alaska, and in part by a desire to know the unique ecological character of my home island through an immersive project. In 2017, I was attempting to transect areas that the Alaska Department of Natural Resources had identified as potential areas for land transfer given the potential of the 2-million acre transfer. My routes through and carried me through a variety of landscapes of old clear-cuts, along logging roads, and in some cases through LUD II or Wilderness areas.

5. In 2019, I continued the Last Stands project to explore designated Roadless Areas on Prince of Wales Island. I based the project from my sailboat, and circumnavigated the island in an attempt to visit remote Roadless areas. Like before, I bushwhacked, beach-walked and sometimes used logging roads to access inventoried roadless areas.

6. Over the course of a couple months on the ground with the Last Stands project, I have walked over 200 miles on Prince of Wales, and explored much of the remaining old-growth on the island.

7. When moving through threatened areas, I've kept records about individual trees, forest structure, plants, and wildlife. I enjoy spending time in these places; I grew up playing in and moving through these forests and it brings me happiness to find routes

through the forest. I am particularly interested in wildlife and I enjoy finding animal tracks and understanding what sort of habitat wolves, deer, bear, and birds prefer.

8. In August 2017 I walked from Red Bay to Whale Pass. In Red Bay I observed steelhead in the creek from the lake, and wolf, bear and deer sign on logging roads. This area has been heavily logged already, and much of the scenic attributes of the bay have been compromised. I hiked to the Salmon Bay LUD II area, and was amazed by its productivity. Along Salmon Bay Creek there's spacious and open lowland forest with beautiful spruce and few notably large cedar trees which I photographed. I saw a wolf den near the mouth of the river and considerable bear sign. On the beach in Salmon Bay I saw the remains of a fish trap, likely Tlingit. I also saw black bears and sandhill cranes in the estuary grass. When I hiked up out of the LUD II area back to the logging road to continue to walk to Whale Pass, I was surprised by how dramatically the wildlife sign dropped off. There was some wildlife sign, but the transition between the protected area and the managed forest was startling.

9. In May 2019 I anchored in Exchange Cove, I hiked from my sailboat to the logging road that runs by Exchange Cove, and up the spur road south of Exchange Creek. I was attempting to access a roadless area that encompasses Salmon Bay, but the surrounding area was so heavily clearcut that I couldn't find a manageable route within my timeframe. The vista from higher elevations is one of the most altered I've seen anywhere on the island, a patchwork of recovering forest. There was very limited animal sign on the logging roads and in the forest near the roads. I hiked down Exchange Creek and into the salt chuck. This estuary is very beautiful and alive. In the grass of the

**Exhibit 12, page 4 of 11**

Case 1:19-cv-00006-SLG    Document 10-12    Filed 07/12/19    Page 4 of 11

estuary, wild rice (chocolate lily) was notably dense, and I harvested enough for dinner. I also saw a black bear in the estuary, only the second I saw after a month of actively exploring the island and anchoring in remote bays. I was amazed by the number of sculpin and salmon fry that were swimming in the many channels between grassy plateaus.

10. After exploring and documenting Salmon Bay and Exchange Cove and the areas between, I'm convinced that this is one of the richest areas for wildlife on the island. The logging that is being planned in the Prince of Wales Project for this area undermines this value, especially considering that the logging disturbs and degrades wildlife corridors between these two very productive estuary areas. This area has already been compromised by logging, and it doesn't take much effort to find oneself in very dark and dead stem exclusion understory. But the area also has notably productive beach fringe and estuarian systems, and the value of these places shouldn't be undermined by further extraction. The beaches in this area are all bright green with tall grass, beach asparagus and goose tongue, and the LUD II protected area in Salmon Bay and the beach fringe all the way down to the rich estuary in Exchange Cove has the highest concentrations of wildlife sign that I've seen anywhere on Prince of Wales.

11. The area that is proposed to be logged in the Prince of Wales Project is between two of the richest estuaries on the north end of the island, and is essential to my understanding of the ecological landscape of the north end of the island. For me, these estuaries and the remaining old-growth in the area serve as a vivid reminder of how productive and beautiful Prince of Wales is, the logging roads and patchwork of slowly

recovering lands show the tragedy of past decisions to clearcut in the midst of such abundance and life. Beyond that, this area shows the resilience of Prince of Wales, if we choose to allow the second-growth in this area to recover and regenerate, one day, perhaps more than 100 years from now, the richness of wildlife that is now concentrated in the wild fringes will recolonize these lands. However, I fear that continued industrial extraction of the lands, as authorized by the Prince of Wales Project, between these two estuarian areas will threaten their current abundance.

12. These two estuarian areas have helped me understand and feel rooted in the beauty and resilience of my home region. Northern Prince of Wales is the most heavily logged of all the biogeographic provinces in Southeast Alaska. As a child growing up on the north end of the island, whenever my family and friends traveled more than a few miles from Point Baker to recreate, we'd find ourselves having to travel through old clearcuts or down logging roads. My family has never owned a car on Prince of Wales, and we always recreated from our boats, so these roads were merely a reminder of the aggressive logging that has been inflicted on the North End. It's depressing to see the condition of many of these places, Red Bay and Lab Bay especially. These areas have been so heavily logged that the land can only offer minimal benefit to the subsistence and spiritual needs of my home community. It will take centuries to heal, and I worry about the resilience of my home community if North Prince of Wales continues to be stripped of its beauty and abundance.

13. The area between Salmon Bay and Exchange Cove gives me hope. The protected areas and beach fringe in this area are rich in wildlife, and the remaining old-

growth still provides a sense of how spectacular this place was before it was heavily logged. When I'm in these places, I know the beauty of the north end of Prince of Wales and I'm also encouraged that there's still enough habitat to provide for the needs of my community, with potential for recovery and future abundance.

14. In August 2017 I hiked from a spur road East of Klawock to the mouth of Staney Creek as part of the Last Stands project. We hiked along logging roads to get into the watershed, and then attempted to hike through forest within the watershed. Although we succeeded in bushwhacking through parts of this watershed, overall it was a very challenging day because of the number of clearcuts of multiple ages in the area and incomplete information that was shared with us by the U.S. Forest Service office in Craig. There are areas within the Staney Creek watershed that are identified by the Forest Service as Old Growth Reserve, which we found to be very old clearcuts, cut maybe 70-years ago. On one night, we camped in the campground near Staney Creek bridge, and although it was marked on the USFS map, we found it to be nothing more than a pull off on an old logging road in the midst of a recovering clearcut. We wouldn't have been able to recognize it as a campground, except for the presence of a picnic table. When we reached Staney Creek, we were impressed by the large schools of coho in the river, and we saw at least 7 anglers who had pulled their cars off by the side of the road. The trash along the road and river indicated that this is a popular but poorly maintained recreation area. We continued to hike along the river, within the buffer strip, and we were impressed by the beauty and spaciousness of the area. After days of hiking through old clearcuts and recovering forest, this buffer strip reminded us of how easy it is to move through old-

growth forest. After days of seeing little sign of wildlife, we were thrilled to find a wolf den, a pine marten skull, deer and bear sign, and we could see large schools of coho for as long as we were near the creek. We later hiked back through stem exclusion forest with no understory, and rejoined the road system via a desolate campground in the midst the dark, recovering forest. When we hiked down to the Staney Creek cabin which I had reserved for a couple nights, we were again amazed by the original character of this place. There were huge spruce trees, wildlife sign, and the Staney Creek cabin itself is a beautiful retreat. When we hiked out to the tidal mouth of Staney Creek we found evidence of an old village site, including many living cedar trees that had been stripped for bark or marked with adze more than 100 years ago. The Staney Creek watershed has been heavily logged, but it still supports abundant fish runs and recreation opportunities; these values have benefited people potentially for thousands of years.

15. Even though I don't currently live year-round in Point Baker, I've returned to my family's homestead almost every year. I like to spend September with my parents in Point Baker when my dad is finishing his troll season in Sumner Strait and my mom is canning salmon. I plan to continue to return to my homestead every fall, and my partner and I are interested in working to complete and furnish an apartment on my parents' property. In September/October 2019 I will be hunting for Sitka blacktail deer between Point Baker and Red Bay. My partner is teaching me how to hunt and we intend to do this from small craft from our Point Baker homestead. We've discussed reserving a few nights at Red Bay cabin to hunt in the surrounding area and sportfish in the Red Bay Creek drainage.

16. In August 2019 I plan to kayak with my partner from Point Baker to Exchange Cove, this trip is inspired by the beauty of this area, but my partner is also a sport fisherman and he's eager to visit Salmon Bay Lake and Exchange Creek.

17. I would like to continue to have this type of connection to the lands near Point Baker. I'm grateful for the community of people who live in Point Baker; there's a unique kind of generosity displayed by people who live off the land and sustainably enjoy its abundance.

18. In the last several years of exploring Prince of Wales Island, I've gotten a sense of how deeply damaged much of the island is. Entire watersheds have been rendered into a maze of logging roads and old clearcuts, the most notable example I've seen is the Staney Creek watershed. Much of the Staney Creek watershed was cut in the late 1960s and early 1970s, and over the several days that I spent in the area, I started to understand how long it takes for forests to recover to a point where they support productive wildlife habitat again. Now I understand that old clearcuts that look regenerated and green from the water are actually devoid of understory life and offer very little valuable wildlife habitat. It's one thing to read a scientific paper to learn about the long cycle of forest regeneration, it's another to hike through lands that have been clearcut 50 years ago and realize that without understory growth these recovering forests are worthless as wildlife habitat. After my time spent hiking through old clearcuts that have reached stem exclusion phase, I have become very concerned for the viability of wildlife populations on Prince of Wales. The idea of 'succession debt' used to be abstract to me, but now I understand that if we continue to cut forests on short harvest cycles, the

lag of habitat recovery could seriously jeopardize wildlife populations. This will certainly impact my ability, my descendants' ability, and my neighbors' ability to harvest Sitka blacktail deer which rely on productive understory for forage, and old-growth canopy structure for protection from snowfall. Without stable populations of deer, the subsistence-based life in rural Prince of Wales will become untenable. Rural people cannot afford, and do not have access to, industrially produced protein sources.

19. Beyond the economic limitations, it would also be a spiritual loss for me, my family and neighbors to live out the consequences of continued clearcut logging on Prince of Wales. Harvesting deer provides a sense of belonging and gratitude for place. I am only learning to hunt, and I hope to harvest my first deer this fall, but I know that this spiritual connection to hunting is very strong in my father, and for my partner as well. This connection to deer is important for the happiness and wellbeing of my family; without it, rural life would lose much of its dignity and meaning.

20. I own a piece of property in Port Protection, I bought the property when I was 18, imagining that I could build a fishing/hunting cabin there. Although I'm considering buying my parents' place, this little piece of property is a place where I feel certain that I can build something for my children to enjoy. If I have children I want them to be able to grow up in the rainforest. I want them to hunt and fish, and explore the coastline by kayaks. I want to feed them wild food, venison, berries, and salmon.

21. Through firsthand experiences in places that are still habitat dead zones 50 years after they were clearcut, and through following the Forest Service's process to plan timber sales on a landscape level, I'm not certain that north Prince of Wales will be able

to support hunting and fishing throughout my lifetime. Unless I see the Forest Service changing their approach to land management, it will be hard for me to continue to invest in my dream of being able to always return home to harvest wild food, and to raise children on the north end of Prince of Wales. I've started to doubt whether this island can offer my children the abundance that I've enjoyed in my lifetime. The good life on Prince of Wales is that way because of the natural abundance of the forest and ocean.

    I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: June 20, 2019         By: *[signature]*

                                                                      Elsa Sebastian