Thomas S. Waldo
Olivia Glasscock
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: twaldo@earthjustice.org
E: oglasscock@earthjustice.org

*Attorneys for Plaintiffs Southeast Alaska Conservation Council; Alaska Rainforest Defenders; Center for Biological Diversity; Sierra Club; Defenders of Wildlife; Alaska Wilderness League; National Audubon Society; and Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> *Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF IRIS M. KORHONEN-PENN**

**Exhibit A, page 1 of 7**

I, Iris M. Korhonen-Penn, declare as follows:

1.      I am a Litigation Paralegal at the Alaska office of Earthjustice in Juneau. In my role, I do various research and other litigation support tasks, including create Geographic Information Systems (GIS) maps.

2.      I have a Master of Laws degree from the University of Helsinki, Finland. My GIS training includes Esri's ArcGIS I: Introduction to GIS (16 hours) and ArcGIS II; Essential Workflows (40 hours).

3.      I prepared the attached GIS map, titled "Twin Mountain Timber Sale, Prince of Wales Island," to support Plaintiffs' Motion for Preliminary Injunction. The map illustrates the portion of the Prince of Wales Island affected by the U.S. Forest Service's (Forest Service) Twin Mountain Timber Sale.

4.      I prepared the map using Esri's ArcMap software. The maps consists of the following main datasets, or data layers:

     a.  **Visual Comparison Units (VCUs).** The map shows the 15 VCUs affected by the Twin Mountain Timber Sale. The data for this layer was obtained from http://setc.portal.gina.alaska.edu/catalogs/9462-value-comparison-units.

     b.  **Roads.** The map features both forest roads and state road system roads. The data layers for the forest roads, which include both federal and non-federal forest roads, was obtained from SEAKGIS at

https://www.arcgis.com/home/item.html?id=010c8b448bf7479a887832 854ec602be (Tongass Transportation, Non-Federal Forest Roads & Federal Forest Roads). The data for the state roads was obtained from the Alaska Department of Transportation and Public Facilities (ADOT) website at http://dot.alaska.gov/stwdplng/mapping/shapefiles.shtml (Route Centerlines-September 2018). For the purposes of this map it was not necessary to differentiate the different types of roads; they are simply named "roads."

    c. **Streams.** The map features streams from Alaska Department of Fish & Game's Anadromous Waters Catalogue (AWC) (2014). The most recent AWC data for Southeast Alaska is from 2019 and can be accessed at https://www.adfg.alaska.gov/sf/SARR/AWC/index.cfm?ADFG=maps.d ataFiles.

5.    In addition to the above data layers, I added, as annotations, the following place names to the map to help orient the viewer: Point Baker, Port Protection, Whale Pass, Coffman Cove, Salmon Bay, Red Bay, Sea Otter Sound.

6.    The map does not display the cutting units for the Twin Mountain Timber Sale, because I do not have access to the GIS data for those units. The attached chart lists

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,    2
Case No. 1:19-cv-00006-SLG
**Exhibit A, page 3 of 7**

Case 1:19-cv-00006-SLG   Document 17-1   Filed 08/15/19   Page 3 of 7

which cutting units are in which VCUs.  This information comes from the draft unit cards

for the Twin Mountain Timber Sale posted on the Forest Service web site.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

DATED this 15th day of August, 2019.


Iris M. Korhonen-Penn

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,                    3
Case No. 1:19-cv-00006-SLG
                                                                    **Exhibit A, page 4 of 7**

Case 1:19-cv-00006-SLG   Document 17-1   Filed 08/15/19   Page 4 of 7

# TWIN MOUNTAIN TIMBER SALE
## Prince of Wales Island



VCUs

Roads

Streams

0   2.5   5   10 Miles

EARTHJUSTICE

August 14, 2019

**Exhibit A, page 5 of 7**
Data Sources: ESRI, USGS, NPS, NOAA, USFS, ADFG, ADOT, UAS, Southeast Alaska GIS Library

**Prince of Wales Landscape Level Analysis Project**
**Twin Mountain Timber Sale**
**Draft Unit Cards by Value Comparison Unit (VCU)**

| VCU | Draft Unit Card |
|------|-----------------|
| 5290 | 290, 291, 294, 295 |
| 5300 | 66, 70, 71, 74, 78, 263, 270 |
| 5320 | 345, 346 |
| 5330 | 82, 83, 85, 318, 325, 985, 988 |
| 5340 | 316, 317 |
| 5350 | 309, 310, 317 |
| 5371 | 312, 316 |
| 5390 | 308 |
| 5492 | 146, 148 |
| 5580 | 46 |
| 5710 | 91, 94, 97, 99, 102, 106, 107, 108, 178, 181, 183, 184, 186, 188, 189 |
| 5770 | 201, 210, 218, 236, 256 |
| 5871 | 8, 15, 16, 17, 105, 106, 110, 112 |
| 5880 | 19, 23, 29, 31, 33, 34, 43, 45, 112, 122, 302, 939, 941 |
| 5890 | 4, 6, 7, 8, 55, 59, 60, 64 |
| 5900 | 51, 109, 113, 118 |

Case 1:19-cv-00006-SLG   Document 17-1   Filed 08/15/19   Page 6 of 7

\*\*  Unit card 8 overlaps VCU 5871 and 5890
    Unit card 106 overlaps VCU 5710 and 5871
    Unit card 112 overlaps VCU 5871 and 5880
    Unit card 316 overlaps VCU 5340 and 5371
    Unit card 317 overlaps VCU 5340 and 5350