| U.S. DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE<br>**INTEGRATED RESOURCE CONTRACT**<br>(Applicable to Contracts with Measurement after Harvest) || **Name of Contractor**<br>S A M P L E   C O N T R A C T ||
|---|---|---|---|
| **National Forest**<br>Tongass | **Ranger District**<br>Thorne Bay | **Region**<br>Alaska | **Contract Number** |
| **Contract Name**<br>BIG THORNE STEWARDSHIP || **Award Date** | **Termination Date**<br>09/30/2024 |

The parties to this contract are The United States of America, acting through the Forest Service, United States Department of Agriculture, hereinafter called Forest Service, and _____ hereinafter called Contractor.

Unless provided otherwise herein, Forest Service agrees to sell and permit Contractor to cut and remove Included Timber and Contractor agrees to purchase, cut, and remove Included Timber and complete required stewardship projects.

IN WITNESS WHEREOF, the parties hereto have executed this contract as of the award date.

**UNITED STATES OF AMERICA**

Two Witnesses: 2/

By: _____
Contracting Officer

_____
(Name)

_____
(Title)

_____
(Address)

_____
(Contractor) 3/

_____
(Name)

By: _____

_____
(Address)

_____
(Title)

_____
(Business Address)

I, 4/ _____ , certify that I am the _____ Secretary of the corporation named as Contractor herein; that _____ who signed this contract on behalf of Contractor, was then _____ of the corporation; that the contract was duly signed for and in behalf of the corporation by authority of its governing body, and is within the scope of its corporate powers.

_____ | **CORPORATE SEAL** 5/

Contract Name: BIG THORNE STEWARDSHIP     Contract No: _____

Within  200  road miles

**A.14 - Contractor's Obligation per Operations Fire,** applicable to H.4.1
  Maximum Amount: $  $69,000.00

**A.15 - Termination Date,** applicable to 1.2
  September 30, 2024

**A.16 - Normal Operating Season,** applicable to G.3.1, G.6.6, 1.2.1 and J.3
  **First Period:**  April  01  to  October  31  , inclusive
  **Second Period:** _____ to _____ , inclusive

**A.17 - Performance Bond Amount,** applicable to J.1
  Performance Bond Amount:  $250,000.00

**A.18 - Downpayment,** applicable to E.2.1.1
  Downpayment Amount:  Not Applicable

**A.19 - Periodic Payment Amount,** applicable to E.2.1.3

| | Periodic Payment Determination Date | Amount |
|---|---|---|
| Initial Payment: | N/A | N/A |
| Additional Payment: | N/A | N/A |

**A.20 - Market-Related Contract Term Addition Producer Price Index,** applicable to 1.2.1.2
  Index Name:  Softwood Lumber     Index Number:  0811

**A.21 - Inapplicable Provisions**

The following listed provisions - are hereby made inapplicable. (Instructions: List by reference number and title.)

| | |
|---|---|
| E.4 | PAYMENTS NOT RECEIVED |
| G.5 | STREAMCOURSE PROTECTION |
| G.8.4.2 | PRODUCT IDENTIFICATION |
| I.2.1.2 | MARKET-RELATED CONTRACT TERM ADDITION |

**A.22 - List of Special Provisions in Part K**

The following listed special provisions are attached to and made a part of this contract. Provisions with reference numbers followed by # contain blanks into which data have been entered for this contract. (Instructions: List by reference number, title, and date.)

| | |
|---|---|
| K-C.1.2# | OPTIONAL REMOVAL  (05/2010) |
| K-C.3.5#(OPTION 2) | CUT TREE MARKING - LEAVE UNMARKED DEAD STANDING  (05/2010) |
| K-C.3.5.5# | DESIGNATION BY PRESCRIPTION  (09/2004) |
| K-D.3.5# | SCHEDULED RATE REDETERMINATION  (09/2004) |
| K-E.1.3# | DOMESTIC PROCESSING ADJUSTMENT FOR ALASKA YELLOW CEDAR (AYC)  (05/2010) |
| K-E.1.3.0 | DOMESTIC PROCESSING OF WESTERN RED CEDAR (WRC)  (05/2010) |
| K-E.1.3.2# | PROCEDURES FOR DECLARING WESTERN RED CEDAR (WRC) SURPLUS TO ALASKA DOMESTIC NEEDS, FOR EXPORT TO CONTIGUOUS 48 STATES AND FOREIGN MARKETS (05/2010) |
| K-E.1.3.3# | WESTERN RED CEDAR (WRC) PERCENT EXPORTABLE VOLUME AND DESTINATION DETERMINATION AND STUMPAGE INCREASES  (05/2010) |
| K-E.1.3.4 | EXPORT OF SPRUCE AND HEMLOCK UTILITY (SU/HU) GRADE LOGS  (05/2010) |