IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, *Plaintiffs*, v. UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, *Defendants*. | Case No. 1:19-cv-00006-SLG |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs Southeast Alaska Conservation Council, et al.'s Motion for Preliminary Injunction and all materials submitted in support thereof and in opposition thereto, it is hereby ORDERED that the motion is GRANTED. Until further order of this Court, Defendants are hereby enjoined from allowing any cutting of trees, road construction, or other ground-disturbing activities implementing the Twin Mountain

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,     1
Case No.

Timber Sale authorized in the Prince of Wales Landscape Level Analysis Project Record of Decision.

SO ORDERED this ____ day of _____, 2019.

_____
SHARON L. GLEASON
United States District Judge

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, 2
Case No.

Case 1:19-cv-00006-SLG   Document 17-3   Filed 08/15/19   Page 2 of 2