LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for all Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> *Defendants*. | Case No. 1:19-cv-00006-SLG |

**NOTICE OF FILING JOINT APPENDIX**

In accordance with the Court's Scheduling Order, ECF No. 7, the parties hereby notice the filing of the Joint Appendix. The Joint Appendix consists of documents from the Administrative Record (ECF No. 8) cited by the parties in their merits briefs, ECF Nos. 10, 12, 19. The parties are also providing an index to the Joint Appendix. The index provides the Administrative Record file number, document name, and bates range from the Administrative Record. *See* ECF No. 8-2.

As provided by Local Rule 5.4, the parties are providing a hard copy of the filed Joint Appendix to the Court. Defendants will overnight the hard copy to the Court within four business days.

Respectfully submitted on this 6th day of September, 2019.

*For Plaintiffs*

*/s/ Thomas S. Waldo (with permission)*
Thomas S. Waldo (Alaska Bar No. 9007047)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Phone: (907) 586-2751
twaldo@earthjustice.org

*For Defendants*

LAWRENCE VANDYKE
Deputy Assistant Attorney General
U.S. Department of Justice

*/s/ Erika Norman*
Erika Norman
Trial Attorney
Natural Resources Section

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*,
Case No. 1:19-cv-00006-SLG    1

4 Constitution Square  
150 M Street, NE, Suite 2.900  
Washington, DC 20002  
Phone: (202) 305-0475  
Fax: (202) 305-0506  
erika.norman@usdoj.gov