IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>*Defendants*. | Case No. 1:19-cv-00006-SLG |

JOINT APPENDIX

# INDEX TO JOINT APPENDIX

| Tab No. | AR No. | Document Name | Bates Range |
|---|---|---|---|
| 1 | 833_0086 | U.S. Forest Service, Map – Prince of Wales Landscape Level Analysis Project, Proposed Action – 2 of 4: Vegetation Management DRAFT (2017) | 003648 |
| 2 | 833_0404 | U.S. Forest Service, Tongass National Forest Land and Resource Management Plan (Dec. 2016) (excerpts) | 063039; 063042-44; 063052-53; 063059-63; 063265; 063288; 063362; 063392-97; 063399; 063407-08 |
| 3 | 833_0847 | U.S. Forest Service *et al.*, Interagency Wolf Habitat Management Program: Recommendations for Game Management Unit 2 (Mar. 2017) | 046470-510 |
| 4 | 833_1198 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Draft Environmental Impact Statement (Apr. 2018) (excerpts) | 002255; 002277 |
| 5 | 833_1202 | U.S. Forest Service, Map – Prince of Wales Landscape Level Analysis Project, DEIS – Commercial Vegetation Management (2018) | 002939 |
| 6 | 833_1336 | U.S. Forest Service, Map – Prince of Wales Landscape Level Analysis Project, 1 of 6 Commercial Vegetation Management DRAFT (2017) | 003570 |

| 7 | 833_1337 | U.S. Forest Service, Map – Prince of Wales Landscape Level Analysis Project, 2 of 6: Precommercial Vegetation Management DRAFT (2017) | 003571 |
| 8 | 833_1339 | U.S. Forest Service, Map – Prince of Wales Landscape Level Analysis Project, 4 of 6 Sustainable Recreation Management DRAFT (2017) | 003573 |
| 9 | 833_1341 | U.S. Forest Service, Map – Prince of Wales Landscape Level Analysis Project, 6 of 6: Watershed DRAFT (2017) | 003575 |
| 10 | 833_1345 | Prince of Wales Landscape Assessment Team, Letter to E. Stewart, Forest Service, Re: Final Developed and Approved Project List and Recommendations (June 5, 2017) | 011392-417 |
| 11 | 833_1603 | Alaska Rainforest Defenders *et al*., Comments on Prince of Wales Landscape Level Analysis Project Draft Environmental Impact Statement (June 18, 2018) | 005277-5349 |
| 12 | 833_1905 | Letter from I. Korhonen-Penn, Earthjustice, to D. Brigham, U.S. Forest Service, Re: Comments submitted by Alaska Rainforest Defenders *et al*. on the Prince of Wales Landscape Level Analysis Project Draft Environmental Impact Statement (June 18, 2018) | 008555 |
| 13 | 833_2037 | D. M. Albert and J. W. Schoen, *Use of Historical Logging Patterns to Identify Disproportionately Logged Ecosystems within Temperate Rainforests of Southeastern Alaska*, 27 Conservation Biology 774 (2013) (excerpts) | 053967; 053973-76 |

| 14 | 833_2064 | U.S. Fish and Wildlife Service, Endangered and Threatened Wildlife and Plants: 12-Month Finding on a Petition to List the Alexander Archipelago Wolf as an Endangered or Threatened Species, 81 Fed. Reg. 435 (Jan. 6, 2016) (excerpts) | 000435; 000443-45 |
|---|---|---|---|
| 15 | 833_2074 | U.S. Forest Service, Tongass National Forest Land Management Plan Revision, Final Environmental Impact Statement (1997) (excerpts) | 065606; 065957 |
| 16 | 833_2076 | U.S. Forest Service, Tongass National Forest Land Management Plan, Forest Plan (1997) (excerpts) | 068492-94 068761; 068765-66 |
| 17 | 833_2077 | U.S. Forest Service, Tongass National Forest Land and Resource Management Plan Amendment, Final Environmental Impact Statement (Jan. 2008) (excerpts) | 069129; 069131-34; 069359-60; 069369-76; 069553-55 |
| 18 | 833_2078 | U.S. Forest Service, Tongass National Forest Land and Resource Management Plan (Jan. 2008) (excerpts) | 070565; 070567-68; 070798 |
| 19 | 833_2079 | U.S. Forest Service, Tongass Land and Resource Management Plan Amendment, Final Environmental Impact Statement (June 2016) (excerpts) | 071069; 071072-79; 071191-92; 071194-99; 071202-05; 071211-19; 071234-37; 071257-59; 071275-77; 071337-40; 071369; 071372-75; 071378-83; 071395; 071400-02; 071413-17; |

| | | | |
|---|---|---|---|
| | | | 071420-22; 071430-33; 071441-43; 071445-60; 071467-68; 071469-74; 071540-42; 071600-08; 071616-22 071660; 071682-85 |
| 20 | 833_2084 | U.S. Forest Service, Kuiu Timber Sale Area, Final Environmental Impact Statement (Jul. 2007) (excerpts) | 060886; 060891-92; 061267; 061276; 061278-86 |
| 21 | 833_2111 | U.S. Forest Service, Prince of Wales Landscape Level Analysis, Biological Assessment (Oct. 2018) (excerpts) | 055272-73; 055281-82 |
| 22 | 833_2167 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Final Environmental Impact Statement (Oct. 2018) (excerpts) | 001437; 001443-46; 001448-51; 001453-71; 001475; 001477-81; 001483-94; 001500-11; 001513-14; 001519-20; 001527-1826; |
| 23 | 833_2168 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Final Environmental Impact Statement, Appendix A – Activity Cards (Oct. 2018) | 001864-2075 |

| 24 | 833_2169 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Final Environmental Impact Statement, Appendix B – Implementation Plan (Oct. 2018) (excerpts) | 002076-78; |
| 25 | 833_2171 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Final Environmental Impact Statement, Appendix D – Response to Comments on the Draft Environmental Impact Statement (Oct. 2018) (excerpts) | 002143; 002148-50; 002157-58; 002183-85; 002199-202 |
| 26 | 833_2174 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Draft Record of Decision (Oct. 2018) (excerpts) | 001127 |
| 27 | 833_2178 | U.S. Forest Service, Map – Prince of Wales Landscape Level Analysis Project, Commercial Vegetation Management (2018) | 001429 |
| 28 | 833_2285 | U.S. Forest Service, Subsistence Hearings Recorder Summaries (2018) (excerpts) | 011641; 011644 |
| 29 | 833_2387 | Alaska Rainforest Defenders *et al.*, Objection to the Prince of Wales Landscape Level Analysis Project (Dec. 21, 2018) | 000312-411 |
| 30 | 833_2426 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Record of Decision (Mar. 2019) (excerpts) | 000434-70 000482-85 000553-62 000575-84 000690-700 |
| 31 | 833_2427 | U.S. Forest Service, Prince of Wales Landscape Level Analysis Project, Record of Decision (Mar. 2019) (excerpts) | 000776-812 000824-25 000848-1030 001032-42 |
| 32 | 833_2440 | D. Schmid, Reviewing Officer, Letter to H. Harris, Earthjustice, Re: Response to Objection (Mar. 1, 2019) | 000017-27 |

*Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.*, v
Case No. 1:19-cv-00006-SLG

| 33 | 833_2525 | U.S. Forest Service, Memorandum to Regional Foresters, Re: Elimination of Regional and Unit Directive Supplements Regarding Environmental Analysis and Decision Making (Oct. 24, 2018) | 074720-25 |
| 34 | 833_2526 | U.S. Forest Service, Forest Service Handbook, FSH 1909.15, Environmental Policy and Procedures Handbook, Chapter 10 (Apr. 27, 2015) (excerpts) | 074726-32 |