JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for all Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Supervisor for the Tongass National Forest,<br><br>    Defendants | Case No. 1:19-cv-00006-SLG |

**NOTICE REGARDING DEFENDANTS' INTENTION TO SEEK A BOND UNDER RULE 65(c)**

Pursuant to the Court's Order Granting Motion for Preliminary Injunction, ECF No. 27, Defendants hereby notify the Court that they do not seek a bond under Federal Rule of Civil Procedure Rule 65(c).

Dated: September 27, 2019

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice

*/s/ Erika Norman*
ERIKA NORMAN
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
erika.norman@usdoj.gov

*Counsel for Federal Defendants*