# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE, *et al.*,

    Defendants.

Case No. 1:19-cv-00006-SLG

## ORDER RE SECURITY

On September 23, 2019, the Court granted Plaintiffs' Motion for Preliminary Injunction and ordered the parties to submit briefing to determine the appropriate amount of security, if any, required by Federal Rule of Civil Procedure 65(c).[1] Defendants have notified the Court that they do not seek a bond under that rule.[2]

Good cause being shown, IT IS ORDERED that Plaintiffs are not required to give security pursuant to Rule 65(c).[3]

DATED this 1st day of October, 2019 at Anchorage, Alaska.

                            */s/ Sharon L. Gleason*
                            UNITED STATES DISTRICT JUDGE

---

[1] Docket 27 at 26.

[2] Docket 28. *See also* Docket 29 (Notice of Plaintiffs' Position).

[3] *See Johnson v. Couturier*, 572 F.3d 1067, 1086 (9th Cir. 2009) ("Rule 65(c) invests the district court 'with discretion as to the amount of security required, *if any*.'" (emphasis in original) (quoting *Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003))).