Thomas S. Waldo
Olivia Glasscock
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: twaldo@earthjustice.org
E: oglasscock@earthjustice.org

*Attorneys for Plaintiffs Southeast Alaska Conservation Council; Alaska Rainforest Defenders; Center for Biological Diversity; Sierra Club; Defenders of Wildlife; Alaska Wilderness League; National Audubon Society; and Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, <br><br> *Defendants*. | Case No. 1:19-cv-00006-SLG |

**NOTICE OF SUPPLEMENTAL AUTHORITY
PURSUANT TO LOCAL CIVIL RULE 7.1(d)(1)**

Pursuant to Local Civil Rule 7.1(d)(1), Plaintiffs provide notice of a pertinent and significant decision issued by the Ninth Circuit Court of Appeals subsequent to the completion of briefing: *Protect Our Communities Foundation v. Lacounte*, 939 F.3d 1029 (9th Cir. 2019). Exhibit 1.

*Protect Our Communities Foundation* addresses the requirements of a site-specific environmental impact statement (EIS) under the National Environmental Policy Act (NEPA) and compares them to those of a programmatic statement: "[A] site-specific project demands site-specific analysis. Agencies cannot rely on a general discussion in a programmatic EIS or other document to satisfy its NEPA obligations for a site-specific action." *Id.* at 1039. The court upheld the site-specific EIS at issue, because "[t]he details of the project were known, and the EIS specifically addressed its environmental impacts. . . ." *Id.*

This decision is pertinent to the arguments in Plaintiffs' Opening Brief, Doc 10 at 22-36, and Plaintiffs' Reply Brief, Doc. 19 at 6-17.

Respectfully submitted this 23rd day of December 2019.

                                *s/ Olivia Glasscock*
                                Olivia Glasscock (AK Bar No. 1809072)
                                Thomas S. Waldo (AK Bar No. 9007047)
                                EARTHJUSTICE

                                *Attorneys for Southeast Alaska Conservation*
                                *Council; Alaska Rainforest Defenders;*
                                *Center for Biological Diversity; Sierra Club;*
                                *Defenders of Wildlife; Alaska Wilderness*
                                *League; National Audubon Society; and*
                                *Natural Resources Defense Council.*

# CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

I certify that this brief contains 156 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limit of Local Civil Rule 7.4(a)(1).

Respectfully submitted this 23rd day of December, 2019.

*s/ Olivia Glasscock*
Olivia Glasscock