JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone:  (202) 305-0475
Fax:  (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for all Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>    Defendants | Case No. 1:19-cv-00006-SLG |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON CROSS-MOTIONS
FOR SUMMARY JUDGMENT PURSUANT TO LOCAL CIVIL RULE 7.1(f)**

Defendants submit this request for oral argument on the parties' cross-motions for summary judgment (ECF Nos. 10, 12), pursuant to Local Civil Rule 7.1(f). Defendants make this request within five days of the last filing pertaining to the parties' summary judgment filings; Defendants' response to Plaintiffs' notice of supplemental authority was filed on December 30, 2019 (ECF No. 32).

Defendants believe that the Court's resolution of the parties' dispositive motions would be aided by oral argument. Plaintiffs' notice of supplemental authority implicates at least three issues that merit clarification by the parties at oral argument: (1) The "site-specific" or "project-specific" versus "programmatic" nature of the EIS; (2) Whether additional detail about the project in the EIS was needed to sufficiently understand environmental impacts under NEPA; and (3) Whether the gathering of additional data closer-in-time to the commencement of project activities, *e.g.*, via field surveys, impacts the adequacy of the environmental analysis in the EIS.

In the event that the Court grants this request, Defendants respectfully suggest that the parties meet and confer regarding proposed dates for oral argument within any parameters determined by the Court's schedule.

Dated: January 2, 2020

                                               JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice

*/s/ Erika Norman*
ERIKA NORMAN
Trial Attorney
Natural Resources Section

4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
erika.norman@usdoj.gov

*Counsel for Federal Defendants*