Thomas S. Waldo
Olivia Glasscock
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: twaldo@earthjustice.org
E: oglasscock@earthjustice.org

*Attorneys for Plaintiffs Southeast Alaska Conservation Council; Alaska Rainforest Defenders; Center for Biological Diversity; Sierra Club; Defenders of Wildlife; Alaska Wilderness League; National Audubon Society; and Natural Resources Defense Council.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>*Defendants*. | Case No. 1:19-cv-00006-SLG |

**RESPONSE TO ORDER REGARDING ORAL ARGUMENT**

Pursuant to this Court's order of January 3, 2020, Doc. 34, the parties propose that the Court schedule oral argument on Friday, February 7, 2020, at 2:00 pm, in Juneau.

Respectfully submitted this 8th day of January, 2020.

    *s/ Thomas S. Waldo*
Thomas S. Waldo (AK Bar No. 9007047)
Olivia Glasscock (AK Bar No. 1809072)
EARTHJUSTICE

*Attorneys for Southeast Alaska Conservation Council; Alaska Rainforest Defenders; Center for Biological Diversity; Sierra Club; Defenders of Wildlife; Alaska Wilderness League; National Audubon Society; and Natural Resources Defense Council.*


JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*s/ Erika Danielle Norman* (consent)
ERIKA NORMAN
Trial Attorney
Natural Resources Section
150 M Street, NE, Suite 2.900
Washington, D.C. 20002

*Attorneys for United States Forest Service; United States Department of Agriculture; David Schmid, in his official capacity; and Earl Stewart, in his official capacity*