PRERAK SHAH
Acting Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone:  (202) 305-0475
Fax:  (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for all Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Supervisor for the Tongass National Forest,<br><br>    Defendants | Case No. 1:19-cv-00006-SLG<br><br>**NOTICE BY DEFENDANTS OF RECORD CITATIONS REQUESTED DURING ORAL ARGUMENT** |

On February 7, 2020, the Court heard oral argument on the parties' cross-motions for summary judgment (*see* ECF No. 37).  During the course of the hearing, the Court made a number of requests for record citations.  Counsel for Defendants did not have all of the requested citations readily accessible to them during the hearing and the Court indicated that Defendants may submit the requested citations to the Court following the hearing.  Defendants respectfully do so here in tabular format:

| Request/Question | Citations |
|---|---|
| Commercial Vegetation Map reflecting Logging System and Transportation Analysis (LSTA) | • AR 833_2178 at 001429 (Draft Record of Decision);<br>• AR 833_1202 at 002939 (Draft Environmental Impact Statement);<br>• Defs.' Opening Br. 10 (citing earlier versions of the map);<br>• AR 833_2167 at 001480 (Final Environmental Impact Statement Logging System and Transportation Analysis description with web link to Commercial Vegetation Management Map) |
| Wildlife Analysis Areas (WAA) Assumptions and Methodology | • AR 833_2167 at 001449-50 (explaining assumed maximum harvest by alternative);<br>• AR 833_2167 at 001500 (maximum harvest in each habitat type by alternative, effects on habitat types by alternative);<br>• AR 833_2167 at 001663 (table showing deep snow habitat impact by WAA for Alternative 2)[1] |

---

[1] The title of this table erroneously refers to "NFS Land All Alternatives" but reflects only Alternative 2.  As described in the narrative text that accompanies the table and in FEIS Table 4, Alternatives 3 and 5 had minimal impacts on deep snow habitat.

*SEACC, et al. v. U.S. Forest Service, et al.,*     1
1:19-cv-00006-SLG

| Falldown Assumptions and Methodology | <ul><li>AR 833_2167 at 001561 (discussion of 50 percent reduction for falldown);</li><li>AR 833_2167 at 001569 (FEIS Table 12 depicting old growth potential harvest stands after quantifiable falldown)</li></ul> |
|---|---|
| Total Harvest Acres Authorized under Alternative 2 | <ul><li>AR 833_2167 at 001600 (42,665 acres total <u>young and old growth</u> timber harvest authorized in Alternative 2)</li></ul> |
| Sum of Maximum Assumed Old Growth Harvest by WAA | <ul><li>AR 833_1361 (chart showing 48,140[2] maximum projected productive old growth (POG) harvest acres across all WAAs in which old growth harvest could occur under Alternative 2, along with maximums for each habitat type analyzed)</li></ul> |

Dated: February 14, 2020

Respectfully submitted,

PRERAK SHAH
Acting Deputy Assistant Attorney General
United States Deparment of Justice
Environment & Natural Resources Division

*/s/ Erika Norman*
Erika Norman
Trial Attorney
150 M Street, NE, Suite 2.900
Washington, DC 20002
Ph: (202) 305-0475
erika.norman@usdoj.gov

*Attorneys for Defendants*

---

[2] GIS layer projections and number rounding (AR 833_2167 at 1513) explain the difference between this number and the total LSTA old growth acres reflected in FEIS Table 12 (AR 833_2167 at 001569).

*SEACC, et al. v. U.S. Forest Service, et al.,* 2
1:19-cv-00006-SLG