# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, <br>     Plaintiffs, <br> v. <br> UNITED STATES FOREST SERVICE, *et al.*, <br>     Defendants | Case No. 1:19-cv-00006-SLG |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF SUPPLEMENTAL BRIEFING DEADLINES

Upon consideration of Defendants' Unopposed Motion for Extension of Supplemental Briefing Deadlines (Docket 41),

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The deadlines for the parties to file their supplemental briefs and responses set forth in the Court's March 11, 2020 Decision and Order (ECF No. 40) are extended. Plaintiffs and Defendants shall file their supplemental briefs addressing proper remedy by April 17, 2020. Responses are due within fourteen days, by May 1, 2020.

SO ORDERED this 16th day of March, 2020.

                               */s/ Sharon L. Gleason*
                               SHARON L. GLEASON
                               United States District Judge