PRERAK SHAH
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for all Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants | ) <br> ) <br> ) Case No. 1:19-cv-00006-SLG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR RELIEF FROM STAY AND ORDER RESETTING SUPPLEMENTAL BRIEFING DEADLINES

The parties respectfully submit this joint motion for relief from the general stay of all civil deadlines imposed by Miscellaneous General Order No. 20-13 and for an order resetting deadlines for supplemental briefing addressing proper remedy (ECF No. 40). In its Decision and Order granting Plaintiffs' Motion for Summary Judgment, the Court ordered supplemental briefing addressing the proper remedy, which had been requested by Defendants. ECF No. 40. The Court initially ordered that the parties submit their supplemental briefs by April 1, 2020, with responses due fourteen days thereafter on April 15, 2020. Defendants moved unopposed for an extension of those deadlines to April 17, 2020 and May 1, 2020, respectively, which motion the Court granted. ECF No. 42. The April 17, 2020 and May 1, 2020 deadlines have been subsequently stayed, however, by Miscellaneous General Order Nos. 20-11 and 20-13 concerning changes to Court operations and deadlines during the coronavirus disease pandemic.

Paragraph B.5. of Order No. 20-13 allows relief from the filing deadline stay for "good cause." The parties believe that good cause exists here, because they can file these briefs from home work stations with no court appearances, depositions, or other interactions that would pose a risk to public health. If consistent with the needs of court personnel, the parties propose to file their opening supplemental briefs on May 5, 2020 and their responses on May 19, 2020.

Accordingly, the parties respectfully request that the Court enter the proposed order attached to this motion lifting the stay and resetting the supplemental briefing deadlines to May 5 and May 19, 2020, respectively.

Dated: April 22, 2020

        PRERAK SHAH
        Deputy Assistant Attorney General
        U.S. Department of Justice

        *s/ Erika Norman*
        ERIKA NORMAN
        Trial Attorney
        Natural Resources Section
        4 Constitution Square
        150 M Street, NE, Suite 2.900
        Washington, DC 20002
        Phone: (202) 305-0475
        Fax: (202) 305-0506
        erika.norman@usdoj.gov

        *Attorney for Federal Defendants*


        *s/ Thomas S. Waldo*
        Thomas S. Waldo (AK Bar No. 9007047)
        Olivia Glasscock (AK Bar No. 1809072)
        EARTHJUSTICE

        *Attorneys for Southeast Alaska Conservation Council; Alaska Rainforest Defenders; Center for Biological Diversity; Sierra Club; Defenders of Wildlife; Alaska Wilderness League; National Audubon Society; and Natural Resources Defense Council.*

*SEACC, et al. v. U.S. Forest Service, et al.,*     2
1:19-cv-00006-SLG
Case 1:19-cv-00006-SLG   Document 43   Filed 04/22/20   Page 3 of 3