**NOTE: THESE MINUTES ARE DRAFT UNTIL REVIEWED AND APPROVED BY THE BOARD OF FORESTRY AT THE SUMMER 2020 BOARD MEETING**

**DRAFT Minutes: Board of Forestry Teleconference Meeting**
**Tuesday, March 17, 2020: 8am – 4pm**
**Teleconference sites:**
> Anchorage – 550 W. 7th Ave., Suite 1450;
> Fairbanks – 3700 Airport Way, small conference room;
> Juneau – 400 Willoughby Ave., 4th floor conference room A

**Call to Order and Roll Call.** **Chris Maisch**, State Forester, called the meeting to order in Fairbanks at 8:07. Teleconference sites were connected in Anchorage, Juneau, and Fairbanks. Present: **Chris Stark** (Fairbanks), **Nathan Lojewski** (Anchorage), **Will Putman**, **Eric Nichols** (Ketchikan), **Denise Herzog** (Fairbanks), **Bill Morris** (Fairbanks), **Chris Beck** [called in at 8:45] (Portland) and **Mark Vinsel** (Washington). A quorum was established.

Also present telephonically:
- **Anchorage**: Alison Arians (minutes), Jerry Kilanowski (UA), Ben Mulligan (Anchorage), Michael Shephard (USFS)
- **Fairbanks**: Jeremy Douse (DOF), Todd Nichols (ADFG), Jeremy Douse
- **Juneau**: Joel Nudelman, DOF; Gretchen Augat (DEC); Jon Wendel (DEC)
- **Other call-in locations**: Tim Dabney (Eagle River), Paul Slenkamp (Ketchikan)**,** Mark Minnillo (Craig), Hans Rinke (Soldotna)

**Public Meeting Notice**. The meeting was noticed by issuing public service announcements and press releases (handout in packet), emailing announcements to interested parties, and posting a notice on the state's Online Public Notice System and Department of Natural Resources (DNR) website.

**Approval of agenda**. The agenda was approved with a slight change: Bill Morris will speak to the compensatory mitigation topic instead of Alison.

**Approval of Minutes**. By unanimous consent, the Board reviewed and approved the December 3, 2019 minutes with no corrections: Mark Vinsel made a motion to approve, Denise Herzog seconded. Unanimous approval.

**Announcements.**
Maisch:
- Regional Forester resigned, refilled both regional forester positions with Jeremy Douse and Hans Rinke. Both promoted up from Area Forester positions. Interviews for Area Foresters are underway; we are happy to promote from within.
- Keeping up with COVID-19 situations in the state. Two cases in Fairbanks. Adapting as needed, travel restrictions. Should be not too difficult to keep up with teleconferences since we have already been doing them.

Putman

**Exhibit 2, page 1 of 23**

- Intertribal Timber Council meeting was supposed to be in June. ITC had a meeting scheduled for early April in Albuquerque, and it was just canceled. ITC office thinks we should postpone it for a year--still have it in Alaska, but hold until 2021. That will work fine for us. There hasn't been a final decision yet, but that is what will probably happen. TCC Annual meeting was also canceled/postponed. We are being screened when we come into the office, and people who traveled out-of-state are self-quarantining.

  - SAF meeting also canceled in Juneau.
  - In-person meetings will be kept to a minimum.

## Funding, legislation, and regulations
## Agency budgets and legislation

**Chris Maisch, DOF:** Budget process moving along in Juneau. House has passed the budget, Committee work continuing in Senate. Goal is to finish business as quickly as they can, then decide how much longer to stay in session. In the budget process, there is a lot of interest in fire. 2019 was one of the most expensive seasons on record. Combined cost for CY is close to $300 million. DOF owes a big chunk of that because a lot of the fires were near communities, project-level fires. Swan Lake was 100% federally owned. We got a $110 million supplemental (2nd largest budget item last year) that was dealt with early in the session. That caught people's attention, and the legislature realized they need to budget more appropriately. We have preparedness budget (fixed costs, i.e., air tankers, personnel), and then activity portion, and we can only charge activity when there is firefighting happening. That is supposed to be funded at a 10 year average, but that's not what's been happening.

Legislature is working to budget what a fire season actually costs, instead of relying on supplemental funds, which is a shock. For years we've been asking to fund risk reduction for communities. Fuel breaks are very effective; for example, Murphy Dome fuel break made a huge difference. Funny River Fire, Swan Lake had other examples of effective fuel breaks. House has passed a $5 million increment to help us implement fuel breaks. Line item will be multi-year that will pass money from activity code to preparedness. In the past, we only had federal $$ to pay for fuel breaks, but now we'll have state funding, as well. State money can be used for maintenance of fuel breaks, which federal $$ can't be used for. We have a backlog of projects. This will also help us with FireWise and Prevention programs: educating communities so they are adapted to wildfire. We hope that the Senate goes along with the House on this. House recommended that the fund would be self-perpetuating. We'll work toward cost recovery—when we get money from businesses or individuals, that will go into this account. Also for FMAG fire cost recovery, some percentage of those funds would go into prevention account. Get this initial funding, then it would be maintained from here on out. It will also be able to use as match for federal funds. Finally will have a third leg of the stool.

Other budget, basically black.

Questions

Lojewski: If those funds come through, would you be able to use them as match for federal fuels funding?

**Maisch: Yes, will help us leverage federal funding. I will send briefing paper to Alison who will forward it to the board. These funds could be used for contracting for shear-blading,

extending the seasons of crews and employees to accomplish this work, which would be supporting EFF Type 2 crews. Can potentially provide significant work even during slow fire seasons. Looking at changing a statute to have EFF workers do "non-emergency" work. Next year we will likely propose that this statute be modified.

Putman: I think this movement on the fuels mitigation work is great. Wish you luck on getting this accomplished. In these times of fiscal limits, it's strange that it's happening now, but we are very glad, especially working with these small communities. We are TCC should talk with the legislature to support this effort. We also support change in statutes for non-emergency use of crews.

Maisch: Some legislators in this committee were personally evacuated—they understand that this is good for safety and also can save the state $$ in the long run. Have talked about this for many years in Juneau, but this year we got traction.

Lojewski: Seconds what Putman said. Supports all these initiatives.

**Maisch: Coming up this week, presentation in House Resources. Alison will send out the meeting information: maybe 9am Friday morning. You can call in. We are also letting legislators know about holdover fires, using a photo of smoke coming up through a deep snowpack. We will deal with those fires; there will be early smoke in the spring. Will also send that briefing paper out to the Board.

**Jon Wendel for Nancy Sonafrank, DEC: DOW**.  Gretchen introduced new DEC staff member working with BOF: Jon Wendel in Compliance section. Has a background in Forestry. Randy Bates is new Division Director; has come over from DNR, Director of Habitat. The new Deputy Commissioner came over from Department of Law: Emma Pokon. Comprehensive understanding of regulations. Great asset to DEC.

Legislative session: Nothing we're seeing now.

Staffing: A lot of positions that we've been given recently for compliance and enforcement, but now with the hiring freeze, there are a lot of staffing changes. Some are being posted for internal changes. We'll see what happens.

Maisch: Will you be able to participate in field activities?

Wendel: One of the key aspects of work for our compliance staff is travel to remote sites for inspections. Historically, we've had a blanket travel memo for these inspections. I don't know how we'll be impacted with travel funds, but if they take away our travel funds, there isn't much we can do to fulfill our job responsibilities. Some of this will depend on personal comfort with travel. We'll probably do slightly fewer inspections than previously, but will still plan to do inspections.

**Ben Mulligan, ADF&G: Habitat.** In the first budget coming out of GO, we had a $24,000 reduction, but that was rejected in the House. So far there is no hit to Habitat. That money was going to come from a retiree and some hires that we would have had to do a flex position or a downgraded position. We weren't losing too much. Right now we're looking at status quo. Staffing levels: still some outstanding positions, but those have been missing for a while. No sudden changes with hiring freeze. Mostly I'm working with what might happen with COVID-19, how we can still keep doing our jobs and giving the public what they need.

**Exhibit 2, page 3 of 23**

**HB 219/SB 160: Negotiated sales and FLUP appeals.** Chris Maisch. Governor's bill was introduced several weeks ago. Introduced by both bodies, now working on getting committee referrals. No fiscal impact, hopeful that we may be able to get the bill out of the committees. This is the second year of a 2-year cycle, so if we don't get it through this year, it'll have to be reintroduced. We did get an introduction, but then needed to make changes to the bill based on comments from AFA and industry. Final bill and committee substitute should be out soon. Primarily some changes from where BIF language is located. Overall goal is to simplify timber sale authorities, particularly negotiated sales. .115 (small), .123 (medium). Keeping .123 sales, but eliminating criteria, and taking away limits for how many sales and where they are located. We still have to be consistent with sustained yield and allowable cut guidelines. .118 sales (large), would now allow round log export. We could probably do that now under .118, but we might have a hard time defending it. Best interest finding language will have five criteria added: including markets (emerging or new markets), economics. BIF will be the appealable document. FLUP will not be appealable. For shorter-term sales, they will still be written at the same time. But for longer term sales, that aspect is a problem. We will still do FLUPs and get agency comments. Main change is that document will not be appealable. .115 sales now have a 10-acre maximum without a FLUP or FYSTS or written BIF—that threshold is proposed to be increased to 20 acres. Hearing will be this Friday in Senate Resources.

\*\*We will get new CS out as soon as published. We will update the briefing paper with new CS and send it out to the Board.

Questions:

Vinsel: Briefing paper—will that be available before Friday?

\*\*Maisch: We have already written and updated it—but need to make sure that it matches the new CS. Will get it out to you as soon as possible. This may be the only hearing this bill has, but hoping that it will happen.


**Roadless Rule update**. Chris Maisch. We are still working with USFS and tribal organizations. Internal draft released. We are going through that draft, looking for flaws in their analysis to do NEPA and draft record of decision. On track to publish record of decision in late spring or early summer. Made some changes in draft document that improves it from our perspective.

News story last week on KTOO on USFS planning grant that DOF received. Congressional hearing earlier this year, Chairman Gravilia and Rep from Michigan. Asked to review the grant and how it was awarded. USDA are going to take a look at the grant that was used to do economic analysis by the AFA. Haven't been officially notified that they are looking into it, and we will fully cooperate with the investigation. We contend that the USFS knew what the funds were going to be used for. Roadless case is still pending in district court. Status update a couple of months ago—no change. It is in abeyance until rule-making process is completed.

Questions:

Stark: Did the USFS provide us with an update?

Maisch: DOF is a cooperating agency, we can provide comments, along with other entities (tribal organizations).

Stark: I don't have access to that?

4

Maisch: Correct. Public final EIS and rule will be released spring/early summer.

Putman: Who are the other tribal organizations?

Maisch:. Hoonah IndianVillage, Angoon Community, Organized Village of Kake, Central Tlingit/Haida, Organized Village of Kasaan, Hydaburg maybe, and Sitka Tribe. Some are more active than others. Most of them have been attending the meetings.

Putman: Regional organizations plus some individual tribes?

Maisch: Yes. Tribal organizations also have consultation rights. Has been challenging to identify when it's cooperating and when it's consultation—government to government. Both are important processes. USFS and tribal organizations take place in consultation role. USFS has a full-time tribal representative.

## Annual Reports

**2018 Compliance monitoring and road condition survey report.** Joel Nudelman. Forest Practices and Resource Forester for DOF in Juneau. On a yearly basis, we try to visit every private, state and municipal forestry operation (non-federal). Inspection of 49 different BMPs in Region I, 46 in Region II and III related to timber harvest. Might only review a few BMP's at a time. Ratings are slightly down in Region I, slightly higher in Region II and III. 1-5 scale. Have done this since 2003. Methodology has been very useful to describe how well the BMPs are being implemented to protect fish passage and water quality. All our resource foresters are trained on doing inspections and reporting and score sheets. Use the results to help determine our training needs.

Region I: 2019, # of BMPs rated: 531 total BMPs, on 32 inspections. Average is 4.5/5. Pretty happy with that. Only 55 ratings <4; only 10%. 90% compliance with 4-5 ratings. 13 inspections are down quite a bit from 2018. This past summer we spent more time on sale layout rather than sale administration, and Vallenar Road was completed. [Typo on 2018.] Where inspections occurred are listed.

Some of lower ratings are related to drainage structures—ditching. Last year, noted some issues in removing trees from surface waters. This year, no problems there. On road drainage we were able to take corrective actions, and problems rectified.

Ten-year average of compliance scores—yellow highlights are those for which we've had problems. Those are corrected in following years. Operator training helps to rectify problems.

Region II: Not many inspections this year—not a lot of activity, but 3X more than 2018. Good compliance. Ratings: not a very large sample size. Some problems with erosion controls on road maintenance but not effecting water quality. Working on getting those corrected.

Region III: Did well this year. 221 total BMPs. 94% rated 4-5. Only 2 BMPs with low number averages, although low sample size. All related to single bridge: Cache Creek. Overall, scores pretty good. Foresters were able to get out on-site in northern region. A drier summer helped out with better scores. West Delta system had a lift on the road for 2000 feet, and the previous years reconstruction on Standard Creek Road is holding up well. Current logging contractors are doing good work on the road system. There is about 300 miles of road in Fairbanks area—a lot to look after. Usual concern is heavy public use—firewood, hunters, recreationists. Over the years we've had sporadic years with lower ratings that match with wet summers. In many cases, we were able to get resources to get them fixed.

Questions:

Lojewski: Question on scores—is there a threshold that requires corrective action?

Nudelman: Site-specific situation. If it's a 1-2 rating, some kind of corrective action, and sometimes in a 3. Purple book goes into the detail on each BMP for what distinguishes the different rating numbers. Safe to say that if it is rated a 1-2, some corrective action needs to happen.

Stark: Is it possible to get site-specific information? I see a lot of effort going into monitoring, but then averages are being used. I'm curious if the DOF could provide a listing by site location of these problems that we see in this report, so that I could look at them.

**Nudelman: Yes, I have a spreadsheet of every score and every BMP on each inspection. I can send that to you. Most of the inspections in the TVSF are on state land, but some will be on University and private land; let those foresters know before you go on site.

Stark: I'd love to drive out and look at them. Thank you. I'll focus on state land.

**Road Condition Surveys.** Joel Nudelman. Most recent work was in 2017, where we worked in Wrangell on a short portion of former USFS road, that's now in the SESF. With ADFG we got the fish passage issues fixed. It's been a while since we've done large-scale surveys…2012. This summer we're planning a survey at East Icy Bay. Roads were closed out in 2001 and operator was allowed a variance to not remove log stringer bridges. That was approved by ADFG with the provision that the rock was scraped off and Typar pulled. The variance was allowed because it was unlikely that the entire bridge would collapse all at once, blocking the stream in ADFG's opinion.

Our plan this year is for the Non-federal forest road system and RCS crossing structures to appear on ADFG's fish passage mapper website. Non-federal roads now appear online as of last week. Next part of that will be to have our survey data from forest road culverts displayed. Currently there're some data issues between the agency's there and we're working through that. The structures will display in their own window separate from ADFG's surveys.

Questions

Herzog: Heartened to see that the number of compliance inspections have gone up from what they were a couple of years ago.

Vinsel: Applaud you for looking to add the forest roads in the fish mapper. Helps people know where they are when they are using roadless trails.

Nudelman: Hopefully this will be very helpful to folks—have been working on this for a few years, good to have it on there.

Maisch: Assures our stakeholders that we are enforcing the statutes. Thank you.

## Annual agency reports to the Board

**DEC Division of Water**. Gretchen Augat, DEC. DEC didn't participate in field inspections, but looked at DOF and ADFG inspections, and read them to make sure that drinking water not affected. ACWA grant program: works with DNR and ADFG on waterbody assessment and restoration projects. Streamlined grant process last year by making the grants 2-year projects, rather than splitting in the middle of the summer. Projects: Kenai River, Ketchikan beaches for recreation (bacteria). $600,000 for NPS pollution. We hope to do more compliance inspections.

We expect to continue to review BMP effectiveness, monitoring working groups, monitor projects. Will do our best to participate in the program. Will work to update MOU between DEC & USFS. DEC believes that FRPA is effective and doesn't require any changes.

Questions

Maisch: bottom of p. 5—won't review unless there is a drinking water issue—how do you know?

Gretchen: When emails come in, we check with drinking water staff, look at maps to see if location of the activity is in a drinking water source. If it is, we respond to it.

Maisch: Great. Thank you. Funding piece we'll want to mention in our BOF report.

**ADF&G Division of Habitat**. Mark Minnillo, ADF&G. Overall FRPA involvement is slightly down for field inspections, but we've inspected 155 streams with Sustainable Salmon Fund Grant. This work is helping us get ahead of timber operators. When we receive a DPO in SE, most of the time, the streams have already been looked at by Habitat. It's saving a lot of additional fieldwork, and has been a very important project. This year will be the last year for SSF program. Douglas staff working on POWI. Other areas, numbers slightly down. All DPOs were reviewed by ADFG. We issued 17 fish habitat permits for bridge/culvert work associated with timber harvest bridges throughout the state. Working with the USFS, with concurrence. For a lot of projects we've gone to using a general concurrence process. Some specifications about instream work that fall under general concurrence, so we don't necessarily do a lot of field inspections on that sort of work. SSF grant has allowed 96 new streams/extensions added to the catalog. Will continue to work with DOF for timber operations. Work we've been doing has been productive. Joel and I had a couple of situations that were tough to work through with DPOs, but we were able to iron these out between us.

Questions

Stark: Could I get a listing of the 96 waterbodies that were added to the catalog? Or were they just extensions? And a report that goes along with that, with the bigger picture of what you are up to. Also, were there deletions?

**Minnillo: Yes. I'm sure that some of those are extensions to existing cataloged water bodies. Not sure about deletions—will check with staff. Those are also important.

**Maisch: Please copy Alison and we can share with full Board.

Beck: Curious about the source of SSF grant.

Stark: Annual federal grant to Western States. Those funds will continue, just not through the method.

Maisch: Glad to see no resignations in ADFG.

**DNR Division of Forestry.** Tim Dabney, DOF.
The State forest practices program budget was static this year, and the Governor's FY20 budget for forest practices remains level.

- Forest operations increased on non-state land throughout Southeast but decreased slightly in the Mat-Su, and Kodiak-Afognak archipelago. Given the current level of forest activity,

**Exhibit 2, page 7 of 23**

DOF provided sufficient field presence to ensure that FRPA was effective in protecting water quality and fish habitat in 2019.

- Southern Southeast forest practices inspections decreased on state operations this year and increased on non-state operations compared to last year.
  - Uncertainty associated with tariffs implemented by China depressed the export market, especially for hemlock and young-growth spruce.
  - Timber sales containing red cedar remained in relatively high demand.

- Compliance monitoring scores decreased slightly in Region I and increased in Region II and III, and remain strong in all three regions.

- DOF sold 15.9 MMBF of timber in 31 sales, an increase from last year.

- A spruce beetle epidemic in the Mat-Su Valley caused significant white spruce die-off, endangering the public from forest fuels and hazardous trees, and causing Division of Parks & Outdoor Recreation to close two popular campgrounds. The Division responded by:
  - making more beetle-killed spruce available to the public for firewood and saw timber,
  - planning for wildland fuels mitigation projects in coming years,
  - galvanizing the many landowners under an All-Lands, All Hands working group to mitigate growing threats, and
  - providing funding and fire crews to DPOR for several fuel reduction projects to get the campgrounds reopened as soon as possible.

- DOF continued three major cooperative efforts with the US Forest Service.
  - Forest Inventory and Analysis (FIA) in Interior Alaska,
  - Cost-share agreements for:
    - (Grant 1) Young-growth inventory, increasing economic opportunities in local communities, and
    - (Grant 2) Developing a skilled work force in Southeast Alaska and coordinating economical timber sales across land ownerships.
  - Good Neighbor Authority (GNA) agreement to provide forest management services on national forest land.
    - The 30 MMBF young-growth timber sale on Kosciusko Island was the first sale sold under the GNA in the Tongass National Forest, and is currently being harvested.
    - The second GNA sale in the Tongass, the 16MMBF Vallenar Timber Sale, was awarded in February, 2019.
    - A third agreement with the USFS involves spruce beetle mitigation in the Chugach National Forest.

- For the Alaska Roadless Rule, the Division assisted USFS by organizing a Citizens' Advisory Committee, as well as providing background information and input on alternatives.

- Wildland fire regulations were rewritten to comply with updated fire prevention and enforcement statutes, and a bail schedule was approved to enable DOF to charge fines for offenses.

- Recreation & Forestry Partnership pilot project in Rosie Creek near Fairbanks was launched. Funding for forestry road maintenance, trailhead development, map kiosk and directional

signage will likely be provided by Recreational Trails Program grant through DPOR/Federal Highways Administration. ($100,000 requested and so far approved.)

- Recruitment and retention remains difficult. Two new regional foresters at the beginning of 2020.

Questions

Lojewski: Regarding fire regulations: will village public safety officers be able to write citations?

Maisch: No, currently just state troopers. Had a prevention workshop on that subject last week. VPSOs at this point don't have statutory authority; same with park rangers. Working through those details, but we hope eventually any law enforcement officials will be able to write citations.

Maisch: Koskiusko sale correction in annual report. Currently none of the sales are being operated because of the tariff situations. Number of sales in Mat-Su was zero because of bark beetle. Some sales were returned. Operators can get paid to remove timber, so there is very little commercial demand for timber. No progress on getting a commercial operator for fiber/wood chips. Economics don't pencil out—not for a lack of trying on DOF's part.

**Nichols: 3.5 million is the GNA part.

Alison will clarify what volume is in each part.

Beck: Could get a couple more sentences about the Chugach spruce beetle mitigation work.

Dabney: Initial work is near Granite Creek Campground. Fire season interrupted our ability to do this work, and then removing trees from state parks campgrounds. Totally $$ from USFS non-commercial thinning $93,000, so we will work on that this year. We'd like to finish this

Beck: What is the current status of the Mat-Su Borough upcoming season?

Dabney: Stephen Nickel can provide the Board with a summary of what is going on with campgrounds. There are still some logs and brush left on the ground at Byers Lake that got covered with snow at the end of the season. Parks is going to work with YCC on that this spring. South Rolly is probably 90 percent complete. The area is currently under 4-5 feet of snow.

Vinsel: How to deal with COVID-19 with upcoming fire season?

Maisch: Meeting this afternoon on unified command—area command teams. We are working on figuring out how to respond to a normal fire season.

Dabney: Working with interagency partners to plan for upcoming fire season. Not sure whether there will be any permitted burning at all.

Maisch: When things get really busy, Multi-Agency Commission gets together to prioritize resources.

## Public Comment. 10:45am
### Andrew Thoms:
Sitka Conservation Society Director. Updates on role as co-chair of Tongass Transition Collaborative. Report coming out soon from that process. Some things are needed going forward: Pre-commercial thinning task force. Joint process with USFS and State of Alaska and

**Exhibit 2, page 9 of 23**

contractor. We have a big problem because PCT is not happening. Need to sort out issues to make sure we have the workers, so that we have a timber supply—need to do about 6000 acres/year. Only did about 1000 acres last year. USFS has the money to do that work, but there are problems with workers, contracts, etc.

Disappointed that Jaeleen Kookesh was not reappointed to the Board. We are sometimes on the opposite side of things, but she was a great representative. If that was the Governor's decision, we don't agree with it.

Southeast Sustainable Partnership. We are looking to find common ground with wood products sector. Leaders creating more political conflict just makes it harder to get work done on the ground. Challenged on a lot of fronts, and now it will be even harder. We don't have time for conflict if we want our communities to be successful.

**Eric Rhodes:**
Thorne Bay City Council. Our expressed concern about Bay View Timber Sale from the community: we already have a new subdivision (Green Tree) with one full-time resident. Additional concerns are about access—grade of the road, quality of the road. Would be hard for the council to take that on if the new subdivision was built.

## Forest Management
**Mental Health Trust exchange update & forestry activity**. Paul Slenkamp, MHT. Forester for AMHT Land office. Primary sales are in SE, but also throughout the state to provide local firewood and timber. Last year we had an active sale program—two large, one in Icy Bay to Sealaska, and one in Naukati to Viking timber, and a few other smaller sales. Were able to harvest about 30 million board feet last calendar year. Viking timber harvested about 12 million board feet at POWI in Naukati. Phase one of MHT Land exchange. Land exchange has been a bit behind schedule. We received about 2500 acres of federal land last May in Naukati. Since that time, have had several setbacks, but have gotten acreage in order to keep enough timber on the market for the last sawmill. Phase 2A is about 200 acres. Should have that done by April. Will help maintain a steady timber flow. Phase 2B's survey is mostly completed. Some cultural and historical surveys to go, but we are moving through it. Intend to put out timber as fast as it is conveyed to us. Some young growth sales that could come out of it. MHT is still very active though a little behind schedule. Supposed to be completed by the end of the year. Final lands will be adjusted for value-to-value by appraisals.

Questions:

Stark: I didn't understand where the end point of this transfer is? Amount of land? About when will this be over? About how much more timber land?

Slenkamp: By the end of the year. Appraisal is taking the time. Federal lands are being weighted heavier than Trust lands. Supposed to get another appraisal soon. Balance the equation by acres, and by dropping volume. I can't say exactly how many acres, but there are 18,000 acres of Trust land, 21,000 acres of USFS land to work with.

Vinsel: Phase 1 should be done by the end of the month. Does that include the parcel above the Mitkof Hwy that Petersburg citizens wrote to us about?

Case 1:19-cv-00006-SLG   Document 50-1   Filed 05/19/20   Page 10 of 23

Slenkamp: Not yet. That is part of Phase 2B.

Maisch: Any concern that this acreage would not be included?

Slenkamp: High in our priorities. All the Trust lands will be included. Not sure how much acreage will be included from USFS land.

**Southeast timber: tariffs and sales**. Chris Maisch, DOF/Eric Nichols, ALCAN Timber Products.
Maisch: Last week in Juneau was Large Landowners meeting, resolving issues that we can work on together: LTFs, etc. Reported to Board of Directors of AFA, heard from USFS where their timber program sits—not good. USFS proposed using Landscape Level Analysis for the long-term project Twin Peaks, but judge didn't go for using LLA for NEPA project. What is their plan?

Nichols: Not sure, but there were other points that USFS didn't succeed on. Federal land is not going to be providing much timber.

Maisch: Continues to put a lot of pressure on state program. Working on Bay View sale, just about ready to have best interest finding released by the end of the month. Targeted for .118 or .123 sale. Viking Lumber on POW Island. Other major sale is over near Kosciusko sale—Parlay sale. Moving along. Issue is Kosciusko GNA sale, young growth sale is not getting addressed now because of tariffs.

Nichols: Review of how we got here. 2016, USFS signed plan amendment to transfer Tongass into Young-Growth. Large emphasis on YG in last 3-4 years. China has been our primary market. ALCAN owns several young growth sales. Over the last 18 months, price has dropped 50% due to tariffs and situation in China. Went into 10% tariff on spruce with the trade war, retaliatory tariff from China, ratcheted up to 20% tariff on delivered value of log. In the meantime, China looked for alternative supply, got heavily storm and bug damaged wood from Europe, which dropped the price even further. All-time low due to excess containers from Europe. Today we have the virus. Talked with China this morning. They are 2-3 months ahead of us on virus. Ports are starting to open. Have huge amount of inventory due to virus. About 50% of our production will be curtailed because of virus. Europe is now hot zone. 80-85% shut down in Europe, containers stuck in China. We could be under a tariff exclusion for spruce for the 20% tariff. Today I was told that any ship coming from US or Europe will be quarantined for 14 days coming into China. Not sure what that will do for shipping prices. We are not sure what we are doing yet because of transportation—we bought new equipment for this new situation, and have many questions going forward.

Maisch: Another state service is the phytosanitary services. Japanese market will require a new certification. Third-party inspection in South Korea for fumigation. We have a Div. Ag employee that watches this—now China has a number of port cities that can do this fumigation. Inspector has received request to go to S. Korea, but it's a Level 3 country. Not sure it's worth the risk. Discussions are underway for how to respond. Third party inspections might not happen. In-state shouldn't be a problem.

Nichols: If we send hemlock to Canada, we have to have a sanitary certificate, which creates more problems.

**Exhibit 2, page 11 of 23**

Stark: Foreign markets—40 units? Can you put that in perspective in terms of what the US can produce?

Nichols: 40,000 containers in one month. In North America, we were about 3% of the Chinese market, but with the tariff it's even smaller. Only one Western US company that is actively still shipping to China.

Maisch: Will work with Div Ag and AFA and how to go forward. Can see that the sanitation program could come to a halt, which would cause more problems. Need to make sure there is a contingency. In Southeast, we were able to hire a position with a forestry degree, but was working in fire program. Accepted a position. Brought position to 2 full-time staff. Working on reoffering the other position that is vacant.

**Responsible Source: an alternative to forest certification**. Rob Brooks, Rob Brooks & Associates, LLC, and John Tokarczyk.
Market Recognition: Certification vs. Responsible Source.
Increasing Value for Transparency
    Consumer
- Transparency
- No illegal wood
- Third party
- Available
- Minor Added Value

    State Agencies
- Add value to timber
- Current practice
- Low disruption
- Declaration

    Producers
- Sell - LEED Projects
- Many certified
- Those without certification want recognition of state BMPs

Answer: Categorization of Existing Programs – ASTM D7612.
Legal→Responsible→Certified

For ASTM D7612, need:
- BMPs
- Verify BMP enforcement
- Traceability program
- Verify producer compliance

Alaska already has the highest level of NASF Classification of BMPs by State – Regulatory.
Responsible Source timber adds value to timber. Opens up new markets.
More research is needed on Japanese potential.

John Tokarczyk: Lead for Oregon Dept. of Forestry. Executive order on increasing wood production in Oregon.

Brooks: Sellers want to show the work they are doing with best practices, get added value, consumer wants to know what is going on. Don't want to have to figure it out themselves, don't want to pay a lot. Responsible Source is between "legal" and "certified."

Key is trackability for the system.

Tokarczyk: Certification can create obstacles for timber. ASTM protocol was a feasible approach to opening up markets. We were able to put together pilot program with existing Forest Practices regulations. Met those qualifications, went through audit. Great deal of value from our perspective. It was access to the markets that was a potential challenge for Oregon forestry— uncertified wood.

Brooks: Not sure if Japanese market would accept Responsible certification.

Questions:

Lojewski: Many Alaska Native Corporations have entered into agreements for carbon credits, and they have to have "sustainable" timber if they want to implement any timber harvests.

Brooks: Not sure what they believe is sustainable. It's an audit of your existing practices, not creating any new practices.

Lojewski: BIA has been able to verify that on Trust land.

Vinsel: Clarification on the list—does that mean that Alaska's FRPA already qualifies?

Brooks: Map of 50 states that shows which states that meet regulatory, quasi-regulatory, and non-regulatory states. What could we do as the next step, if you have any questions or thoughts from the future?

Maisch: New information for me—know about NASF project for Eastern Seaboard with pellets. Hard for some foreign governments to understand that US markets work state-by-state. FRPA is a good program. Not sure what next steps are. We were investigating SFI certification, but that was too expensive. This program might be a path forward.

Tokarczyk: Cost and time perspective—both of these were nominal. Not like SFI. Our system is built through existing FRPA. People are there, statutes are there. Audit is nominal, but it's just verification that we do what we say we do. Because the audit is open, the cost is different. Burden is minimal. From our perspective, it was a market response to try and create additional third party validation. More participants can be market-driving. More participation, the more value it has.

Stark: Looking at map of 50 states. Is there an outcome that it hasn't worked out to be non-regulatory?

Maisch: NASF just presenting factual information. That analysis has not yet been done.

## Fuels Mitigation

**Initiative on Wildfire Risk Reduction-Fuel Breaks/Firewise**. Chris Maisch. Should include the BOF Update in the report to the Governor, although not required to report on it. Documents will be shared with the Board with briefings on fire preparedness. Funding will help planning and preparedness work for communities. Will help get more plans prepared, and complete community plans. Create a central repository for these plans. Evacuation protocol. Ready-Set-Go. Found out this fire season that Mat-Su Borough uses different color coding than Kenai. Need to give the same

**Exhibit 2, page 13 of 23**

message. Not direct authority, but we advise emergency services. We help them, and focus on fire suppression, while they do evacuation.


Hiring a fuels position, key staff to work on this new initiative. CWPP planning and mapping, overall coordination of funding. Probably additional positions will be needed.

**Sterling Fuel Break.** Nathan Lojewski, BOF. Works for Chugachmiut. Port Graham Native Corporation. Run 20-person Type 2-A fire crew. Photos of Kenai Peninsula after 1990s. Other places look similar. Spurred the All-Lands All-Hands group to come together. Map—red is beetle killed spruce, yellow is houses and infrastructure. Land ownership map—different ownership throughout. ALAH created an Interagency Action Plan for recovery from spruce beetle. Now it's more a fire and fuels group. High-risk communities shown on map. Last week KPB kicked off revision of all CWPPs. Black spruce on the Kenai burns—Funny River Fire burned 195,000 acres. Strong north wind, and dry. Early May. Ran to the shores of the lake, and would have kept going. Not how we want to have fires burn when there are houses. Funny River fuel break was done 2 years before the fire. When fire started, commander didn't realize there was a fuel break. Sent a fire back with a burnout. Shaded fuel break—had been maintained the fall before, 18 years old. Fuel break protected 3,800 structures. Some spots jumped the Kenai River to the fuel break. Economic analysis with tax assessor values: $255,000,000.

With ALAH, wanted to build a Sterling Fuel Break. Lots of different ownerships, different agencies. Sterling has had fires burn on both sides of it. We can put fuel breaks around the KNWR to protect communities. Fire model "rate of spread" map. Corner of refuge boundary and other locations—can move extremely fast. Fire crew needs to stay busy not during fires. Fuel breaks are a good way to do that.

Phases:
1. Three Johns Treatment. Native residents in Sterling. FWS put some match in, but could only spend it off the refuge. Chugachmiut would use their money on the FWS land. Shaded fuel break: mixed hardwoods. Removed spruce. Collaboration between agencies.
2. Non-federal treatment: Private/Borough/MHT lands. FWS used agreement to give to KKA to hire contractor. Learned some lessons from Funny River—left some islands. Under $200,000 an acre. Small masticator. Some islands left behind. Can't shoot a moose from a mile away. Fuel break on CIRI land.
3. In 2017, East Fork Fire. Used for contingency when it was 2 years old. Fire didn't hit the break, but crews did more work on it. During the fire, fire crews were there, and there had been plans for a prescribed fire, so that was prepared. East Fork Burn prep was done collaboratively. Chugachmiut used grant money from BIA as non-federal match. $685,000 from Chugachmiut, ADFG used $2 million of Pittman-Robertson funds.

Also looked at Funny River fire with regenerating willow. Prep work came in handy during Swan Lake fire. Those areas didn't hold the fire with the Swan Lake fire, but it did slow the fire down. Provided a way to access the fires early. Fuel breaks should be looked at is a levy on the Mississippi River to protect from flooding. We need to be prepared to live in the boreal forest with fire.

Sterling was never evacuated during Swan Lake.

4. Kenai Natives Association Treatment. Fuel break through EQIP funding. Forest stewardship plan. Last fall started implementing. Will deal with slash treatment with mastication.

Big picture: forest stewardship agreement with Salamatoff, to identify planning units and use NRCS funds. Grand plan is to bring the fuel break up to the inlet to separate from the KNWR. Fuel breaks are really good for Alaska communities.

Rinke: ALAH has been key to the implementation. Congressionally delegated wilderness lands abutting private lands—WUI. Partners have been key to building an understanding with the public and protecting the communities.

Maisch: Yes, need to work within wilderness to protect communities.

Questions

Shephard: When was the plan done?

Lojewski: June 2018. Working on plan with Salamatoff Native Association.

Vinsel: Was the fire activity more intense because of spruce beetle mortality?

Rinke: Mostly black spruce—probably 90% black spruce, so no.

Maisch: In earlier fires, grass grew up under beetle kill, and grass fires were started from spot fires. It can create problems. Then when dead trees fall over, makes it very hard to get through the forest. Safety issues and fuel issues.

Beck: Width of the fuel breaks? With wind, etc. cost/benefit?

Lojewski: With NRCS, there is a minimum width of 1.5x the tree height. That's a minimum, though we know that embers can fly a half-mile. We aren't building a half-mile fuel breaks, but max is about 300 feet.

Maisch: This would have been a great presentation for some of my committees. This would help us show what we can do.

Putman: Great presentation—especially with the ALAH group.

Stark: Happy to be hearing about this.

**BOF Update: Wildland Fire posted online. Other distribution**? Alison Arians, DOF.
Maisch: Legislature and governor's office and communities. It's a teachable moment because of the fire season we had. This will certainly help. Would like to attach to report to the board report to the Governor.

**Vinsel: In the springtime, would be good to do a media release about this, that could refer to online content. Press release summed up in the part: why we did this.

Maisch: Will share this with House and Senate finance subcommittee working on budget.

**Beck: Have been working on recreational communications. Would be helpful to invest in a one-page summary, lots of graphics. Talking points, with some images. Summary version, at a glance, that people will read what follows. Could add value to what we've already got. Would be

**Exhibit 2, page 15 of 23**

happy to help with that. Distinguish that first 2 items are directed at landowners, then others are directed at larger landowners and voters.

Maisch: Already have a one-pager with specifics of examples of fuel breaks. I could use this paper as is with House Resources Committee. I'll have them add it to the packet. That would help launch it. They are already receptive to this information. Getting more information in front of them would be very helpful.

Lojewski: AK fire info site gets a lot of hits—could add this to that.

Maisch: CO's office—getting information into the op-ed. Board could use this as an article. Summarize the key points, if the board wants to do this?

Beck: Agree.

Vinsel: Good idea.

Herzog: Good idea.

Lojewski: Agree.

**Maisch: Will float this idea with Corri that BOF will be the author, and we will work up a draft for you to approve.

## Board Initiatives
### Rosie Creek forestry roads + recreation update, incl. Long Trail. Alison Arians, DOF.

- RTP (Recreational Trails Program) Grant approved unofficially by Ricky Gease, waiting to hear final approval from Federal Highway Administration.
  - $100,000 with additional 10% match from DOF.
  - THANK YOU to Chris Beck, Jeremy Douse, Geoff Orth, Jon Underwood.
- Now for the procurement piece.
  - Will work with DPOR's Brooks Ludwig in Fairbanks.
  - Will be time-consuming but good to learn.

## Long Trail

- Jon Underwood & Chris Beck plotting further recreation projects in TVSF: Long Trail from Fairbanks to Nenana. (see map)
  - Solid lines are existing forest roads, dotted would have to be built.
  - 2-3 mile section on the east end also needed.
  - 30 miles of existing road, 20 miles would have to be constructed.
  - BUT, this area is being actively harvested: conflicts between forestry and recreation use.
  - Instead of just connections between forestry roads, consider network of trails/forestry roads that complement existing forestry roads, creating loops that would provide pieces of trail/road that could be used by recreationists when active harvest is occurring.
  - Work with one section at a time, completing loops that could be forestry roads.
  - Pittman-Robertson funds: hunting access.
    - Requires 25% match. Can use DOF time (mine) or any DOF equipment or time as part of match.
    - Reimbursable funds. Pay contractor up front, then get reimbursed.

- DOF using RSA is time-consuming procurement process. Instead, partner with IATPF, they can get loan from SWCD to pay contractor, and they can do the procurement.
  - With approval from the BOF, I can continue to help with this trail project, but try and use my time for grant writing and building support from agencies, rather than the procurement piece.

Lojewski: Do the first part, then work on the rest?

Stark: I think this is very valuable. I'm all for it.

Maisch: Not asking her to devote a lot of time on it, but I agree. As far as DOF is concerned, OK to devote some time to it. I'm encouraged by the community support and the approach. We have the opportunity to help with some recreational economies in the SF. Can help us harvest timber.

Putman: I support it. Good for Fairbanks area.

Morris: Same.

Vinsel: I agree that Stark and Maisch said, and back to Chris Beck's idea. Good for opening up the area for forestry, and providing alternate routes.

Beck: Figures show, if we can get people to spend just one more day, this could really help our economy. Thanks to Alison

**Proposed Haines State Forest forestry + recreation partnership**. G. Palmieri & A. Arians, DOF

**Walker Lake Trail**
- While working on Rosie Creek project, learned that Greg Palmieri in Haines has been working on a recreation partnership project for years.
- Proposed partnership in the Haines State Forest (HSF) between recreation interests and a working forest: Trail to Walker Lake.
  - Greg planned to apply for RTP grant this year, but only Stip 1 (no ground-breaking) this year.
- Extending a forestry road spur with a multiple-use recreational trail to Walker Lake
  - fishing (the lake was stocked with grayling decades ago)
  - camping
  - hiking
  - cabin site by the Division of Parks and Outdoor Recreation (DPOR).
- Building a trail that can be easily maintained in the future would allow long-term access to a high-value recreational area.
- Trail 1.3 miles long, initial .3 miles of the trail reconstruction of existing harvest spurs.
  - Trail construction will cost approximately $15,000 and take about three weeks to complete.

Background:
- HSF Plan establishes Public Recreation as a priority use for Walker Lake
- Historically, destination for local recreation activities: hiking, snowmachining, ATV-driving, hunting, and subsistence activities.
- The lake can be accessed directly from a harvest unit adjacent to the Sunshine Mountain Road along existing harvest roads, then through the forest south to the lake edge.

**Exhibit 2, page 17 of 23**

- Informal social trail through the forest in this area dates back many decades, but has not been maintained, and by 1995 the location of the trail was barely identifiable.
- In 2004, the Alaska Department of Fish & Game (ADFG) requested an easement to construct a trail to the lake. DOF granted the easement, but the trail location was poorly chosen, and while DOF maintained the trail for a time, brush has overgrown the trail and today it no longer exists.
- The lake contains grayling stocked in 70s, and for many years, the ADFG has advocated for further development of access to the lake.
- DPOR supports the trail, and staff has maintained that if a trail and cabin site are prepared, they would invest in the construction and maintenance of a public use cabin.

Potential Funding Sources:
- Recreational Trails Program grant through DPOR/FHA
- Dingell-Johnson Sport Fish Restoration Act funds

## Forest Road Brushing Project
- Similar to the Rosie Creek forestry roads, brush and maintain existing forestry roads to reopen access routes to recreationists for motorized and non-motorized use.
- HSF contains approx. 70 miles of forestry roads constructed since 1960s.
- 40 miles actively used by the public
  - requires regular maintenance to provide safe and enjoyable access.
- Decline of timber industry in last 20 years, less road maintenance.
  - Over last 5 years, DOF maintained 16 miles of forest roads for public:
    - Sunshine Mtn. Road
    - first 7.5 miles of the Kelsall 100 road
  - Commercial recreation tours have brushed additional 6 miles, keeping them open to ATVs and foot traffic.
  - Remaining miles unusable to vehicles due to alder encroachment on the shoulders and running surface. Some roads problematic for foot traffic.

**Initial proposal was relatively small—potential RTP grant application for next year.**
  - *Initially, propose to reopen, maintain and brush approximately 12 miles of road to all user groups.*
  - *In the future, we would like to expand this effort to additional 28 miles of forest roads.*
    - *Approximately $34,000 will be needed to brush 12 miles of forest roads.*
    - *Where possible, timber sale contracts and deferred maintenance funds will maintain public access to HSF.*

**Recently, DPOR's Ricky Gease: $136,000 for Round 2 of RTP Grants for this year.**
- Unspent funds,
- Encouraged DOF to apply to brush forestry roads.
- Again, Stipulation 1 only: no NEW trails, just maintenance brushing of existing trails and roads.
- Application period April 1-May 30.
- Coincidentally, Greg's original cost estimate for brushing and regrading all forestry roads in Haines came out very close to this total, and our match would allow signage for recreationists— road system signs and installing road signs that Greg already has.

18

- Motorized use is much needed for DPOR's grant funds—good match.

Questions

Beck: Detail on what Alison shared?

Palmeri: Walker Lake--recreation activity is supported in management plan. Brushing is good for recreational use of the area. We like to keep these areas open for more than timber sale activity. Without the timber sale activity, our roads are getting grown in. It blocks people out even from walking on them. Brushing—how would this happen that wouldn't impact our maintenance budget? This would open up our use of logging roads for DOF and the public.

Maisch: Thanks to Alison and Greg. Both projects look good. Get the funding source to work on Haines SF. Will continue this.

## Compensatory mitigation
**Incentives for forestry roads**.  Bill Morris, with D. Herzog, C. Stark & J. Nudelman
Quantifying the benefits of restoring stream connectivity on forestry roads
Ways to deal with fish passage issues
      Onsite mitigation
      Off-site mitigation
Working group: Bill Morris, Denise Herzog, Chris Stark, Joel Nudelman, Doug Hanson, Alison Arians

Project: Collect an initial set of data on all the problem culverts on forestry roads in Alaska so that they can be compared to each other and prioritized, using an inventory and ranking. Doing this initial step, partially preparing the project and getting it approved by ADFG and Corps of Engineers, will make it more likely that project proponents will choose forestry road culverts for compensatory mitigation. They will be able to choose their project more easily, plan it efficiently without a lot of delay getting approval from ADFG and COE, and then do a modest on-the-ground effort to complete their plan.

1. Working group approve outline, below.
2. Present to full Board of Forestry 3/17 for comments and approval.
3. Make a list of all the problem culverts on forestry roads in the state.
   a. Joel will provide list of remaining 4 Southeast problem culverts.
   b. Joel will update list of Kenai problem culverts to reflect Tyonek work that has already been accomplished. Most of the problems are near Port Graham and Seldovia. Provide list of remaining problems to group.
   c. Joel will continue to work with Gillian to get our culvert issues on forestry roads on the fish passage mapper.
   d. Alison will check on getting culverts on Indian Reservation Roads list, if possible.
   e. Doug will provide a list & map of forestry road culverts on interior streams that may or may not have fish.
   f. *Since only 1/3 of SE roads have been surveyed, apply for funding to survey the remaining 2/3, maybe through Challenge Cost Share funds?*
4. Meet with ADFG and COE about our plan.
   a. Ask them about their requirements to be able to approve the first step of a mitigation plan through this process.

19

      b. Talk with COE about using stream crossings according to 2018 Memorandum for compensatory mitigation: address inconsistencies.
5. Evaluate each problem culvert for quantity (acres) and quality (type of fish present) of upstream habitat.
      a. ADFG & DOF will visit culverts on the 4 main forestry roads in the Interior to determine whether they are fish-bearing, and whether there are any problems with them. (*Check with Chris Maisch/Ben Mulligan about prioritizing this work—probably just 2-3 days.*)
      b. Evaluate upstream quantity of habitat using GIS for approximate acreage.
      c. Collect upstream quality of habitat using fish information from Alaska Freshwater Fish Inventory and the Anadromous Waters Catalog.
      d. Prepare a list to compare each problem stream crossing, with mapped locations.
6. Get ADFG and COE approval of list.
7. Approach industry. First step: presentation at AMA Convention.

Questions:

Minnillo: Forestry roads on state lands?

Morris: Concept right now for the first look, but applicability would go well beyond these.

Maisch: Include federal forest roads?

Minnillo: Don't see mitigation money for federal land. USFS is already working on their problem pipes.

Stark: They are going forward and taking care of problems.

Lojewski: This is great on the Kenai, could help on Native lands. Before you do a GIS analysis—could you ask ADFG and COE to get a buy-off before that?

Morris: Yes, come up with a few examples to talk with them about first.

Lojewski: Who would manage this list?

Morris: We will start with state roads first. Joel has had luck with getting state culverts on fish passage mapper, and working to get information in database. Could work on getting information from private lands.

Nudelman: Most of the issues are on private land, not on state land. More severe problems were in Seldovia and Port Graham area. Most of Tyonek have been repaired.

Lojewski: And since that survey was done, it's even more of a mess.

Maisch: Thanks to Bill and others. DOF willing to get this put in place.

**Stream Bank Quantification tool**. Adam Davis (TCC). Interior Alaska and North Slope. SQT can be used to predict changes with climate change. [See handouts in booklet.]

Questions

Vinsel: Assumes that a stream in its natural state is "good," or will this tool be used to make a stream even more productive than it already is?

Davis: Tool is based to measure improvements when there has been disturbance.

20

Stark: We have restored a lot of streams here—I'm all for what you're up to. Would like to get more information.

Morris: Nothing really contemporary, but I have a really good treatise on all of the stream reclamation and rehabilitation on the Division of Habitat website. Very in-depth evaluation with guidelines with what parts are needed to ensure success. Two documents. I have them here if you want to borrow them. As far as SQT goes, not sure if that gets to that question. Adjacent reference reaches in the same stream, or regional reference reaches.

**Board of Forestry Report to the Governor**: what to include in letter.
Maisch:
- Fire update—more fire adapted.
- Funding DEC field presence.
- Southeast trade wars, and not having sufficient timber. State is doing as much as we can to fill in lack of USFS timber sales. Legislative initiative was a piece of that effort.
- Phytosanitary program? Might show that it's a key program for that sector. Down to just one inspector.
- State forest recreation initiative—diversification. Important and new development. Supports timber program, key message point. Educate the public about good forest management. Multiple uses can coexist, along with motorized use.

Vinsel:
- Responsible Source—our FRPA standards put us in a favorable light. Even in bad markets, that doesn't hurt.
- Fuel breaks work—how that helped make a difference in Kenai fire.
- Discrepancy with color codes—somebody could get killed. Draw attention to that. Could be a legislatively adopted system. Work with Homeland Security.

Will
- Trying to remove EFF crew emergency work only restriction. Potential workforce for fuels mitigation. Concern could be from the union? Maisch: OMB is digging into this to figure it out. Federal side—looking at contract crews.
- Risk reduction capacity heading.

Lojewski: standard format?

Maisch: Charge is to report on FRPA, and whether it is effective or not. Problems we're faced with implementing the Act.

Beck: broader themes:

1. Generating jobs—being fiscally responsible
   - Addressing SE timber situation
   - Taking advantage of existing FRPA to increase market
   - Minimizing impact of timber harvest
   - Recreation/timber piece
2. During this changing time with fire and risk management
   - Open for business

- Risk management
- Efficiencies in policy—economic growth.

Sustaining staff and keep our budget going and growing.

Nichols:
- Roadless update. Governor and Senator Sullivan was instrumental in getting us where we are today.
- Young growth—landowners committee.
- USFS meeting—pretty good atta-boys from the USFS for working with USFS on helicopters, Challenge cost share info.

Denise: Risk reduction covered. SSF: If this grant is over, will that impact ADFG working on FRPA?

Stark: Alaska has been getting a large share of SSF. What they call it and how they dole it out will change with this administration.

Morris: Will still meet priorities.

Beck: Bringing up the theme of taking advantage of federal funds—leveraging them when it requires state money. Fire break work, Pittman-Robertson, Dingle-Johnson, RTP. Maximizing economics.

Maisch: GF money could be used for fuel breaks.

Morris: Will review the first draft. Make sure we have a good connection with how a strong FRPA has the potential advantage on the market. Responsible sourcing.

## Wrap-up
### Summer in-person & fieldtrip meeting date and agenda items
Next meeting:
Late summer would be best. August. Ketchikan. Gravina Island. Shelter Cove Rd. Cape Fox. August 25-26, Tuesday & Wednesday. One day field trip.

Future agenda items:
**Young Growth presentation, about the reduction in harvest area from the original harvest to go back in, with mandatory buffers, karst. Called fall-down. Looking like 55% of reduction in amount of acres and volume. Brian Kleinhenz. Our worst-case estimate was only 1/3. It could have a big impact. Could be Terra Verde.
Nichols: Use of LIDAR as a predictive tool. Could use that tool to get that information.

### Board comments
Herzog: Thanks, Alison and Chris and presenters. Excited about compensatory mitigation and risk reduction. Question: contributing to fuels fund, but doesn't that go back into GF?

Maisch: We would have to get that appropriated—recommended funding source. Right now it goes back into GF.

Lojewski: Interersted in compensatory mitigation, forest roads in the Kenai, and Responsible Source, helping our log exporters, and fire risk mitigation.

Morris: Thanks, Alison for putting another good meeting. Appreciate the presentations. Also 3-legged stool with DEC. Responsible Source was very interesting.

Nichols: Responsible Source—one more term out there to be confusing. Will make it more difficult, but some people want to learn about sustainable business. The more we can show the world that we're responsible stewards of timber, the better we are. From a market standpoint, we have to have a sustainable market over time. Full long-term timber base.

Putman: This is one of the more challenging BOF meetings—hard to be by ourselves in a room. I had to leave in the middle for an emergency hallway meeting that we're supposed to go home and not come back to the building. I really enjoyed Nathan's presentation, and loved to hear about the collaboration. Liked Chris's news about the state getting into the fuels game. Not sure how to take the Responsible Source—might be a good idea, but might be complicating situation. Whatever it takes to move forward in a positive way.

Vinsel: Thank Alison for putting this together and helping everyone dial in so far in advance so it wasn't an issue. Happy about the DEC position that will be able to focus on forestry issues, and being part of inspections. Glad to have Habitat fully staffed. As much as I appreciated Jaeleen, and appreciate Andrew's comments, that doesn't mean to diminish Nathan's presence on the Board.

Stark: Appreciate Eric's comment. Information sharing is good. Thanks, Alison for trails work.

Beck: Informative meeting. Takeaway: multi-year Shakespearean complexity with export market. Alaska is facing some profound challenges. Anything we can do to contribute to fiscal improvement.

Maisch: Thanks to members for working with us on the teleconference. Thanks, Alison.

**The meeting adjourned at 4:00pm.**