# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, et al.<br>*Plaintiff*<br>v.<br>UNITED STATES FOREST SERVICE, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:19-cv-00006-SLG<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the portions of the March 16, 2019 Record of Decision for the Prince of Wales Landscape Level Analysis Project that authorize vegetation management and road construction activities are VACATED.

FURHTER THAT the October 19, 2018 Final Environmental Impact Statement is also VACATED as applied to vegetation management and road construction activities.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: June 24, 2020

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*