JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ERIKA NORMAN, CA Bar # 268425
Trial Attorney
JOHN P. TUSTIN, TX Bar # 24056458
Senior Attorney
Natural Resources Section
150 M Street NE
Washington, DC  20002
Tel:    (202) 305-0475 (Norman)
        (202) 305-3022 (Tustin)
Fax:    (202) 305-0506
Email: erika.norman@usdoj.gov
       john.tustin@usdoj.gov

BRYAN SCHRODER
United States Attorney

*Attorneys for all Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, | ) <br> ) Case No. 1:19-cv-00006-SLG <br> ) |
| Plaintiffs, | ) <br> ) NOTICE OF APPEARANCE |
| v. | ) <br> ) |
| UNITED STATES FOREST SERVICE, *et al.* | ) <br> ) |
| Defendants. | ) <br> ) |

Defendants United States Forest Service; United States Department of Agriculture; Beth Pendleton, in her official capacity as United State Forest Service Region 10 Regional Forester;

Notice of Appearance
*SEACC v. U.S. Forest Serv.*, No. 1:19-cv-0006-SLG                                      1
Case 1:19-cv-00006-SLG   Document 55   Filed 08/21/20   Page 1 of 3

and Earl Stewart, in his official capacity as Supervisor for the Tongass National Forest hereby enter the appearance of John P. Tustin, United States Department of Justice, as counsel of record on behalf of all Defendants in this matter. Service of all papers by U.S. Mail should be addressed as follows:

>JOHN P. TUSTIN
>Senior Attorney
>Natural Resources Section
>Environment & Natural Resources Division
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611

Express deliveries (Federal Express, courier etc.) should be addressed to:

>JOHN P. TUSTIN
>Natural Resources Section
>Environment & Natural Resources Division
>U.S. Department of Justice
>4 Constitution Square
>150 M Street NE, Room 3.216
>Washington, DC 20001

Mr. Tustin's telephone number is (202) 305-3022; his facsimile number is (202) 305-0506; and his email address is: john.tustin@usdoj.gov. Counsel has registered with the United States District Court for the District of Alaska for electronic filing using the email address set forth above. Jean Williams is the Deputy Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Ms. Williams should not be separately served with Court filings.

Respectfully submitted on this 21st day of August, 2020.

>JEAN E. WILLIAMS
>Deputy Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division

Notice of Appearance
*SEACC v. U.S. Forest Serv.*, No. 1:19-cv-0006-SLG       2
Case 1:19-cv-00006-SLG   Document 55   Filed 08/21/20   Page 2 of 3

/s/ John P. Tustin
ERIKA NORMAN, CA Bar # 268425
Trial Attorney
JOHN P. TUSTIN, TX Bar # 24056458
Senior Attorney
Natural Resources Section
150 M Street NE
Washington, DC  20002
Tel:	(202) 305-0475 (Norman)
	(202) 305-3022 (Tustin)
Fax:	(202) 305-0506
Email: erika.norman@usdoj.gov
	john.tustin@usdoj.gov

BRYAN SCHRODER
United States Attorney

*Attorneys for Defendants*

Notice of Appearance
*SEACC v. U.S. Forest Serv.*, No. 1:19-cv-0006-SLG                                                                 3
Case 1:19-cv-00006-SLG   Document 55   Filed 08/21/20   Page 3 of 3