| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | OCT 22 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SOUTHEAST ALASKA CONSERVATION COUNCIL; et al.,

    Plaintiffs-Appellees,

v.

UNITED STATES FOREST SERVICE; et al.,

    Defendants-Appellants.

No. 20-35738

D.C. No. 1:19-cv-00006-SLG
District of Alaska, Juneau

ORDER

Appellants' motion to voluntarily dismiss this appeal (Docket Entry No. 8) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                                        FOR THE COURT

                                        By: Jonathan Westen
                                        Circuit Mediator

JW/Mediation