IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL; ALASKA RAINFOREST DEFENDERS; CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; DEFENDERS OF WILDLIFE; ALASKA WILDERNESS LEAGUE; NATIONAL AUDUBON SOCIETY; and NATURAL RESOURCES DEFENSE COUNCIL, *Plaintiffs*, v. UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID SCHMID, in his official capacity as United States Forest Service Region 10 Regional Forester; and EARL STEWART, in his official capacity as Forest Supervisor for the Tongass National Forest, *Defendants*. | Case No. 1:19-cv-00006-SLG |

**DECLARATION OF LINDA BAUMGARTNER**

I, Linda Baumgartner, hereby declare:

1. I am Office Manager of Southeast Alaska Conservation Council (SEACC). I am familiar with SEACC's mission, purpose, and activities.
2. SEACC is exempt from taxation under section 501(c)(3) of the Internal Revenue Code and has fewer than 500 full-time employees. This was true when the complaint in this action was filed in May 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/18/2020        By: *Linda Baumgartner*

Linda Baumgartner

Office Manager

Southeast Alaska Conservation Council

Southeast Alaska Conservation Council et al. v. U.S. Forest Service et al.,
Case No. 1:19-cv-00006-SLG

**Exhibit 1, page 2 of 3**



Internal Revenue Service  
District Director

Department of the Treasury  
915 Second Ave., Seattle, Wash. 98174

March 12, 1985

Southeast Alaska Conservation Council  
Box 1692  
Juneau, Alaska 99802

**RECEIVED**  
MAR 13 1985  
SOUTHEAST ALASKA  
CONSERVATION COUNCIL

Dear Sir or Madam:

This is in reply to your inquiry of ___February 26, 1985___ regarding your exempt status.

Although a copy of your original letter of exemption is no longer available, our records disclose that your organization was granted exemption from Federal Income Tax under section __501 (c) (3)__ of the Internal Revenue Code in a letter directed to you __09/77__.

Also, our records indicate that you are not a private foundation because you are an organization described in section __509 (a) (1) & 170 (b) (1) (A) (vi)__ of the Code.

This exemption remains in effect.

Sincerely yours,

Eldon Johnson/mcB

Eldon Johnson  
Manager Group 13  
Taxpayer Service Division

Exhibit 1, page 3 of 3