# TIME SUMMARY TABLE

| Timekeeper | Total Hours | Discretionary 15% Reduction | Adjusted Hours | Rate | Total |
|---|---:|---:|---:|---:|---:|
| **Attorney** | | | | | |
| Dooley, Ian | 9.1 | | 9.1 | $205.00 | $1,865.50 |
| Glasscock, Olivia | 604.7 | -90.7 | 514.0 | $205.00 | $105,370.00 |
| Glover, Katharine | 7.4 | | 7.4 | $325.00 | $2,405.00 |
| Jorgensen, Eric | 14.3 | | 14.3 | $400.00 | $5,720.00 |
| Lieb, Jeremy | 11.8 | | 11.8 | $205.00 | $2,419.00 |
| Waldo, Tom | 490.0 | -73.5 | 416.5 | $400.00 | $166,600.00 |
| Whalen, Erin | 5.0 | | 5.0 | $205.00 | $1,025.00 |
| **Total:** | **1142.3** | | | | **$285,404.50** |
| **Clerk** | | | | | |
| Kutchin, Robert | 31.7 | | 31.7 | $135.00 | $4,279.50 |
| Martinez, Luna | 6.0 | | 6.0 | $135.00 | $810.00 |
| Yao, Yvie | 25.8 | | 25.8 | $135.00 | $3,483.00 |
| **Total:** | **63.5** | | | | **$8,572.50** |
| **Paralegal** | | | | | |
| Korhonen-Penn, Iris | 36.6 | | 36.6 | $135.00 | $4,941.00 |
| Saunders, Sarah | 13.8 | | 13.8 | $135.00 | $1,863.00 |
| **Total:** | **50.4** | | | | **$6,804.00** |
| **Total:** | **1256.2** | | | | **$300,781.00** |

**Attachment 1, page 1 of 12**

| Timekeeper | Date | Hours | Description |
|---|---|---|---|
| **Dooley, Ian** | | | |
| | 05/01/2020 | 4.6 | Cite check remedy brief |
| | 05/17/2020 | 4.5 | Cite check remedy reply |
| | Total: | 9.1 | |
| **Glasscock, Olivia** | | | |
| | 03/18/2019 | 2.2 | client updates, memo drafting, reviewing FS actions |
| | 03/20/2019 | 4.0 | client memo |
| | 03/21/2019 | 3.0 | reading Final ROD |
| | 03/25/2019 | 2.5 | drafting client memo |
| | 03/28/2019 | 3.0 | revising client memo |
| | 03/29/2019 | 3.5 | revising client memo; checking in with Holly |
| | 04/01/2019 | 2.5 | meeting with Tom and Holly, follow up making plan for things to do, reviewing clier |
| | 04/02/2019 | 0.5 | talk with Tom re: how to communicate timeline to clients and reviewing proposed clier |
| | 04/02/2019 | 8.0 | drafting complaint |
| | 04/03/2019 | 7.0 | drafting complaint |
| | 04/03/2019 | 0.5 | client memo and litigation hold/retainer discussions |
| | 04/04/2019 | 5.0 | drafting complaint |
| | 04/04/2019 | 0.2 | client memo communication check in with Sarah and discussing when we will file complaint |
| | 04/05/2019 | 5.5 | drafting complaint |
| | 04/08/2019 | 0.5 | reviewing client updates and case management emails |
| | 04/08/2019 | 2.5 | discussions re: claims, needed research, next steps with Tom |
| | 04/08/2019 | 2.5 | wrapping up first draft of complaint |
| | 04/09/2019 | 4.0 | reviewing response to objection and cited documents for support for claim that unit cards were required at the NEPA stage |
| | 04/09/2019 | 0.5 | reviewing response to objection for other rebuttals to claims we anticipate making |
| | 04/10/2019 | 0.8 | client communications/discussion |
| | 04/17/2019 | 1.5 | correspondence with clients, reviewing updates/agency documents |
| | 04/18/2019 | 0.7 | discussion re: POW research with Tom |
| | 04/19/2019 | 1.5 | reviewing correspondence re: standing and updates from agency (maps) |
| | 04/22/2019 | 1.2 | POW clients call and follow up discussion |
| | 04/22/2019 | 0.5 | prep for POW client call |
| | 04/26/2019 | 2.0 | final agency action research |
| | 04/26/2019 | 0.4 | meeting with Tom to discuss POW legal research |
| | 04/29/2019 | 2.0 | final agency action research |
| | 04/29/2019 | 5.0 | final agency action research |
| | 04/30/2019 | 1.0 | reviewing memo from Iris re: LLA projects |
| | 04/30/2019 | 4.0 | reading POW materials to prep for drafting comments on implementation (planning meeting) |
| | 04/30/2019 | 1.4 | collecting and sending research re: final agency action |
| | 05/01/2019 | 2.0 | research case law re: site-specific EIS |
| | 05/01/2019 | 2.0 | reviewing complaint drafts and discussing edits with Tom |
| | 05/02/2019 | 1.5 | check in and discussions with Tom re: complaint and next steps |
| | 05/02/2019 | 4.5 | drafting comments on out year plan |
| | 05/03/2019 | 0.8 | corresponding re: cite check and overseeing issues; coordinating for implementation |
| | 05/03/2019 | 6.0 | outyear plan comments |
| | 05/04/2019 | 2.0 | reviewing draft complaint and comments |
| | 05/04/2019 | 1.5 | implementing cite check and updating complaint with suggestions/information from clients |
| | 05/06/2019 | 3.0 | research for out year plan comments |
| | 05/06/2019 | 3.2 | reviewing complaint and supporting documents for final edits; correspondence re: changes |
| | 05/06/2019 | 0.2 | check in with Tom |
| | 05/07/2019 | 1.0 | call with Tom and Sarah re PI motion, follow up with Tom |
| | 05/07/2019 | 0.5 | updating and circulating draft comment letter to clients |
| | 05/07/2019 | 2.0 | discussion with Tom re: PI, comments, next steps with OGC |
| | 05/07/2019 | 2.0 | corresponding with clients and updating draft outyear plan comments |
| | 05/08/2019 | 0.5 | corresponding with clients re: out year plan comments and updating comments accordingly |
| | 05/08/2019 | 2.5 | drafting PI motion outline and reviewing with Tom |
| | 05/09/2019 | 2.5 | finding unit cards as examples, gathering scanned maps from print service |
| | 05/09/2019 | 1.4 | following up with clients re: comments |
| | 05/10/2019 | 3.0 | addressing NRDC concerns on comments, reviewing attachment needs, editing document |

| Date | Hours | Description |
|---|---|---|
| 05/10/2019 | 0.7 | call with Heather Evoy of SEACC re: standing witnesses; follow up message |
| 05/13/2019 | 6.0 | finalizing comments, setting up cite check, incorporating cite check, corresponding with Sarah re: filing, corresponding with clients re: submission and broken submission link |
| 05/16/2019 | 4.0 | drafting PI motion |
| 05/16/2019 | 1.0 | drafting description of pow for CBD and corresponding with Ted Z |
| 05/17/2019 | 1.5 | reviewing drafts of declarations and corresponding with Sarah |
| 05/17/2019 | 7.0 | drafting PI |
| 05/19/2019 | 3.0 | drafting PI |
| 05/20/2019 | 2.5 | PI fact citation research and bond case law research |
| 05/20/2019 | 2.5 | check in, feedback and draft suggestions for PI with Tom (two meetings) |
| 05/21/2019 | 7.0 | drafting PI motion, discussing with Tom, |
| 05/22/2019 | 1.5 | edits on PI; discussion with Tom re same |
| 05/23/2019 | 2.0 | call with DOJ, check in with POW team re SJ and PI briefing schedules |
| 05/23/2019 | 1.5 | implementing PI edits |
| 05/24/2019 | 0.3 | check in with Tom re: brief schedule and research needs |
| 05/29/2019 | 3.0 | meeting with Tom re: opening brief; follow up discussion with Tom and Erin; follow up phone call with Tom and Sarah |
| 05/31/2019 | 5.0 | drafting opening brief |
| 06/03/2019 | 5.0 | drafting opening brief |
| 06/04/2019 | 7.0 | drafting opening brief |
| 06/05/2019 | 0.2 | meeting re: contract rescission with Yvie |
| 06/05/2019 | 5.0 | drafting complaint |
| 06/05/2019 | 0.4 | scheduling discussion, review correspondence with DOJ |
| 06/06/2019 | 0.3 | check in with Yvie re: contract rescission |
| 06/06/2019 | 5.0 | drafting opening brief |
| 06/07/2019 | 7.0 | drafting opening brief; reviewing TLMP amendments and associated NEPA docs from archives; discussion with Tom; sharing with Sarah |
| 06/10/2019 | 3.0 | drafting opening brief |
| 06/10/2019 | 1.0 | reading memo from Rob re: amending forest plan |
| 06/10/2019 | 0.5 | scheduling discussions/reviewing draft and check in with Tom |
| 06/11/2019 | 4.0 | reviewing clerk memos |
| 06/12/2019 | 0.9 | rescission research |
| 06/13/2019 | 1.2 | meet with Tom re: review of draft opening brief |
| 06/13/2019 | 0.2 | check in with Rob re: FP amendment |
| 06/13/2019 | 0.2 | check in with Yvie re contract rescission |
| 06/17/2019 | 3.0 | revising opening brief |
| 06/18/2019 | 4.0 | revising opening brief |
| 06/19/2019 | 5.0 | revising opening brief |
| 06/20/2019 | 7.0 | revising opening brief |
| 06/21/2019 | 5.0 | drafting opening brief |
| 06/21/2019 | 0.4 | call with Larry Edwards re: road building on POW and relaying to Tom |
| 06/24/2019 | 4.0 | revising opening brief |
| 06/25/2019 | 2.0 | meeting with Liz Dodd and reviewing other standing declarations |
| 06/25/2019 | 5.0 | drafting opening brief |
| 06/26/2019 | 4.0 | drafting opening brief |
| 06/27/2019 | 1.5 | revising opening brief |
| 06/27/2019 | 1.6 | reviewing standing declarations |
| 06/28/2019 | 3.0 | AR review and correspondence with DOJ |
| 06/28/2019 | 5.0 | drafting opening brief |
| 07/01/2019 | 0.7 | AR review and call with Sarah re: how to save |
| 07/01/2019 | 2.0 | reviewing standing declarations; call with Buck to get info for declarant |
| 07/02/2019 | 1.5 | reviewing answer |
| 07/03/2019 | 1.0 | reviewing 10th circuit case law re site-specific impacts |
| 07/05/2019 | 5.0 | opening brief research and drafting |
| 07/05/2019 | 1.2 | review standing declarations |
| 07/06/2019 | 2.0 | reviewing and editing opening brief |
| 07/07/2019 | 4.0 | reviewing and editing opening brief |
| 07/08/2019 | 3.7 | check in with Tom, client updates, planning for filing; reviewing declarations |
| 07/09/2019 | 0.5 | check in with Tom and implementing suggestions to brief |
| 07/09/2019 | 2.0 | reviewing suggestions from clients re draft opening brief |
| 07/10/2019 | 4.0 | prepping for cite check, reviewing draft |
| 07/10/2019 | 4.0 | check in on brief with Tom and Eric; follow up research |
| 07/11/2019 | 4.0 | implementing cite check changes and reviewing draft |
| 07/11/2019 | 0.4 | discussion with Tom re: next steps on brief |
| 07/12/2019 | 1.0 | reviewing new unit cards |
| 07/12/2019 | 0.3 | check in with Tom re opening brief |

**Attachment 1, page 3 of 12**

| Date | Hours | Description |
|---|---|---|
| 07/12/2019 | 3.0 | final editing and formatting of opening brief |
| 07/23/2019 | 1.0 | check in with Tom re: PI drafting and status of case |
| 07/26/2019 | 1.0 | client correspondence and updates |
| 07/29/2019 | 0.5 | client updates and correspondence |
| 08/01/2019 | 1.0 | reviewing local rules and preparing for drafting PI |
| 08/02/2019 | 1.5 | PI drafting |
| 08/05/2019 | 4.0 | drafting PI |
| 08/06/2019 | 7.0 | drafting PI |
| 08/07/2019 | 5.0 | reviewing draft of PI and re-drafting PI; working to determine where sale is located |
| 08/08/2019 | 2.0 | revising PI draft |
| 08/08/2019 | 5.0 | reviewing unit cards and determining where proposed timber sale is |
| 08/09/2019 | 2.5 | discussion with Tom re drafts and PI amici, follow up correspondence review; check in |
| 08/09/2019 | 5.0 | drafting PI (edits, working on mapping with Iris) |
| 08/12/2019 | 2.5 | reading opposition brief |
| 08/12/2019 | 1.0 | reviewing suggested changes to PI from clients |
| 08/12/2019 | 0.7 | discussing opposition brief with Tom |
| 08/13/2019 | 0.6 | check in with Tom re reply brief |
| 08/13/2019 | 0.2 | discussion with Sarah re PI exhibits |
| 08/13/2019 | 2.0 | revising PI (including client comments and proofing) and prepping for cite check |
| 08/13/2019 | 3.0 | revising PI; scheduling cite check; corresponding re: research needs with Sarah |
| 08/13/2019 | 1.0 | drafting response to AFA filing, discussing amicus filing with Tom and correspondence |
| 08/14/2019 | 1.0 | setting up cite check and corresponding with checkers |
| 08/14/2019 | 0.3 | map work with Iris |
| 08/14/2019 | 0.6 | reviewing draft comments from Buck on issue of unit cards; discussing with Tom |
| 08/14/2019 | 2.5 | research on prejudicial error |
| 08/14/2019 | 2.0 | implementing cite check changes |
| 08/15/2019 | 3.5 | reviewing PI, final edits, coordinating exhibits and filing with Sarah |
| 08/15/2019 | 2.0 | reading government's opposition brief to start drafting reply; check in with Tom re: schedule |
| 08/16/2019 | 0.5 | correspondence with Sarah, Tom, and Buck re available harvest acreage |
| 08/16/2019 | 5.0 | drafting reply brief |
| 08/17/2019 | 7.0 | drafting reply brief and corresponding with Tom re edits |
| 08/18/2019 | 6.0 | drafting reply brief and corresponding with Tom re edits |
| 08/19/2019 | 8.0 | reviewing drafts of reply brief and additional research; finalizing draft for sending to clients; conferring with with Tom re: choices |
| 08/20/2019 | 3.5 | scheduling cite check and reviewing client comments; discussion with Tom re draft |
| 08/21/2019 | 2.0 | additional research for brief; reviewing questions re joint appendix |
| 08/22/2019 | 2.0 | implementing cite check changes; editing brief |
| 08/23/2019 | 0.7 | reviewing FS letter to SEACC re: missing unit cards |
| 08/23/2019 | 7.4 | editing reply brief; check ins with Tom; additional research; reviewing final document; work with Sarah to finalize the document |
| 08/26/2019 | 0.5 | reviewing communication re: joint appendix |
| 08/26/2019 | 2.5 | reviewing AFA amicus brief and exhibits |
| 08/27/2019 | 2.0 | talk with tom re: PI reply; reviewing and replying to client correspondence |
| 08/27/2019 | 0.7 | meeting with Buck and Tom re reply to PI |
| 08/27/2019 | 2.0 | PI opposition review, client communication re same, research re same |
| 08/28/2019 | 3.0 | reviewing materials provided by coalition for response to AFA |
| 08/28/2019 | 0.3 | talk with Tom re: PI reply |
| 08/29/2019 | 2.0 | researching timber sales from other sources |
| 08/29/2019 | 0.5 | talk with Tom re PI reply |
| 08/30/2019 | 3.0 | working with Sarah to determine how to provide declarations for transcript, creating drafts, communicating with Larry re: same; reviewing Board of Forestry for past recordings/matrices/documents |
| 08/30/2019 | 0.7 | discussions with Tom re timber sale advertisement, DOJ communication |
| 08/30/2019 | 2.0 | legal research for PI reply (imminence) |
| 08/31/2019 | 5.0 | researching for PI reply (imminent harm, temporary roads) and reviewing draft and providing comments |
| 09/01/2019 | 2.0 | reviewing and providing edits on PI reply |
| 09/02/2019 | 2.0 | reading government's PI opposition and attached declarations |
| 09/03/2019 | 2.0 | reviewing JA draft, corresponding with clients re: forest service public notice, talk with Tom re: PI cite check (corresponding with cite checkers) |
| 09/04/2019 | 1.6 | meeting with Tom and Eric to discuss reply on PI, plus follow up |
| 09/04/2019 | 5.0 | reviewing draft of PI reply and researching additional support; coordinating exhibits and declarations |
| 09/06/2019 | 3.5 | additional cite checking; final reviews of draft PI reply; corresponding re: exhibits |
| 09/06/2019 | 2.0 | checking record index and pdfs filed by DOJ |

| Date | Hours | Description |
|---|---|---|
| 09/06/2019 | 1.2 | reviewing agency updates, client correspondence |
| 09/27/2019 | 1.0 | research and drafting for response on bond motion |
| 10/24/2019 | 1.0 | discussing POW fall workshop with Tom, reviewing public notice, drafting correspondence with clients |
| 10/30/2019 | 2.0 | drafting letter to FS re fall workshop; drafting client correspondence; discussing with Tom |
| 10/30/2019 | 3.0 | drafting letter to FS requesting cancellation of the fall workshop |
| 10/31/2019 | 1.0 | editing letter to FS re public workshop and sending to clients |
| 11/01/2019 | 0.5 | reviewing responses from clients re draft letter on fall workshop |
| 11/04/2019 | 3.0 | reviewing suggestions from clients re letter to FS and re-drafting parts of letter |
| 11/12/2019 | 0.5 | reviewing document from Buck, reviewing briefs, and responding |
| 11/20/2019 | 4.0 | reviewing out year plan materials and drafting correspondence for clients |
| 11/25/2019 | 1.0 | reviewing responses from clients re out year plan and reviewing materials |
| 12/02/2019 | 2.0 | drafting out year plan comments |
| 12/03/2019 | 3.0 | drafting out year plan comments |
| 12/10/2019 | 2.0 | redrafting out year plan comments |
| 12/11/2019 | 2.0 | discussion with Tom re out year plan comments and reviewing docs we received from |
| 12/12/2019 | 1.0 | reviewing contract docs from agencies |
| 12/12/2019 | 4.0 | drafting out year plan comments, correspondence with clients |
| 12/13/2019 | 1.5 | client correspondence and editing draft |
| 12/17/2019 | 0.5 | updating out year plan comments |
| 12/18/2019 | 3.0 | drafting supplemental authority motion and discussing with Tom |
| 12/19/2019 | 0.5 | corresponding with clients re out year plan comments |
| 12/19/2019 | 3.0 | entering cite check, prepping cite check, corresponding re cite check for out year comments |
| 12/20/2019 | 1.5 | finalizing out-year plan comments for submission; updating clients |
| 12/23/2019 | 1.5 | editing motion to file supplemental authority, finalizing for filing with Sarah, reviewing client responses |
| 01/01/2020 | 2.5 | POW moot and prep |
| 01/07/2020 | 0.3 | correspondence with DOJ/talking with Tom re oral argument |
| 01/17/2020 | 2.0 | meeting with Tom re oral argument, making plan for next steps, reviewing pleadings |
| 01/22/2020 | 3.0 | research for oral argument |
| 01/23/2020 | 1.5 | correspondence re oral argument; call re westcheck |
| 01/24/2020 | 2.0 | reviewing westcheck |
| 01/27/2020 | 3.5 | prep for oral argument, supporting research |
| 01/29/2020 | 4.0 | moot and prep |
| 02/03/2020 | 4.0 | reading briefs for oral arg prep |
| 02/04/2020 | 5.0 | moot and prep |
| 02/04/2020 | 3.0 | oral arg research |
| 02/05/2020 | 4.0 | reviewing briefing for oral argument |
| 02/06/2020 | 2.0 | reviewing materials for oral arg |
| 03/26/2020 | 1.0 | remedy coordination call with Tom, Eric, Kate, Sarah |
| 03/27/2020 | 4.0 | research for remedy briefing, sharing results with team |
| 03/27/2020 | 1.0 | researching upcoming timber sales for brief |
| 03/30/2020 | 2.0 | research for briefing |
| 03/31/2020 | 5.0 | research for POW briefing, correspondence with clients, call with Tom re Covid stay |
| 04/01/2020 | 3.0 | research for remedy briefing |
| 04/02/2020 | 0.3 | DOJ correspondence re relief |
| 04/03/2020 | 3.0 | research for briefing |
| 04/07/2020 | 0.5 | reviewing restoration memo from SEACC |
| 04/08/2020 | 3.5 | correspondence and research for briefing |
| 04/13/2020 | 0.3 | call with Tom and Sarah re briefing |
| 04/16/2020 | 0.5 | call with Tom and emails re briefing |
| 04/17/2020 | 0.4 | reviewing draft motion and messages re briefing |
| 04/21/2020 | 3.0 | call with Tom, Eric, Sarah to discuss remedy and prep, correspondence re same, reviewing drafts |
| 04/22/2020 | 1.5 | call with Tom, making plan for research and organizing status of tasks |
| 04/23/2020 | 2.0 | research for briefing |
| 04/23/2020 | 1.5 | calls with Tom and Eric re briefing; correspondence with clients |
| 04/24/2020 | 5.0 | research for briefing |
| 04/26/2020 | 2.0 | research for briefing |
| 04/27/2020 | 3.0 | research for briefing |
| 04/27/2020 | 2.5 | calls with Tom re remedy, correspondence, sharing research, coordinating cite check |
| 04/29/2020 | 1.4 | editing draft brief |
| 04/30/2020 | 0.4 | coordinating cite check |
| 05/01/2020 | 1.0 | cite check implementation and correspondence |

|            | 05/05/2020 | 7.5 | research for brief, reading opposing brief, reading drafts, reading client communication, proofing, calls with Tom |
|------------|------------|-----|---|
|            | 05/06/2020 | 1.0 | reading FS and AFA declarations |
|            | 05/06/2020 | 2.0 | research on FS regs and objection procedure |
|            | 05/11/2020 | 3.0 | research for briefing, correspondence re same |
|            | 05/12/2020 | 2.0 | reading draft brief, comments |
|            | 05/13/2020 | 0.3 | correspondence re cite check |
|            | 05/14/2020 | 1.0 | reading edits to brief, getting cite check started |
|            | 05/15/2020 | 1.5 | reviewing AFA motion and providing comments |
|            | 05/18/2020 | 1.0 | cite checking motion and communication about same |
|            | 05/18/2020 | 0.8 | implementing cite check |
|            | 05/19/2020 | 3.0 | cite check, final reviews of briefs, reading FS briefing |
|            | 06/24/2020 | 1.5 | reading decision, updating clients; responding to client questions |
|            | 11/13/2020 | 2.0 | research for EAJA petition; correspondence with Tom |
|            | 11/16/2020 | 4.0 | research for EAJA petition |
|            | 11/17/2020 | 0.5 | correspondence about case research and my experience |
|            | 11/19/2020 | 0.8 | reviewing EAJA application and material |
|            | **Total:** | **604.7** | |

**Glover, Kate**

|            | 01/29/2020 | 4.5 | Prep for and participate in Tom's moot argument. |
|------------|------------|-----|---|
|            | 02/04/2020 | 2.9 | Prep for and participate in Tom's oral argument moot. |
|            | **Total:** | **7.4** | |

**Jorgensen, Eric**

|            | 04/22/2019 | 1.0 | client call |
|------------|------------|-----|---|
|            | 05/03/2019 | 1.5 | Review draft complaint/meeting Tom re same |
|            | 05/23/2019 | 0.5 | Meeting Tom et al re litigaiton schedule |
|            | 07/09/2019 | 0.8 | Review draft opening brief |
|            | 07/10/2019 | 1.3 | Review draft brief/meeting Tom and Olivia re same |
|            | 08/19/2019 | 0.2 | Mtg Tom re reply |
|            | 08/22/2019 | 0.2 | REview revised paragraph re EA cases/mtg TOm |
|            | 08/23/2019 | 0.2 | Tom re reply --unit issue |
|            | 01/29/2020 | 3.3 | Review briefs/oral arg moot |
|            | 04/21/2020 | 0.8 | Telcon team re relief |
|            | 04/23/2020 | 0.8 | Telcon Tom re releif |
|            | 04/30/2020 | 1.1 | Review draft remedy brief and comment to Tom |
|            | 05/12/2020 | 0.3 | Review relief response brief draft |
|            | 05/14/2020 | 0.3 | Review draft response re relief |
|            | 05/15/2020 | 1.2 | Review reply brief re relief and revise/emails re same |
|            | 06/24/2020 | 0.8 | Review relief decision and followup |
|            | **Total:** | **14.3** | |

**Lieb, Jeremy**

|            | 05/03/2019 | 1.6 | Cite check complaint |
|------------|------------|-----|---|
|            | 08/14/2019 | 2.5 | Cite check reply brief |
|            | 02/04/2020 | 2.3 | Moot argument |
|            | 02/04/2020 | 2.1 | Prep for moot argument |
|            | 05/01/2020 | 3.3 | Cite check remedy brief |
|            | **Total:** | **11.8** | |

**Waldo, Tom**

|            | 03/29/2019 | 0.1 | Meet w. Olivia re standing research. |
|------------|------------|-----|---|
|            | 03/31/2019 | 0.4 | Read draft client memo. |
|            | 04/01/2019 | 0.7 | Edit client memo. |
|            | 04/01/2019 | 1.6 | Meet w. Holly and Olivia re client memo, next steps. |
|            | 04/02/2019 | 2.4 | Emails and calls re client memo, retainer agreement, and litigation hold letter; review and edit draft retainer and hold letter. |
|            | 04/05/2019 | 1.7 | Email clients re litigation proposal, retainers, litigation hold. |
|            | 04/08/2019 | 2.3 | Meet w. Olivia re research needs; research forest plan. |
|            | 04/10/2019 | 1.0 | Email Olivia and Eric re litigation strategy. |
|            | 04/12/2019 | 3.6 | Client emails re case plans; review record and research claims in connection with thes |
|            | 04/13/2019 | 4.4 | Review materials posted on web site for public comment; email USFS re same for clarification; email clients re same. |
|            | 04/14/2019 | 0.3 | Email w. clients re draft out-year plan. |
|            | 04/16/2019 | 0.6 | Research final agency action requirement; meet w. Eric re same; email Olivia re same. |

| Date | Hours | Description |
|---|---|---|
| 04/16/2019 | 1.2 | Email clients re scheduling call to coordinate case filing. |
| 04/17/2019 | 0.3 | Email clients re call to discuss case strategy. |
| 04/17/2019 | 0.1 | Telcon w. Sarah re standing declarations. |
| 04/17/2019 | 2.5 | Research re claims. |
| 04/18/2019 | 0.8 | Answer client questions re case. |
| 04/18/2019 | 0.9 | Meet w. Olivia re research. |
| 04/18/2019 | 0.6 | Research re ripeness. |
| 04/19/2019 | 1.1 | Research re ripeness. |
| 04/19/2019 | 1.3 | Draft email to clients re standing. |
| 04/19/2019 | 1.6 | Review record re site-specific NEPA/NFMA claims; email client re same. |
| 04/19/2019 | 0.6 | Review updated out-year plan materials; emails re same. |
| 04/20/2019 | 0.2 | Email NRDC re claims. |
| 04/20/2019 | 0.2 | Meet w. Olivia re client call; email Rebecca and Dan re same. |
| 04/22/2019 | 1.8 | Prep for client call and call; post-meeting re timing, p.i. bond. |
| 04/22/2019 | 0.3 | Telcon w. Larry Edwards re site specific claims, history. |
| 04/22/2019 | 0.4 | Email clients re today's call. |
| 04/23/2019 | 0.4 | Email clients re Out-year Plan process. |
| 04/26/2019 | 0.4 | Meet w. Olivia re complaint, claims. |
| 04/26/2019 | 1.5 | Study draft complaint. |
| 04/29/2019 | 0.4 | Meet w. Olivia re complaint, claims, final agency action, and outyear plan comments. |
| 04/30/2019 | 2.4 | Edit complaint. |
| 04/30/2019 | 0.2 | Read Corbett memo re site-specific NEPA. |
| 04/30/2019 | 0.2 | Review cases re final agency action. |
| 05/01/2019 | 0.4 | Emails w. clients re joining case. |
| 05/01/2019 | 5.7 | Edit complaint; meet w. Olivia re same. |
| 05/01/2019 | 0.4 | Record research. |
| 05/02/2019 | 0.4 | Meet w. Eric re claims, complaint. |
| 05/02/2019 | 3.4 | Edit complaint. |
| 05/02/2019 | 0.6 | Email clients re draft complaint. |
| 05/02/2019 | 1.4 | Meet w. Olivia re draft complaint. |
| 05/03/2019 | 1.6 | Email clients re complaint questions. |
| 05/03/2019 | 0.6 | Meet w. Eric re complaint. |
| 05/04/2019 | 5.4 | Edit comments for draft outyear plan; meet w. Olivia re same. |
| 05/04/2019 | 2.0 | Edit complaint. |
| 05/04/2019 | 0.2 | Meet w. Olivia re complaint. |
| 05/06/2019 | 0.7 | Review revised draft comment letter on outyear plan; review Olivia's draft message to clients; meet w. Olivia re same. |
| 05/06/2019 | 3.6 | Emails w. clients and Sarah re complaint, filing; meet w. Olivia re same; review fina |
| 05/07/2019 | 0.6 | Telcon w. Olivia and Sarah re p.i. motion. |
| 05/07/2019 | 0.5 | Email w. Olivia re edits to comment letter on outyear plan. |
| 05/07/2019 | 0.1 | Email clients re case filing. |
| 05/07/2019 | 0.1 | Telcon and email w. OGC re case filing, preliminary injunction, timing. |
| 05/07/2019 | 1.8 | Meet w. Olivia re next steps, p.i. motion. |
| 05/08/2019 | 0.2 | Review draft p.i. motion outline; meet w. Olivia re same. |
| 05/08/2019 | 0.4 | Email clients re preliminary injunction, Out-year Plan comments, declarations, and m |
| 05/20/2019 | 3.6 | Read draft motion for preliminary injunction. |
| 05/20/2019 | 0.3 | Meet w. Olivia to catch me up on status following my absence. |
| 05/20/2019 | 0.3 | Read final filed comments on Out-year Plan. |
| 05/20/2019 | 1.5 | Meet w. Olivia re draft p.i. motion. |
| 05/21/2019 | 3.7 | Review record re irrep. harm. |
| 05/21/2019 | 0.8 | Draft message to DOJ re timber sale timing. |
| 05/22/2019 | 0.1 | Telcon w. Marc Fink re wolves. |
| 05/22/2019 | 0.2 | Telcon w. Larry Edwards re POW deer. |
| 05/22/2019 | 7.3 | Read and edit revised draft p.i. motion; research re same; review record re same. |
| 05/22/2019 | 1.0 | Meet w. Olivia re revised draft p.i. motion. |
| 05/23/2019 | 0.7 | Edit p.i. motion and collect documents cited. |
| 05/23/2019 | 1.0 | Draft message to clients re sale plans. |
| 05/23/2019 | 1.3 | Meet w. Olivia, Eric, Sarah re s.j., p.i. briefing schedules, strategy. |
| 05/23/2019 | 0.4 | Telcon w. Erika Norman re case scheduling. |
| 05/24/2019 | 1.8 | Figure out proposed briefing schedule; meet w. Sarah re same; email DOJ re same. |
| 05/24/2019 | 0.4 | Meet w. Buck Lindekugel re case status. |
| 05/24/2019 | 2.2 | Outline issues for opening brief. |
| 05/24/2019 | 0.5 | Research re timber supply. |
| 05/29/2019 | 0.5 | Review and consider DOJ proposed briefing schedule and record issues; meet w. Olivia re same. |
| 05/29/2019 | 2.9 | Meet w. Olivia re opening brief outline, claims, strategy, research needs, and record; telcon w. Sarah re record. |

| Date | Hours | Description |
|---|---|---|
| 05/29/2019 | 0.7 | Email colleagues re implementation record question; meet w. Erin re same. |
| 05/30/2019 | 1.3 | Emails re implementation record and site-specific impacts; research re same. |
| 05/30/2019 | 1.5 | Review scheduling issues; email DOJ re proposed briefing schedule. |
| 06/03/2019 | 1.1 | Research re requirement to file answer in APA cases; email Erin re same. |
| 06/03/2019 | 0.5 | Research re history of Tongass site-specific NEPA. |
| 06/03/2019 | 0.4 | Email Drew re waiving answer. |
| 06/05/2019 | 0.3 | Review DOJ draft stipulation and revised proposed schedule; email Olivia and Sarah r |
| 06/06/2019 | 3.5 | Review and edit briefing schedule and stipulation; meet w. Olivia re same; email Olivia, Sarah, and Iris re same. |
| 06/06/2019 | 0.2 | Meet w. Yvie re case law research on remedies. |
| 06/06/2019 | 0.3 | Meet w. Olivia re opening brief. |
| 06/07/2019 | 0.4 | Final review and edit message to Erika re draft stipulation. |
| 06/07/2019 | 0.2 | Meet w. Olivia re TLMP history of unit cards requirement. |
| 06/08/2019 | 0.5 | Read Erika's email changing schedule; review options re same; email Olivia and Sarah r |
| 06/10/2019 | 0.2 | Draft response to Erika re briefing schedule. |
| 06/10/2019 | 0.3 | Review final stipulation and scheduling order; email Olivia and Sarah re same. |
| 06/11/2019 | 2.7 | Read first draft opening brief. |
| 06/12/2019 | 1.2 | Read Yvie's memo re contract rescission as remedy. |
| 06/13/2019 | 3.0 | Evaluate draft opening brief and meet w. Olivia re same. |
| 06/18/2019 | 0.2 | Email clients re status update. |
| 06/19/2019 | 0.5 | Review administrative record. |
| 06/21/2019 | 0.2 | Meet w. Olivia re Larry's call about roads and email Erika Norman re same. |
| 06/24/2019 | 0.3 | Meet w. Olivia re record. |
| 06/24/2019 | 1.0 | Meet w. Liz Dodd and Olivia re standing declarations. |
| 06/25/2019 | 0.1 | Email Erika re LTFs. |
| 06/25/2019 | 0.4 | Read new case re site specific analysis; meet w. Olivia re same. |
| 06/26/2019 | 0.6 | Research re deference to agency interpretation of regulation. |
| 06/28/2019 | 0.3 | Meet w. Olivia re record. |
| 06/29/2019 | 0.1 | Review revised draft opening brief. |
| 06/30/2019 | 5.0 | Read revised draft brief. |
| 07/01/2019 | 0.2 | Meet w. Olivia re opening brief. |
| 07/02/2019 | 6.9 | Edit and draft opening brief. |
| 07/03/2019 | 6.9 | Edit and draft opening brief. |
| 07/04/2019 | 6.0 | Edit and draft opening brief. |
| 07/05/2019 | 8.8 | Edit and draft opening brief. |
| 07/06/2019 | 8.1 | Draft and edit opening brief. |
| 07/07/2019 | 0.9 | Review Olivia edits to opening brief; email clients re same. |
| 07/08/2019 | 1.1 | Telcon w. clients re road reopening; review record re same. |
| 07/08/2019 | 2.9 | Review and research issues in opening brief. |
| 07/09/2019 | 1.2 | Review and research issues in opening brief. |
| 07/09/2019 | 0.1 | Telcon w. Sarah re final brief production. |
| 07/09/2019 | 0.2 | Meet w. Olivia re brief. |
| 07/10/2019 | 9.7 | Review, research, and edit opening brief. |
| 07/11/2019 | 0.4 | Meet w. Olivia re final brief cite check and editing. |
| 07/11/2019 | 2.0 | Edit opening brief. |
| 07/12/2019 | 0.4 | Email clients re final brief. |
| 07/12/2019 | 4.0 | Read and edit final opening brief. |
| 07/23/2019 | 1.3 | Meet w. Olivia re p.i. motion. |
| 07/26/2019 | 0.5 | Emails w. SEACC re timber sale implementation. |
| 07/27/2019 | 0.1 | Emails w. SEACC re implementation. |
| 08/07/2019 | 0.1 | Email Niel re PI motion. |
| 08/07/2019 | 4.7 | Read draft p.i. motion; review record re same; proposed order re same; meet w. Olivia re same. |
| 08/08/2019 | 0.2 | Read revised draft p.i. motion. |
| 08/08/2019 | 1.5 | Review unit cards for p.i. motion; telcon w. Buck re same; email Buck re same. |
| 08/09/2019 | 1.3 | Meet w. Olivia re p.i. motion and AFA amicus. |
| 08/09/2019 | 0.3 | Email clients re AFA amicus. |
| 08/09/2019 | 3.2 | Read and edit revised drafts of p.i. motion. |
| 08/09/2019 | 0.3 | Telcon w. Erik re amicus. |
| 08/09/2019 | 0.3 | Research re amicus briefs. |
| 08/10/2019 | 1.0 | Email clients re questions on amicus brief and p.i. motion. |
| 08/12/2019 | 2.8 | Read FS brief; email clients re same. |
| 08/12/2019 | 0.7 | Meet w. Olivia re strategy for merits reply brief and P.I. motion. |
| 08/13/2019 | 2.7 | Read and edit revised draft p.i. motion; meet w. Olivia re same. |
| 08/13/2019 | 0.6 | Meet w. Olivia re reply brief. |
| 08/13/2019 | 1.2 | Review motion for Weis pro hac vice; meet w. Olivia re same; draft response. |
| 08/14/2019 | 0.6 | Meet w. Olivia re Iris declaration and maps; review Iris' declaration; email re same. |

| Date | Hours | Description |
|---|---|---|
| 08/14/2019 | 3.4 | Review FS brief. |
| 08/15/2019 | 0.3 | Email clients re p.i. motion. |
| 08/15/2019 | 2.7 | Review final motion for preliminary injunction; work with Iris, Sarah, and Olivia on format for exhibits and maps. |
| 08/16/2019 | 1.9 | Research and outline reply br. issues. |
| 08/16/2019 | 5.0 | Draft intro for reply br. |
| 08/17/2019 | 4.0 | Draft intro and ANILCA section for reply br. on merits. |
| 08/18/2019 | 2.6 | Read draft NEPA section; telcon w. Olivia re same. |
| 08/18/2019 | 1.6 | Read and edit NFMA section of reply br. |
| 08/18/2019 | 2.8 | Draft remedy section for reply br. |
| 08/19/2019 | 7.8 | Read and edit revised draft NEPA section; research re same. |
| 08/20/2019 | 0.3 | Meet w. Iris re agency record; telcon w. Sarah re same. |
| 08/20/2019 | 3.0 | Review and edit draft reply br. |
| 08/21/2019 | 3.2 | Review and edit draft reply br.; meet w. Eric re same; meet w. Olivia re same. |
| 08/21/2019 | 0.3 | Telcon w. Niel re draft reply; meet w. Olivia re same. |
| 08/22/2019 | 5.9 | Edit reply brief; communicate with cite checkers re same. |
| 08/23/2019 | 0.3 | Email clients re reply br. and update. |
| 08/23/2019 | 0.4 | Draft response to Julie Weis re AFA amicus. |
| 08/23/2019 | 0.5 | Meet w. Eric re amicus response; meet w. Olivia re same. |
| 08/23/2019 | 5.3 | Read, edit, and proof final reply br. with Olivia and Sarah. |
| 08/26/2019 | 1.1 | Read AFA motion, amicus brief, and declarations. |
| 08/26/2019 | 2.2 | Review issues re joint appendix; telcon w Sarah re same; email Erika re same. |
| 08/27/2019 | 0.3 | Email clients re AFA amicus. |
| 08/27/2019 | 1.9 | Research and review re issues for p.i. reply in light of AFA br. |
| 08/27/2019 | 0.3 | Telcon w. Larry Edwards re Twin Mt. preliminary advertisement; review advertisement; email Erika Norman re same. |
| 08/27/2019 | 0.8 | Meet w. Olivia re reply br. |
| 08/28/2019 | 2.9 | Review issues re joint appendix; email Sarah and Olivia re same. |
| 08/28/2019 | 0.4 | Research re p.i. reply br. |
| 08/29/2019 | 1.2 | Meet w. Olivia and Eric re p.i. reply arguments. |
| 08/29/2019 | 0.2 | Address Issues re Joint Appendix index. |
| 08/29/2019 | 2.4 | Read fed. opp. to p.i. motion; emails re same; research re same. |
| 08/30/2019 | 0.7 | Outline p.i. reply br. |
| 08/30/2019 | 1.7 | Review Erika's documents re Twin Mountain sale; research re same; meet w. Olivia re same; email Erika re same. |
| 08/31/2019 | 5.1 | Research and outline reply br. |
| 08/31/2019 | 1.6 | Draft reply re preliminary injunction. |
| 09/01/2019 | 7.5 | Draft reply for p.i. |
| 09/02/2019 | 3.5 | Edit reply br. on p.i.; email clients re same. |
| 09/03/2019 | 1.3 | Review draft joint appendix index. |
| 09/04/2019 | 4.8 | Edit p.i. reply. |
| 09/04/2019 | 1.7 | Meet w. Eric and Olivia re edits to p.i. reply. |
| 09/04/2019 | 0.2 | Edit Joint Appendix index and email Erika re same. |
| 09/05/2019 | 0.5 | Review issues re joint appendix. |
| 09/05/2019 | 7.4 | Edit reply br. for p.i.; review cite checks. |
| 09/05/2019 | 0.4 | Email clients re status update on Twin Mt. offering. |
| 09/06/2019 | 0.7 | Review joint appendix as filed by DOJ for completeness; meet w. Emma re same. |
| 09/06/2019 | 1.6 | Read and edit final reply br. on p.i. |
| 09/06/2019 | 0.4 | Email clients re p.i. reply br. |
| 09/23/2019 | 1.5 | Read p.i. order; email clients re same. |
| 09/27/2019 | 0.2 | Review and edit statement re bond. |
| 10/24/2019 | 0.3 | Meet w. Olivia re fall implementation workshop. |
| 10/30/2019 | 0.2 | Review Olivia's draft letter re fall workshop; meet w. Olivia re same. |
| 10/31/2019 | 0.6 | Read and edit Olivia's revised draft letter re fall workshop; email Olivia re same. |
| 12/06/2019 | 0.6 | Review Olivia's draft comment letter on out-year plan; review proposed outyear plan; meet w. Olivia re letter. |
| 12/12/2019 | 0.3 | Read revised draft letter on out-year plan. |
| 12/18/2019 | 0.3 | Meet w. Olivia re supp. authority. |
| 12/18/2019 | 0.9 | Read new 9th Circuit decision re site-specific NEPA; review briefs re supplemental authority; review local rule re supp. authority. |
| 12/19/2019 | 0.2 | Read Olivia's draft notice of supplemental authority. |
| 12/22/2019 | 1.3 | Edit draft notice of supplemental authority; email Olivia re same. |
| 01/02/2020 | 0.2 | Read DOJ's response to supplemental authority; email clients re same. |
| 01/03/2020 | 0.4 | Read order re oral argument; meet w. Olivia re same; email DOJ re same; email client |
| 01/07/2020 | 1.0 | Review dates for oral argument; telcon w. Sarah re same; emails w. DOJ re same; draft response to court order. |
| 01/08/2020 | 0.5 | Prep for oral argument. |

| Date | Hours | Description |
|---|---|---|
| 01/08/2020 | 0.2 | Emails w. clients re oral argument. |
| 01/12/2020 | 0.5 | Call w. Eric re oral argument. |
| 01/16/2020 | 1.8 | Prep for oral argument. |
| 01/17/2020 | 1.6 | Prep for oral argument; meet w. Olivia re same. |
| 01/21/2020 | 0.9 | Call w. clients re oral argument; follow-up calls and emails. |
| 01/22/2020 | 0.6 | Call w. Erik re scheduling moot courts; emails re same. |
| 01/24/2020 | 3.3 | Prep for oral argument. |
| 01/27/2020 | 1.6 | Prep for oral argument. |
| 01/28/2020 | 6.5 | Prep for oral argument. |
| 01/29/2020 | 3.5 | Prep for oral argument. |
| 01/29/2020 | 2.5 | Moot court. |
| 01/30/2020 | 2.0 | Prep for oral argument. |
| 01/31/2020 | 2.9 | Prep for oral argument. |
| 02/01/2020 | 0.7 | Prep for oral argument |
| 02/03/2020 | 3.9 | Prep for oral argument. |
| 02/04/2020 | 5.7 | Prep for moot court. |
| 02/05/2020 | 6.5 | Prep for oral argument. |
| 02/06/2020 | 7.8 | Prep for oral argument. |
| 02/07/2020 | 6.9 | Prep for oral argument and argument. |
| 02/11/2020 | 0.7 | Email clients re oral argument. |
| 03/11/2020 | 0.6 | Read SJ decision. |
| 03/24/2020 | 0.1 | Read case re vacatur. |
| 03/25/2020 | 1.5 | Outline remedy brief issues. |
| 03/26/2020 | 1.5 | Research re timber supply for remedy brief. |
| 03/26/2020 | 0.9 | Call w. Olivia, Sarah, Kate, and Eric re remedy br. |
| 03/30/2020 | 2.2 | Research re Tongass economics and appropriations for recreation and restoration. |
| 03/31/2020 | 0.8 | Email clients re Covid stay of litigation; call w. Olivia re same; call w. Sarah re same. |
| 04/02/2020 | 1.2 | Review Erika's email re briefing deadlines; email w. Sarah and Olivia re same. |
| 04/06/2020 | 0.5 | Read draft BOF minutes; email team re same. |
| 04/06/2020 | 3.7 | Read Olivia's memo re partial vacatur; read vacatur cases; review ROD re same. |
| 04/07/2020 | 2.1 | Read cases re vacatur. |
| 04/08/2020 | 2.2 | Research re vacatur. |
| 04/10/2020 | 0.5 | Research facts re remedy brief. |
| 04/13/2020 | 0.3 | Call w. Olivia and Sarah to discuss briefing schedule on remedy. |
| 04/13/2020 | 0.4 | Email Erika re briefing schedule for remedy. |
| 04/13/2020 | 3.0 | Legal and factual research re remedy brief. |
| 04/15/2020 | 3.0 | Outline remedy brief; review materials. |
| 04/17/2020 | 0.5 | Read and edit DOJ's draft motion for new deadlines; review DOJ's email re same and settlement feeler; email Olivia and Sarah re same. |
| 04/21/2020 | 0.7 | Review Erika's revised motion for new deadlines; email Olivia and Sarah re same; edit same; email Erika re same. |
| 04/21/2020 | 0.7 | Meet w. Eric, Olivia, and Sarah re Erika's remedy proposal. |
| 04/21/2020 | 0.1 | Email Erika re scope of remedy. |
| 04/22/2020 | 1.2 | Review and research relief issues in light of DOJ's emails; call w. Olivia re case research. |
| 04/23/2020 | 0.2 | Call w. Olivia re remedy. |
| 04/23/2020 | 0.8 | Call w. Eric and Olivia re remedy. |
| 04/23/2020 | 0.3 | Review issues re remedy in light of DOJ position. |
| 04/23/2020 | 0.6 | Draft message to clients re schedule changes and update. |
| 04/24/2020 | 0.4 | Email client re questions. |
| 04/26/2020 | 1.5 | Outline remedy brief; research re tiering and incorporation by reference. |
| 04/27/2020 | 0.9 | Read Olivia's memo re vacating EISs; call w. Olivia re same. |
| 04/27/2020 | 1.1 | Draft remedy brief. |
| 04/28/2020 | 2.8 | Draft remedy brief. |
| 04/29/2020 | 5.5 | Draft remedy brief. |
| 04/30/2020 | 1.9 | Edit remedy brief in response to Eric's and Olivia's comments; email Eric and Olivia re same. |
| 04/30/2020 | 0.4 | Email clients re draft remedy brief. |
| 04/30/2020 | 0.2 | Call Olivia re cite check; call Sarah re same. |
| 05/01/2020 | 0.4 | Email w. Julie Weis re AFA request to submit declarations; call w. Olivia re same. |
| 05/04/2020 | 1.2 | Read AFA motion to file declarations; email clients re same. |
| 05/05/2020 | 6.7 | Edit and proof remedy brief; research re same. |
| 05/05/2020 | 0.2 | Email clients re remedy briefs filed today. |
| 05/08/2020 | 0.2 | Read new case re vacatur; email Elizabeth re same. |
| 05/09/2020 | 4.2 | Outline remedy reply; research re same. |
| 05/10/2020 | 7.0 | Draft remedy reply. |
| 05/11/2020 | 0.3 | Email SEACC re remedy question. |

| | | | |
|---|---|---|---|
| | 05/11/2020 | 2.1 | Edit remedy response. |
| | 05/11/2020 | 0.3 | Read cases re EIS vacatur. |
| | 05/13/2020 | 2.1 | Edit reply re remedy; email clients re same. |
| | 05/18/2020 | 1.4 | Draft and edit response to AFA's motion to file declarations; emails w. Olivia and Eric |
| | 05/18/2020 | 1.1 | Edit remedy reply brief after cite-checking and input. |
| | 05/19/2020 | 4.2 | Edit, proof, and finalize remedy reply. |
| | 05/19/2020 | 0.4 | Read federal reply brief on remedy. |
| | 05/19/2020 | 0.4 | Email clients re remedy briefing. |
| | 06/24/2020 | 0.2 | Read remedy decision. |
| | 06/24/2020 | 2.5 | Emails and calls w. clients re decision. |
| | 08/17/2020 | 0.1 | Email Trustees re EAJA hourly rates. |
| | 08/18/2020 | 0.2 | Review Trustees' hourly rate tables. |
| | 08/18/2020 | 0.1 | Email Sarah and Iris re materials needed for EAJA motion. |
| | 11/11/2020 | 2.4 | Review hours for EAJA motion. |
| | 11/12/2020 | 2.7 | Review attorney hours for EAJA motion. |
| | 11/13/2020 | 0.1 | Call w. Olivia re EAJA research. |
| | 11/13/2020 | 1.4 | Review attorney hours for EAJA motion. |
| | 11/13/2020 | 0.3 | Research and email clients re EAJA eligibility. |
| | 11/15/2020 | 2.3 | Review records re EAJA motion, compare to other cases; research re recovery und |
| | 11/16/2020 | 2.7 | Review and develop evidence for EAJA motion; emails w. clients re declarations. |
| | 11/16/2020 | 0.9 | Research re EAJA cases. |
| | 11/17/2020 | 0.5 | Research re EAJA. |
| | 11/17/2020 | 5.4 | Draft declaration for EAJA motion; research re same; edit time summary attachments. |
| | 11/17/2020 | 0.8 | Call w. Eric re EAJA issues. |
| | 11/18/2020 | 6.0 | Draft EAJA application and edit declaration and time entries accordingly; calls w. Sarah and Olivia re same. |
| | 11/20/2020 | 0.9 | Review and enter cite checks for EAJA motion and declaration; research re same. |
| | 11/23/2020 | 2.0 | Finalize EAJA motion. |
| | **Total:** | **490.0** | |

**Whalen, Erin**

| | | | |
|---|---|---|---|
| | 05/03/2019 | 0.6 | Cite check complaint. |
| | 08/22/2019 | 4.4 | Cite check reply brief. |
| | **Total:** | **5.0** | |

**Korhonen-Penn, Iris**

| | | | |
|---|---|---|---|
| | 08/07/2019 | 2.0 | Draft VCU Map |
| | 08/08/2019 | 2.5 | VCU map |
| | 08/09/2019 | 3.5 | Further work on VCU map |
| | 08/12/2019 | 4.6 | Research road and harvest data; revise map with units & road layers |
| | 08/13/2019 | 4.0 | Add timber harvest data to the map; converse with Dave Albert about data; deal with drawing slowdowns. |
| | 08/14/2019 | 3.0 | Revise map; draft declaration |
| | 08/15/2019 | 2.0 | Finalize map and declaration |
| | 08/20/2019 | 4.5 | Cite check reply brief (merits) |
| | 09/04/2019 | 3.0 | PI reply—Edit timber harvest chart; draft declaratio |
| | 09/05/2019 | 4.5 | Cite check PI reply |
| | 09/06/2019 | 3.0 | Final prep and filing of PI reply |
| | **Total:** | **36.6** | |

**Saunders, Sarah**

| | | | |
|---|---|---|---|
| | 05/01/2019 | 1.6 | Standing declarations. |
| | 05/03/2019 | 2.4 | Standing declarations. |
| | 05/07/2019 | 1.0 | Talk with Tom/Olivia re. standing. Reach out to declarants. |
| | 06/03/2019 | 0.3 | Review org declarations. |
| | 06/04/2019 | 0.9 | Standing declarations work. |
| | 06/05/2019 | 1.0 | Work with DHernandez on declaration. |
| | 06/06/2019 | 0.9 | Standing declarations |
| | 06/07/2019 | 2.1 | Standing declarations |
| | 08/22/2019 | 1.1 | Reply brief cite check. |
| | 12/19/2019 | 0.5 | Out-year plan comments cite check. |
| | 12/23/2019 | 0.1 | Cite check notice of supp authority. |
| | 11/18/2020 | 0.5 | Cite check EAJA petition. |
| | 11/19/2020 | 1.4 | Cite check EAJA petition. |
| | **Total:** | **13.8** | |

**Kutchin, Robert**

| | | | |
|---|---|---|---|
| | 05/30/2019 | 3.5 | Researching whether FS can retract guidance document without notice/comment |
| | 05/31/2019 | 6.9 | More research on forest plan amendment procedure |
| | 06/03/2019 | 6.3 | More research on forest plan amendment procedure |
| | 06/04/2019 | 4.8 | Drafting Memo on forest plan amendment procedure |
| | 06/05/2019 | 3.7 | Finishing memo on forest plan amendment procedure |
| | 06/13/2019 | 0.5 | Phone call with Olivia about forest plan amendment procedure |
| | 07/11/2019 | 6.0 | cite check brief |
| | **Total:** | **31.7** | |

**Martinez, Luna**

| | | | |
|---|---|---|---|
| | 07/11/2019 | 6.0 | Cite checking brief. |
| | **Total:** | **6.0** | |

**Yao, Yvie**

| | | | |
|---|---|---|---|
| | 06/05/2019 | 0.5 | Review background information about the case |
| | 06/05/2019 | 0.2 | Discuss the contract rescission project with Olivia |
| | 06/05/2019 | 5.2 | Conduct legal research re contract rescission |
| | 06/06/2019 | 6.8 | Conduct legal research re contract rescission |
| | 06/07/2019 | 6.4 | Draft memo re contract rescission |
| | 06/10/2019 | 6.7 | Revise and complete the draft memo re contract rescission |
| | **Total:** | **25.8** | |