# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00006-SLG |

## ORDER RE JOINT MOTION FOR SIXTY-DAY STAY OF EXISTING DEADLINES

Upon consideration of the parties' *Joint Motion for Sixty-Day Stay of Existing Deadlines* at Docket 61, IT IS HEREBY ORDERED that the motion is GRANTED. To allow the parties to engage in discussions to determine whether a settlement of Plaintiffs' Motion for Attorneys' Fees is possible and to obtain final approval for any settlement agreement, deadlines in this case are stayed until January 22, 2021. If a settlement agreement has not been reached by that date, the parties will provide the Court with a joint report on the status of settlement discussions and either seek an extension of the stay or propose a schedule for completing briefing on Plaintiffs' Motion for Attorneys' Fees.

DATED this 2nd day of December, 2020, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE