# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

SOUTHEAST ALASKA
CONSERVATION COUNCIL, *et al.*,

        Plaintiffs,

   v.

UNITED STATES FOREST SERVICE,
*et al.*,

        Defendants.

Case No. 1:19-cv-00006-SLG

**ORDER RE JOINT STATUS REPORT AND MOTION FOR A THIRTY-DAY EXTENSION OF THE STAY OF EXISTING DEADLINES UNTIL FEBRUARY 22, 2021**

    Upon consideration of the parties' *Joint Status Report and Motion for a Thirty-Day Extension of the Stay of Existing Deadlines Until February 22, 2021* at Docket 63, IT IS HEREBY ORDERED that the motion is GRANTED. To allow the parties to continue their discussions to determine whether a settlement of Plaintiff's Motion for Attorneys' Fees is possible and to obtain final approval for any settlement agreement, deadlines in this case are stayed until February 22, 2021. If a settlement agreement has not been reached by that date, the parties will provide the Court with a joint report on the status of settlement discussions and either seek an extension of the stay or propose a schedule for completing briefing on Plaintiffs' Motion for Attorneys' Fees.

    Dated this 22nd day of January, 2021 and Anchorage, Alaska.

                                     */s/ Sharon L. Gleason*
                                     UNITED STATES DISTRICT JUDGE