JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Erika Norman, CA Bar # 268425
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for all Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants | Case No. 1:19-cv-00006-SLG |

**JOINT STATUS REPORT ON STATUS OF SETTLEMENT AND MOTION FOR FORTY-FIVE DAY EXTENSION OF STAY UNTIL APRIL 8, 2021**

The parties respectfully submit this joint status report and request for a forty-five day extension of the stay of case deadlines, which is set to expire on February 22, 2021. ECF No. 64. The parties have engaged in good faith settlement negotiations with the aim of resolving Plaintiffs' motion for attorneys' fees without the need for further litigation, and are pleased to report to the Court that they have reached an agreement on a proposed settlement. The forty-five day extension is to allow Defendants time to obtain final agency and Department of Justice approval of the settlement agreement.

Accordingly, the parties respectfully request that the Court enter the proposed order attached to this motion continuing the stay of all case deadlines until April 8, 2021, by which time the parties will file their Stipulated Fee Settlement with the Court.

Dated: February 22, 2021

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice

*s/ Erika Norman*_____
ERIKA NORMAN
Trial Attorney
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, DC 20002
Phone: (202) 305-0475
Fax: (202) 305-0506
erika.norman@usdoj.gov

*Attorney for all Federal Defendants*

*SEACC, et al. v. U.S. Forest Service, et al.,*  1
1:19-cv-00006-SLG
Case 1:19-cv-00006-SLG   Document 65   Filed 02/22/21   Page 2 of 3

        *s/ Thomas S. Waldo*
        Thomas S. Waldo (AK Bar No. 9007047)
        Olivia Glasscock (AK Bar No. 1809072)
        EARTHJUSTICE

        *Attorneys for Southeast Alaska Conservation Council; Alaska Rainforest Defenders; Center for Biological Diversity; Sierra Club; Defenders of Wildlife; Alaska Wilderness League; National Audubon Society; and Natural Resources Defense Council.*

*SEACC, et al. v. U.S. Forest Service, et al.,*     2
1:19-cv-00006-SLG
Case 1:19-cv-00006-SLG   Document 65   Filed 02/22/21   Page 3 of 3