# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,<br>　　Plaintiffs,<br>v.<br>UNITED STATES FOREST SERVICE, *et al.*,<br>　　Defendants | )<br>)<br>) Case No. 1:19-cv-00006-SLG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER APPROVING
## STIPULATED FEE SETTLEMENT AGREEMENT

Before the Court is the parties' Stipulated Fee Settlement Agreement. ECF No. 67. IT IS ORDERED that the Stipulation is APPROVED and the terms of the Stipulation are binding on the Parties. IT IS FURTHER ORDERED that Plaintiffs' Application for Attorney's Fees and Expenses (ECF No. 60) is DENIED as moot.

SO ORDERED this _____ day of _____, 2021.

_____
SHARON L. GLEASON
United States District Court Judge