# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOUTHEAST ALASKA CONSERVATION COUNCIL, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-00006-SLG |

## ORDER RE STIPULATED FEE SETTLEMENT AGREEMENT

Before the Court at Docket 67 is the parties' *Stipulated Fee Settlement Agreement.* IT IS ORDERED that the Stipulation is APPROVED and the terms of the stipulation are binding on the parties. IT IS FURTHER ORDERED that Plaintiffs' *Application for Attorney's Fees and Expenses* (Dkt. 60) is DENIED as moot.

Dated this 12th day of April, 2021 at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE